$ 350.⁰⁰



**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

2007 JAN 30  PM 1: 10

|  |  |  |
|---|---|---|
| ELAN SUISSE LTD., | : | |
| | : | 0 7 - 6 0 |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 06-cv-3901 |
| | : | |
| ROBERT D. CHRIST, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF REMOVAL

TO:    Nicholas Casamento, Esquire
       Joseph A. Ratasiewicz, Esquire
       Front Street Lawyers, P.C.
       Flagship Corporate Center, Suite 320
       2 West Baltimore Avenue
       Media, PA 19063



PLEASE TAKE NOTICE that defendant Robert D. Christ, by and through his

undersigned counsel, and pursuant to 28 U.S.C. §§ 1331, 1338, 1441, and 1446, hereby removes

this action from the Court of Common Pleas of Montgomery County, Pennsylvania to the United

States District Court for the Eastern District of Pennsylvania. In support of this removal,

defendant states as follows:

### Introduction

1.     On June 23, 2006, plaintiff Elan Suisse Ltd. ("Elan Suisse") filed a complaint,

captioned *Elan Suisse Ltd v. Robert D. Christ*, No. 06-15540, in the Court of Common Pleas of

Montgomery County, Pennsylvania (the "Montgomery County Action"). Pursuant to 28 U.S.C.

§ 1446(a), a true and correct copy of the complaint, and all process, pleadings and orders from

the Montgomery County Action, are attached hereto as Exhibit A.

2.     Defendant was never properly served with process, but on August 14, 2006 defendant received by mail a copy of the complaint and other pleadings filed in the Montgomery County Action.

3.     Pursuant to 28 U.S.C. § 1446(b), removal of the Montgomery County Action is timely as this Notice of Removal is being filed within thirty days after plaintiff's receipt of a copy of the complaint filed in the Montgomery County Action.

## Jurisdictional Basis For Removal

4.     Under 28 U.S.C. § 1441(b), a defendant may remove "[a]ny civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States." 28 U.S.C. § 1441(b).

5.     In the Montgomery County Action, Elan Suisse has alleged claims against defendant arising under the Lanham Act, 15 U.S.C. § 1051 *et seq.* Specifically, Count II of the complaint alleges that defendant has violated Section 43(a)(1)(A) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A), through his purportedly "malicious, false and misleading use in commerce of the 'Elan Suisse' name." *See* Ex. A, Compl. ¶¶ 20-21. Count III of the complaint similarly alleges that defendant has violated Section 43(d)(1)(A) of the Lanham Act, 15 U.S.C. § 1125(d)(1)(A), which was enacted to prevent "cyberpiracy" of trademarks and Internet domain names. *See* Ex. A, Compl. ¶¶ 23-24.

6.     The district courts of the United States have original jurisdiction over all civil actions arising under the Lanham Act, including the claims alleged in the Montgomery County Action by Elan Suisse. *See* 15 U.S.C. § 1121(a). The district courts also have original jurisdiction over all civil actions "arising under any Act of Congress relating to ... copyrights and trademarks." 28 U.S.C. § 1338(a).

2

**Conclusion**

7.     Based on the foregoing, subject matter jurisdiction over Elan Suisse's complaint exists in this Court pursuant to 28 U.S.C. § 1331 because the matters alleged therein arise under federal law. This Court also may exercise supplemental jurisdiction over Count I of Elan Suisse's complaint, which alleges a claim of commercial disparagement arising from the same facts underlying Elan Suisse's Lanham Act claims. *See* 28 U.S.C. § 1338(b) ("The district courts shall have original jurisdiction of any civil action asserting a claim of unfair competition when joined with a substantial and related claim under the copyright, patent, plant variety protection or trademark laws."); 28 U.S.C. § 1441(c) ("Whenever a separate and independent claim or cause of action within the jurisdiction conferred by section 1331 of this title is joined with one or more otherwise non-removable claims or causes of action, the entire case may be removed and the district court may determine all issues therein ....").

8.     Pursuant to 28 U.S.C. §§ 1441(a) and 1446(a), the United States District Court for the Eastern District of Pennsylvania is the appropriate court in which to file a Notice of Removal from the Court of Common Pleas of Montgomery County, Pennsylvania.

9.     Pursuant to 28 U.S.C. § 1446(d), defendant shall give written notice of the filing of this Notice of Removal to Elan Suisse and shall file a copy of this Notice of Removal with the Prothonotary of the Court of Common Pleas of Montgomery County, Pennsylvania.

WHEREFORE, defendant Robert D. Christ respectfully removes to this Court the matter styled as *Elan Suisse Ltd. v. Robert D. Christ*, No. 06-15540, from the Court of Common Pleas of Montgomery County, Pennsylvania.

Dated: September 1, 2006

REED SMITH LLP

By: _____

Andrew J. Soven
PA I.D. No. 76766
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
(215) 851-8100

Thad J. Bracegirdle
1201 Market Street, Suite 1500
Wilmington, DE 19801
(302) 778-7500

*Attorneys for Defendant*

Dated: September 1, 2006

## CERTIFICATE OF SERVICE

I hereby certify that, on this 1st day of September, 2006, I caused to be served a true and correct copy of the foregoing Notice of Removal by first class United States mail, postage prepaid, upon the following counsel:

Nicholas Casamento, Esquire
Joseph A. Ratasiewicz, Esquire
Front Street Lawyers, P.C.
Flagship Corporate Center, Suite 320
2 West Baltimore Avenue
Media, PA 19063

Andrew J. Soven

**FRONT STREET LAWYERS, P.C.**
**BY: NICHOLAS CASAMENTO, ESQUIRE**
**Attorney I.D. #37931**
**JOSEPH A. RATASIEWICZ, ESQUIRE**
**Attorney I.D.#47453**
**Flagship Corporate Center, Suite 320**
**2 West Baltimore Avenue**
**Media, Pa. 19063**
**610-891-0180**

_____ Attorneys for Plaintiff

### IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| ELAN SUISSE Ltd. | : | NO.   $CG \cdot 15540$ |
| Plaintiff | : | |
| vs. | : | CIVIL ACTION –LAW |
| ROBERT D. CHRIST | : | |
| Defendant | : | JURY TRIAL DEMANDED |

### COMPLAINT

Plaintiff, Elan Suisse Ltd., ("Plaintiff") by and through its attorney, Nicholas

Casamento, Esquire, hereby brings this action against Robert D. Christ and in support

thereof, alleges the following:

1.      Plaintiff, Elan Suisse Ltd. ("Elan"), is a corporation formed and organized

under the laws of the Republic of South Africa and at all times relevant to the events

described herein, Brett Cormiek, was a Director and Officer of Elan Suisse.

2.      Defendant herein is Robert D. Christ, ("Christ") an individual who resides

at 2333 Jones Road, Pottstown, Pa. 19465.

3.      During or about July 2003, Elan was incorporated for the purpose of

developing and attracting international investors to a product developed by Cormick that

proposed a safe investment vehicle for investors to invest in US dollars.

A corporate & financial distribution base of over 7,000 institutional investors in over 15 European countries *[unsubstantiated meaningless obfuscation]*
Origination of several worlds #1 performing funds *[unsubstantiated meaningless obfuscation]*
Fully licensed investment manager/asset manager *[the only license I have found is in RSA]*<<

>> Non-corporate/financial professional history;
Captain Royal Australian Army (Special Forces Commando) *[see Feb. 7, 2006 update]*
Director Polar Dive Operations The Polar Dive Company *[company never operated]*
Course Creator & Lecturer University of Cape Town School of Management Studies Strategic International Corporate Finance *[see above – relationship terminated]*
Commander Shagashe Leopards Combat Tracker Anti Poaching Unit Wildlife & Environmental Society of Zimbabwe (WEZ) Masvingo Province *[According to Zimbabwe-based sources, this is a fabrication]*
National Council Member Wildlife & Environmental Society of Zimbabwe (WEZ) Masvingo Province Province *[According to Zimbabwe-based sources, this is a fabrication]*
Head Ranger Shagashe National Park Wildlife & Environmental Society of Zimbabwe (WEZ) Masvingo Province Province *[According to Zimbabwe-based sources, this is a fabrication]*
Director London School of Economics - International Economic Development Group *[this is not an LSE-Chartered Organization]*<<

>> Dr. Cormick is a Fellow of the Royal Geographical Society and an International Fellow of the New York based Explorers Club. He is widely regarded as one of the most extreme polar explorer of this Century; having conceived, lead and survived the first dive in history of the North Pole (despite a fatality in 15 minutes on the first attempt) and multiple free fall expeditions to the North Pole, where expedition members logged up to –100 Celsius in freefall. He has been featured on most major international televisions news networks globally, and over 30 international newspaper, adventure, travel, sporting, and environmental magazines and internet publications.<<
*[see above – and the quote "He is widely regarded as one of the most extreme polar explorer of this Century" is completely over the edge…]*

>> Through his Family Trust, The Cormick Educational Foundation for Africa (CEFA) he is also directly involved in rural African charities for education for indigenous youth, and healthcare for the aged and disadvantaged. *[Noble Cause – but according to close sources, it is completely a Cormick fabrication]*<<

### November 18, 2005 Update:
This from another knowledgeable retired senior Australian governmental official:

4.     The investment products developed became one of the trade secrets of Elan.

5.     Approximately in the beginning of February 2004, Christ (Defendant) became a thirty-six percent (36%) investor in Elan Suisse International Holdings. (A separate corporation from Elan).

6.     That after investing Two Hundred Fifty Thousand Dollars ($250,000.00) into the Elan Suisse International Holdings ("Holdings"), Christ had a thirty-six percent (36%) equity ownership and was also authorized to represent that entity which had been incorporated in the State of Delaware.

7.     Christ was to operate "Holdings" in the U.S. in order to attract investors there and did so in 2004.

8.     Christ was not authorized by Elan to operate any Website.

9.     That on or about September of 2004, Christ, without authority from Elan, set up the Website "elansuisse.co.za.", using the Elan Suisse name in direct conflict with "elan suisse.com" (a registered domain name).

10.    From September of 2004 and through the present time, Christ has posted defamatory statements on his Website regarding Elan Suisse, associated companies, their investors and employees, which consist of but are not limited to the following as set forth in Christ's Website postings attached hereto as Exhibit "A".

     • "Elan Suisse Capital unclear as to which of these shell companies this moniter is attached"

          • "John Walters sentencing hearing transcript on fraud charges"

          • "The theft of this money to someone I trusted fueled ..."

• "Cormick is and has been for several years – with impunity" running a

large international investment scam based in the UK and the Republics of

Zimbabwe and South Africa."

• "I am unable to establish where Cormick lives"

• "On the Alan Dean Affair whereby Cormick was arrested by

New Scotland Yard in 1997 on suspicion of fraud"

• "This is a classic bate and switch scam"

• "I believe this operation is a boiler room type operation"

• "Through a collapsible daisy chain of shell companies...that is the Elan

Suisse setup"

• An apparently new Elan Suisse entity just popped up!  It's called

Nicogel"

•"What about Elan Suisse RSA? I believe that the RSA operation is a

front to legitimize the whole business operation in Zimbabwe"

• "Neither Elan Suisse nor Cormick are what they are represented to

be"

• "CEO Elan Capital SA [See above this is a shell company]"

•"To the shock of finding out I have been seammed by someone I trusted".

(Posted May 31, 2006)

    11.   The statements and innuendos contained in Christ's Website

"elansuisse.eo.za." are deliberately false, malicious and misleading and were made for

the sole purpose of trying to force a settlement and/or return of the money that Christ had

invested in the Elan Suisse Holdings Co. in Delaware.

12.     Christ's inappropriate, defamatory and disparaging statements against
Elan Suisse and its key officers and directors, have caused Elan to lose investors and
make it difficult to attract any investors. (See the attached Affidavit of Brett Cormick,
Peter John Kipps, Apostolos Zographos and Anthony John Carter, attached hereto
respectively as Exhibits "B", "C","D"and "E").

## COUNT I

### Commercial Disparagement

13.     Plaintiff repeats and re-alleges each and every allegation contained in
paragraphs one (1) through twelve (12)  with the same force and effect as if set forth fully
herein.

14.     Christ intentionally and negligently disseminated false, malicious and
misleading statements on his internet Website and through e-mail communications to
Plaintiff's investors, potential investors and customers by posting on his Website
completely false, malicious and misleading information about the Plaintiff Company, its
key operating Officers, company employees, and others associated with Plaintiff.

15.     Christ was aware that these statements were false and knew or reasonably
should have known that the statements would likely result in harm to Plaintiff's business
and result in detering other potential investors and current investors from dealing further
with Plaintiff Company.

16.     Christ's false statements played a material and substantial part in deterring
Plaintiff's potential investors and current investors to not invest in the Company or to
limit their investments with the Company and even cause losses to current investors.

17.    As a direct and proximate result of the aforesaid conduct, Plaintiff has
been damaged in an amount that will be proven at trial and is expected to be in excess of
Fifty Thousand Dollars ($50,000.00).

18.    That Defendant Christ's continued use of the Website wherein he has and
continues to post false, misleading, defamatory, malicious and damaging statements has
and will continue to cause irreparable harm to Plaintiff and the reputation of its officers,
potential investors, current investors and employees to which immediate equitable relief
is necessary.

**WHEREFORE,** Plaintiff Elan Suisse, prays that this Honorable Court (i) enjoin
Robert D. Christ from making the aforesaid defamatory and disparaging statements with
respect to Elan Suisse and any employees, investors or anyone who was or has been
associated with the Elan Suisse Group. And furthermore, that Mr. Christ immediately
cease and desist from operating any Website using the protected name Elan Suisse or any
Website with any similar, misleading or confusing designation which would lead anyone
to believe it was an official site of Elan Suisse; (ii) enter judgment for Elan Suisse and
against Robert Christ and award all compensable damages, costs, prejudgment and post
judgment interest, and attorney fees; and (iii) provide such other and further relief as this
Court deems necessary and just.

## COUNT II

## VIOLATION OF §43(a)(1)(A)(B)OF THE LANHAM ACT

19.    Plaintiff repeats and re-alleges each and every allegation contained in
paragraphs one (1) through eighteen (18)  with the same force and effect as if set forth
fully herein.

20.    Section 43 (a)(1)(A) of the Lanham Act states follows:

(a)    Civil Action.

(1)    Any person who, on or in connection with any goods or services, or any container for goods, uses in commerce any word, term, name, symbol or device, or any combination thereof., or any false designation of origin, false or misleading description of fact, or false or misleading representation of fact, which...

(A)    is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection or association of such person with another person, or as to the origin, sponsorship, or approval of his or her goods, services, or commercial activities by another person...shall be liable in a civil action.

15 U.S.C. §1125(a) (1) (A).

21.    Defendant has violated said Sections of the Lanham Act by his malicious, false and misleading use in commerce of the "Elan Suisse" name as above described.

**WHEREFORE,** Plaintiff Elan Suisse, prays that this Honorable Court (i) enjoin Robert D. Christ from making the aforesaid defamatory and disparaging statements with respect to Elan Suisse and any employees, investors or anyone who was or has been associated with the Elan Suisse Group. And furthermore, Christ be prohibited, directly or indirectly immediately cease and desist from operating any Website using the name Elan Suisse or any Website with any similar, misleading or confusing designation which would lead anyone to believe it was an official site of Elan Suisse; (ii) enter judgment for Elan Suisse and against Robert Christ and award it all compensable damages, costs, prejudgment and post judgment interest, and attorney fees; and (iii) provide such other and further relief as this Court deems necessary and just.

## COUNT III

## VIOLATION OF LANHAM ACT

## §43 (1)(d)(1) (A) (i) (ii) (I) (II)

22.　　Plaintiff repeats and re-alleges each and every allegation contained in

paragraphs one (1) through twenty-one (21) with the same force and effect as if set forth

fully herein.

23.　　Section §43(d)(1) (A) (i) (ii) (I) (II) of the Lanham Act states as follows:

(d)　　Cyberpiracy prevention.

(1)(A)　A person shall be liable in a civil action by the owner of a mark,
including a personal name which is protected as a mark under this section, if, without
regard to the goods or services of the parties, that person...
　　　　　　　(i)　　has a bad faith intent to profit from that mark, including a
personal name which is protected as a mark under this section; and
　　　　　　　(ii)　registers, traffics in, or uses as domain name that...
　　　　　　　(I)　　in the case of a mark that is distinctive at the time of
registration of the domain name, is identical or confusingly similar to that mark;
　　　　　　　(II)　in the case of a famous mark that is famous at the time of
registration of the domain name, is identical or confusingly similar to or dilutive of that
mark.

24.　　Defendant has violated said Sections by acting in bad faith by

intentionally registering and using the domain name of "Elan Suisse".

**WHEREFORE,** Plaintiff Elan Suisse, prays that this Honorable Court (i) enjoin

Robert D. Christ from making the aforesaid defamatory and disparaging statements with

respect to Elan Suisse and any employees, investors or anyone who was or has been

associated with the Elan Suisse Group. And furthermore, that Mr. Christ immediately

cease and desist from operating any Website using the name Elan Suisse or any Website

with any similar, misleading or confusing designation which would lead anyone to

believe it was an official site of Elan Suisse; (ii) enter judgment in Elan Suisse favor and

against Robert Christ and award it all compensable damages, costs, prejudgment and

post judgment interest, and attorney fees; and (iii) provide such other and further relief as

this Court deems necessary and just.

Respectfully submitted:
**FRONT STREET LAWYERS, P.C.**

BY: _____
     **NICHOLAS CASAMENTO, ESQUIRE**
     **Attorney for Plaintiff**

BY: _____
     **JOSEPH A. RATASIEWICZ, ESQUIRE**
     **Attorney for Plaintiff**

## VERIFICATION

I, Brett Cormick as Director and Shareholder of Elan Suisse Group, aver that the facts set forth in the foregoing Complaint are true and correct to the best of my knowledge, information and belief and that this statement is made subject to the penalties of 18 Pa. C.S.A. §4904 relating to unsworn falsification to authorities.

_____ 8 June 2006

EXHIBIT "A"

# PUBLIC NOTICE

# Due Diligence Results of <u>Dr. Brett Cormick</u> Marketing For Investment Capital In "The Elan Suisse Group of Companies"

**Elan Suisse (Pty) Ltd** (RSA Registration No.2003/000050/07)
**Elan Suisse International Holdings (USA) LLC** (a Delaware LLC)
**Elan Suisse Jersey** (Purportedly <u>Operated by BNP Paribas</u> Fund
Services Jersey Limited)
**Elan Suisse Financial Advisory Services** (Zimbabwe – Cormick
<u>vehemently denies</u> any <u>links</u>)
For more information on **Elan Suisse Financial Advisory Services,**
please perform a <u>web search</u> on: "Elan Suisse" Zimbabwe
**Trust Investment Services** (Zimbabwe)
**Elan-Suisse Zimbabwe Management Services Company** (Zimbabwe)
**Trust Holdings Ltd.** (Zimbabwe)
**Bancorp International Equity Partners** (Zimbabwe)
**ELAN-SUISSE Venture Management** (Zimbabwe)
**Sarco Holdings** (Zimbabwe)
**Elan-Suisse International Equity Partners** (Zimbabwe)
**International Corporate Development SA** (Cormick UK Trading Name)
**Elan Suisse Ltd.** (UK Corporate <u>Registered No. 04998672</u>)
<u>Elan Suisse Capital</u> (Unclear as to which of these shell companies this
moniker is attached)
<u>Aquacine</u> Ltd. – Now Nicogel Ltd. (UK Corporation Registration No.
05190095)
<u>Nicotea</u> (reportedly <u>operated by Aquacine</u> -- which is now Nicogel Ltd.)
<u>Nicogel</u> Ltd. (Operated by John Walters in the UK – now Registration
No. 05190095)
"<u>The Aquacine Group</u>" (Unclear as to what organization this moniker
attaches - Aquacine Ltd. was renamed)

**There are numerous updates to this page by date with the latest news
at the bottom.**

**NEW INFORMATION: John Walters' <u>sentencing hearing transcript
on fraud charges</u>. This explains why we had no information on this
player -- if this transcription is genuine, it would seem apparent that
he had just gotten out of prison. I will verify this information with
the Ipswich Court when they come back from the holidays and**

**update this site with verification.  NOTE: (Dec. 28, 2005) I received verification from two separate sources that the Ipswitch Crown Court transcript is genuine.**

**Note**: All links to this brief are from unedited (except where noted [edited out] to strip out sensitive banking details) e-mails and attachments.  A complete digital record of these e-mails and documents is available to interested parties in Microsoft Outlook format by contacting the following:
Robert D. Christ
2333 Jones Road
Pottstown, Pennsylvania 19465  USA
Phone/Fax: +1(610)469-1730
e-mail: bob.christ@@seatrepid.com

For a detailed analysis of this case done in April 2005 as a legal brief, see this series of pages.

**For a PRESS SUMMARY OF THIS CASE written by Moneyweb in Johannesburg, South Africa please see here.  It is my understanding that Julius Cobbett of Moneyweb has done extensive investigative work on both Cormick and Elan Suisse.  For more information, contact him directly.**

**EXECUTIVE SUMMARY**
In March 2004, I advanced Brett Cormick US$250,000 into his personal account at Natwest in London (Kensington Branch) as earnest monies in anticipation of starting an RSA-based global investment business by the name of Elan Suisse.  In September 2004, after months of demanding a formalized agreement, I demanded an audit of the whereabouts of my earnest monies.  After refusing to cooperate with an audit, Cormick instead made numerous promises to refund these monies.  In November 2004 I made formal demand for return of my earnest monies.  Cormick has since steadfastly claimed that I now own 36% of am empty Delaware shell corporation and that I have endured huge penalties per some purported articles of association (of which I have, of course, never seen – nor do I believe that they exist).

The theft of this money to someone I trusted fueled this lengthy investigation into Cormick's business and personal history.  The findings made through this investigation are quite disturbing and lead one to the obvious conclusion and lingering question "How well do you know your so-called 'friends'?"

Dr. Brett Cormick and Elan Suisse Elan Capital Nicogel Elan-Suisse Nicotea Aquacine S... Page 3 of 78

I began this investigation cautiously mindful of any damage this project
could do to Cormick's reputation. But as I uncovered more details, the
facts made it increasingly clear that this man needed to be exposed.
Cormick is (and has been for several years – with impunity) running a
large international investment scam based in the UK and the Republics of
Zimbabwe and South Africa. Please read through this document and
glean the source details to make your own conclusions.

The case is now in THE HIGH COURT OF SOUTH AFRICA
(WITWATERSRAND LOCAL DIVISION – Case number 2005/2033).
Per Cormick's plea in the case, the court does not have jurisdiction since
he does not live in RSA (where he has business operations). I am unable
to establish where Cormick lives which has frustrated my efforts to get
this case heard in court with proper jurisdiction. See Cormick's Plea
(page 3 4 5 6 7 8 9). So, in short, this money was lost upon signing of the
wire transfer document because this entire transaction was and is a sham.

## E-MAIL SUMMARY
Most e-mails for this project are grouped by date.

E-mail from January 2004 to the end of March 2004 (time period during which
negotiations took place)

E-mail from April 2004 to the end of September 2004 (time period awaiting
formalized agreement)

E-mail from October 2004 to December 2004 (time period awaiting repayment from
Cormick – then beginning of law suit)

E-mail from January 2005 to Present (time period where Cormick goes on to other
business dealings). There are numerous confidential e-mails received during this
period. I will post here when permission is given.

On Cormick's Academic Credentials and the relationship of the LSE IEDG to LSE.

On the "Alan Dean Affair" whereby Cormick was arrested by New Scotland Yard in
1997 on suspicion of fraud. For more information on the "Alan Dean Affair", please
contact me so that I may get you in touch with people who were close to the situation.

On the "HIVEX Affair" whereby BAE Systems invested a large amount of money
into HIVEX Ltd. (according to public records, Cormick was a board member of
HIVEX Ltd.) as a R24 million offset for an arms deal with South Africa.

## SYNOPSIS
This is a classic bait-and-switch scam perpetrated by a friend. For a diagram of the
scam done in MS Word. I operated a tour company that took Cormick as a client
on two expeditions to the Geographic North Pole. I have never had a cross word

with him until I entrusted him with funds; therefore, I can only assume that I was a
soft target and this is what Cormick does for a living (i.e. scam people close to
him). Since that time, I have had repeated threats of legal action (and more) stating
that I am injuring Cormick's reputation by asking questions about my investment.
Also, I received a long series of red herrings attempting to divert the issue away
from my misappropriated US$250,000. I have never received an accounting by
Cormick of what happened to my US$250,000 in retirement savings deposited into
his personal account in March 2004. This case is about misappropriated funds and
gross misrepresentation.

I have placed this page as a public service announcement so that others
will ask hard questions I failed to ask and perhaps can avoid a similar
fate. If you are contemplating investment in any organization managed
by Cormick, you should be able to recreate my work above to come to
your own conclusion. I suggest you not trust my statements, but perform
your own basic research. This page gives you the roadmap.

The e-mail addresses and contact information for this work are located in
the e-mails located in the subdirectories herein. Please browse the e-
mails [linked above] for contact details of the people whom were and/or
still are involved with this case.

### NARRATIVE
I have been encouraged by several people close to this situation to write a
narrative explaining the history of this event. This section is going to
grow as more information is gained (and the information is flowing in
daily). The sources for this section vary from hard to soft – and I cannot
vouch for the veracity of each and every statement. I will cite the source
so that you can decide for yourself.

BRETT JOHN CORMICK (Australian Citizen as of last information I
have)
Born: September 29, 1959
(source for this section is internet genealogy) Father is Neil John
Cormick. He married Margaret May Heber, daughter of Leonard James
Heber and Ellen Pritchard.

Children of Neil John Cormick and Margaret May Heber are:
i.      +Brett Cormick, b. 1959.
ii.     +Craig Cormick, b. 1961.
iii.    +Wesley Cormick, b. 1961.
iv.     +Gavin Cormick, b. 1962.

Brett married Shirley Breckenridge (unknown date). Children of Brett

Cormick and Shirley Breckenridge are:
i.       James Cormick, b. 1988.

Brett divorced and married Jennifer Mortleman in approximately 1990.
Children of Brett Cormick and Jennifer Mortleman are:
i.       +Jordan Cormick, b. 1992.
ii.      +Joshua Cormick, b. 1996.
ii.      +Jessica Cormick, b. 2000.

(This work history varies widely and comes from a number of sources
including Cormick. I do not vouch for its complete accuracy, but it is
fairly close – and it is in contradiction to the represented CV from
Cormick)
1959-1981    Schooling in Australia
1982-1983 Australian Army
1987-1989    Reportedly worked for Intersuisse Australia
1990-1992    Hambros Bank doing sales to institutional investors
1992-1999    European Venture Finance (with a few months at Mees
             Pierson)
2000-2002    HIVEX Ltd. (Durban)
2002-Pres.   Elan Suisse (in various forms)

As best I can tell, his residences are as follows:
1990-1998 - Near Holland Park in London
1998-1999 - West Sussex
1999 (for 6 months) - Bath
1999-2004 - Masvingo and Harare Zimbabwe
Present Residence - unknown

I graduated from Louisiana Tech University in 1982 with a dual major in
Aviation and Accounting. I spent several years at the international public
accounting firm of Coopers & Lybrand in the New Orleans, Louisiana
office before getting into smaller businesses. I hold a Certified Public
Accountant's Certificate (the USA equivalent of a Chartered Accountant
– certificate currently inactive) as well as an Airline Transport Pilot
Certification. In 1992, I operated a parachuting school in Hammond,
Louisiana where I met a man by the name of Bill Booth that operated a
parachute equipment manufacturing company in DeLand, Florida. He
invited me in 1994 to go with him on a skydiving expedition to the
geographic North Pole through Russia.

In 1996, I took over this tour from him as the tour operator for taking
parachutist to the Geographic North Pole. My theory was that I would
allow inexperienced passengers the thrill of a skydive over the

Geographic North Pole safely attached to an experienced tandem skydiving professional. The first customer (see here for link) of my new venture was Brett Cormick.

I had periodic contact with Brett in 1996 through 1998 via e-mail. In early 1998, my Russian contacts asked if I had anyone interested in doing a scuba dive at the North Pole since the Moscow University Diving Club wanted to do a scientific dive and wanted to share costs. I missed the 1998 expedition for personal reasons and the MUDC made a short dive whereby the leader (Andrew Rozhkov) died during the first dive. I made the arrangements for Brett and Michael Wolff to make a dive on the 1999 trip. I also hired Bob Wass (a commercial diver from Smithtown, New York) to supervise the operation for safety reasons. That dive was successful (see this link) with Brett making the last dive of the trip.

I started another business in late-1999 manufacturing and marketing underwater robotic equipment of which I sold in late-2003. I was in Cape Town in January 2004 dealing with a close personal friend's estate. Graham Hoal had just died in a tragic parachuting accident when Brett phoned me with a "fantastic investment opportunity". The rest is detailed above.

## WHAT HAPPENED TO BRETT?

I spoke recently to David De Leeuw formerly of the De Leeuw McCow Fund and now with Lion Chemical Capital. David certainly remembered Brett. He stated he was pleased with Brett's services in the mid-1990s while raising funds in Europe (Brett made introductions for David). He also heard that Brett had gotten into some trouble significantly hurting Brett's business.

It seems that Brett had a pseudo-legitimate business with European Venture Finance [until this "Alan Dean Affair" occurred] by making and arranging introductions between American fund companies European institutional investors. The details of this incident are slow in coming, but here is a link to the subsequent operations from the "Zebra Project". From discussions with people close to Brett, I understand that this incident ruined his business operations and caused him to move to Zimbabwe where Jennifer's family resides. I understand that Brett was represented in this criminal investigation by Keith Oliver of Peters & Peters.

I also understand from people very close to Brett that this "Alan Dean Affair" also caused an emotional toll. It seems that Brett was well connected in the UK financial community until this event happened. I

am also told that Brett had to sell his house in order to pay for legal expenses with regards to this case.

A source very close to Brett said he was in partnership with Patrice Dhliwayo of Elan Suisse Zimbabwe – I found this out subsequently to the articles published in the Financial Gazette. I suggest you contact Nelson Banya with the Financial Gazette in Harare on this subject. Patrice and Brett reportedly operated this company with the results stated above. I still don't know the full story there and I am not going to Zimbabwe to find out. I have heard several times from sources within Zimbabwe that there is much more to Elan Suisse Zimbabwe than there appears to be.

I wanted an RSA-based business in order to have the opportunity to stay in touch with my god-son Garner Hoal (Graham's son) whom lives with his mother in Cape Town. Brett and I were going to start a global business as partners with me providing the funding and him providing some funding and contacts. As per the e-mails here, Brett was in a hurry to get the business running and could not wait until we met to sign papers. I advanced to him earnest monies in anticipation of formalizing an agreement. We met in London where Brett agreed to have the attorneys in RSA draw up the papers. At a Hyde Park restaurant when I confronted him on our formalized agreement in March 2004, his statement was "Bob, are you an attorney? Well neither am I. Let's let them do this properly." In sworn court documents, Brett stated that a formalized written agreement was never contemplated.

We were scheduled to meet in July 2004 with Lehman Brother in New York at which time the deal was to be formalized. The meeting was cancelled. In September 2004, Brett informed me that the company was out of money. I could not account for where my US$250,000 went whereby I demanded an audit (to be conducted by Kevin Wright – a Chartered Accountant from Cape Town). Instead of cooperating with the audit, Brett then agreed to refund my earnest monies (please see these e-mails).

Brett forwarded to me a document in October 2004 which he wanted me to execute in order for me to obtain my refund. It was at that point, Brett's intention became clear. I retained a Cape Town-based attorney and formally accepted his offer to repay my earnest monies. In sworn court documents filed by Brett, he stated that we had made a complete agreement one afternoon while drinking wine in Stellenbosch in late-January 2004. Further, I had deposited the funds into a personal UK bank account plus he stated that he did not live in South Africa; therefore, the RSA court does not have jurisdiction. Thus far, I can find (and I have

looked) no assets owned by Cormick other than collapsible shell companies [which I believe is on purpose] possessed of liquid assets shuffling from jurisdiction to jurisdiction via international wire. Clearly this organization is a sham with Cormick a con artist (as demonstrated below).

From correspondence with Christina Gagnier, (a friend of Cormick's), I am told that Cormick is now forming an investment fund selling interest in funds that purchase companies that he and John Walters own (i.e. a classic "Boiler Room" setup). Please read through the correspondence.

## WHAT IS THIS ALL ABOUT?

David De Leeuw stated that Brett was a "typical promoter" (he said that he had worked with quite a few) in that he never let the truth stand in the way of promoting a project. Others close to Brett stated that he was always very concerned about appearances (as most promoters do). I could not understand why instead of participating in the North Pole scuba diving expedition (which is what happened), he had to have "Conceived of and Led" the Expedition (which did NOT happen). Andy Hardie-Brown spoke to me recently about how Brett portrayed that expedition (i.e. Brett stated that the expedition was extremely dangerous and that he would have died instantly if the dry suit or regulator had problems – I will leave that one to Bob Wass and Dr. Safonov). Instead of simply going on a tandem skydive at the North Pole, Brett portrayed himself to have "several freefall trips to the Pole" (Cormick made one tandem skydive out of an Mi-8 helicopter attached to me in April 1996).

Instead of being a small business owner of European Venture Finance, Brett portrayed himself to be "a Managing Director, Director & Consulting Director for several of the largest & most respected institutions in Europe and the United States" (per his CV). Instead of having a PhD via a correspondence course (which is what happened) from a diploma mill, the PhD had to be from the London School of Economics (which he does not possess according to LSE). Please speak with Professor Simpson (University of Cape Town) and Robert Paterson (former business associate from the UK) about Brett's unauthorized usage of official letterhead.

## UPDATES:
### October 2, 2005

- After the "Alan Dean Affair" and probably after the '99 North Pole Expedition (I say that because he did not mention any planned or recent trip to Russia during the expedition – although I must say that I had no need to know), I am told (from a very close source to

Brett) that he went to Russia to check out a new technology for
treatment of HIV. Another source from HIVEX told me he knew
of no such trip that Cormick took. The HIV technology came from
HEX Ltd. in Southampton. Some time in 2000, HIVEX Ltd. came
into existence with Brett on the board. Then BAE Systems became
involved. Brett was terminated from HIVEX Ltd. due to
allegations of fraud.

- In late 2003, the ESFAS scandal erupted (i.e. fraud).
- In January 2004, Brett contacted me for investing into his
  organization (i.e. fraud).
- In late-2004/early-2005, Aquacine and Nicotea showed up.
- In September 2004, John Walters was sentenced in the UK for
  criminal fraud.
- In February 2005, I entered suit against both Brett Cormick and
  Elan Suisse (Pty) Ltd (the ESPL suit was settled approximately 2
  hours before going to trial).
- In May 2005, the Moneyweb article came out.
- In October 2005, Nicogel showed up.

The pivotal point still seems to be the "Alan Dean Affair". Three
separate sources told me (including Cormick himself) that this was not
original technology. I left word with several people (Charles Calpers of
ECTX said that he would call Alan) for Alan Dean to contact me. He
may not have gotten the message that I was looking for him. Mr. Dean, if
you read this article, please contact me. I would like your input. It may
be true what Brett is saying and that this was not original technology.
That would explain a lot about this mystery. It seems that he left England
ruined and in total defeat. The way I understand it, however, the question
for the police was never about the ownership of the technology -- it was
about the disposition of the fees charged by Brett to Alan Dean's
organization. This is called in the USA an "Advance Fee Scam".

This paraphrased from a source close to Brett from 1997:
Brett said that when Scotland Yard arrested him, the first thing he said is
that they did it in front of his kids. He was a family man and he loves his
kids.

Reportedly, the police came to their house on a Thursday morning at
around 7 AM while they were all still in bed, asleep. Brett heard a loud
hammering on the front door. It is unclear as to if the police broke the
door down or if Brett let them in. But they woke everyone up, and two of
the kids got out of their beds in fear. Brett was still in his pajamas and
it's unclear as to whether he had time to get dressed to go to the police

station. The police put him in handcuffs in front of his whole family. Reportedly, his wife was quite distressed over the matter. The biggest problem was dealing with the kids' questioning.

They also took all of Brett's computers, files - everything he had in his office. It is unclear as to if they searched the entire house. It must have been quite distressing for him – the whole family witnessed it all. I guess Brett's pride was probably damaged from this whole mess. There were at least two officers that made the arrest (perhaps more).

This may explain some of Brett's behavior since. According to my source, this may be the reason why they sold the house [*I assume the West Sussex house - BC*] so soon after buying it. Brett mentioned that neighbors were probably wondering why the police came so early that day. That may have wanted to get away from that house and from what he saw as a humiliating affair.

I got the distinct impression when we were on the ice in 1996 that Brett adored his wife. He talked constantly about his kids and his son's medical problems. He was a family man. That was the thing that really warmed me toward Brett. I was 35 years old at that point and was thinking about a family myself. That conversation really affected me. Then I have this from Brett from September 2005.

So here is my hypothesis about the "Alan Dean Affair"
I believe that the ECTX technology may not have been original. Brett found out about it after doing work fund raising on the project. Not that it gave Brett any moral problems with fundraising for the project - I assume he was having trouble raising funds for a second-run technology. When Brett was unsuccessful with raising funds for the project, Alan Dean demanded his fees (the amount, I am told, was 70,000 GBP) back. Brett refused. Alan turned him into Scotland Yard. That is the most logical explanation with the information I have at hand.

Fast forward to 2004 – Brett took a trip to Cape Town to get me to invest in Elan Suisse. We agreed that Elan Suisse – the entire organization – would be in the deal. When I finally pinned him down months later for a formalized agreement, he then informed me that I only get a minority interest in a Delaware shell corporation. I demanded my money back.

So, Cormick's MO is to convince the target to transfer funds through massive misrepresentation on trust then he back-fills with a so-called "agreement" [to which the target has never agreed – and in my case I have still never seen] with impossible terms that overwhelmingly favor

him. That's the scam in a nutshell. He purposely spreads the transaction over several venues complicating any legal relief the target may obtain thus forcing the target to squander time and money attempting to get this matter heard in a court of proper jurisdiction.

For the past 15 years, I am told that Brett has made his living fund raising (i.e. when money changes hands). As far as I can tell, during that time he has not been required to run the commercial aspects of a company – only to earn commissions on projects he has promoted. A promoter does not necessarily care about the commercial viability of the underlying project except when his reputation is at stake. Prior to the "Alan Dean Affair", Brett may have had a reputation to protect. Whatever that reputation may have been, it was decimated after that incident. I believe he no longer has any regard for the underlying value of the projects he is promoting – and my personal experience is that he only wanted to separate me from my money.

I think that this "Alan Dean Affair" totally ruined him as a human being. And my opinion is that he is organizing a Boiler Room type operation selling worthless (or significantly overvalued) securities to relatively unsophisticated investors.

The Elan Suisse setup is not original. Again, the issues here are misappropriation of funds and gross misrepresentation. I have asked for comment from Cormick on the above in order to gain some type of understanding of what happened to my US$250,000 of retirement savings.

# **New: Cormick's Response [Unedited]**
I am afraid I am at a loss as to how to address this kind of behavior since it seems incoherent and juvenile.

Again, please use the above to recreate my work in order to reach your own conclusions. Please check back for updates.

## **SUMMARY AND CONCLUSION**
After coming to a verbal agreement with Brett on our partnership on the worldwide Elan Suisse organization, I spent most of 2004 working full time developing marketing materials for Elan Suisse. There were 12 separate iterations of the web page for Elan Suisse (all of which I funded) culminating in this page. It was never used. I produced business cards, promotional items, found office space, etc.

During this investigation, I contacted sources close to Cormick to get some type of idea as to what happened to my money – according to a source close to the situation, Brett went on a huge spending spree to Europe during April/May of 2004 - which may explain why he steadfastly refused to give me my money back. He had already spent it.

I advanced Cormick monies to fund the operating costs of starting a business. Cormick obviously saw these funds as his profit for being a clever businessman and misappropriated them for his personal use. Do business with him at your peril. Questions such as 1) from which institution is your PhD? 2) Please give me a copy of the "Alan Dean Affair" file. 3) What happened to Christ's money? 4) What happened to Peter Kipps' money? These and other questions should be an integral part of your due diligence search – if you choose to not heed the warnings from my experiences.

And what happened to Cormick? He appears to have simply switched from the fee scam in the UK to the equity scam in RSA.

This concludes my South African investment adventure. My lovely wife has been quite supportive and this hasn't hurt us badly financially. But I will certainly do a much closer due diligence before ever investing in any friend's company.

## UPDATES SECTION
### October 6, 2005 Update:
The Moneyweb article on this web site came out yesterday. Please carefully notice the comments at the bottom – and speculate who is behind them. Cormick even spoofed my name on one of the comments.

In answer to Apostolos Zographos' statement, here is where I obtained his e-mail address (note the date). Here is a partial listing of where I obtained the other e-mail addresses (note the dates and address to/headers) which were sent to me by Cormick (1 2 3) in 2000/2001.

### October 9, 2005 Update:



Brett and Bob during Graham Hoal's funeral in January 2004
just before he cleaned out my savings account (other so-called "mates" be
warned)

Red Herring – *def.* Something that draws attention away from the central
issue.
The central issue here is misappropriation of funds and gross
misrepresentation. Everything else thrown up by Cormick on this case is
some form of Red Herring.

I received more information last week on another 'investor' into Elan
Suisse. But I would like for "Dr." Cormick (note the quotes) to explain
to the other "investors" of Elan Suisse (and other "portfolio" companies)
what he did with Peter Kipps' money. If no explanation is forthcoming
from Cormick, I will post here.

### October 10, 2005 Update:
### Smear Campaign:
- Cormick insults my wife (see www.bobchrist.net)
- Cormick calls into question my sexuality
- Cormick accuses me of betraying my country (see
  http://bobchristamericantraitor.com/)
- of running financial scams in the Caribbean (whatever...)
- of running child pornography on the internet (whatever...)

But what has all of this to do with the disposition of my US$250,000?
This smear campaign went up on me when I asked Cormick to state what
happened to Peter Kipps' money. The www.juliuscobbett.com site went
up (to my understanding) when Cobbett addressed questions to Cormick
and Walters regarding their scheme. He is consistent.

On Friday, I will post my understanding of what happened to Peter
Kipps' "Investment" into Elan Suisse – which is another case of
misappropriated funds.

**October 18, 2005 Update:**
Got this in today from the University of New South Wales.



summarize. The FSB filing and his CV are the two documents that are pertinent.

- On the Hambros Bank employment.
- The LSE IEDG is not an LSE-Chartered organization. The use of the LSE logo is unauthorized.
- To my understanding, International Corporate Development SA is

Dr. Brett Cormick and Elan Suisse Elan Capital Nicogel Elan-Suisse Nicotea Aquacine... Page 14 of 78

**October 11, 2005 Update:**
Cormick is expanding this smear campaign.

On Friday, I'll post my understanding of what happened to Peter Kipps' money.

**October 12, 2005 Update:**
And the smear campaign continues. The Millennium Expedition went without interference.

The records for Columbia Pacific University are in the custody of Les Carr at +1(530)620-2082.

According to sources close to the situation, Cormick got off of the "Alan Dean Affair" due to "lack of evidence". The public prosecutor probably got paid 1,500 GBP per month to prosecute that case along with a huge caseload in London. Keith Oliver reportedly was paid 60,000 GBP for this case alone. I am sure that Keith Oliver used his well-polished legal skills to attack the procedural aspects of the evidence to wear down the public prosecutor to such a point that it was no longer cost-effective to prosecute that case. I do not believe that Cormick was proven innocent. Contact Robert Paterson, Former Director of BMI for more details.

**October 13, 2005 Update:**
Received a voice mail from an unidentified woman with an American accent asking that I send a link for this page to John Walters at john.walters@aquacine.com - complied.

**October 14, 2005 Update:**
My sources for this "Peter Kipps Saga" are vulnerable to retribution by Cormick (remember what is happening in Zimbabwe at the moment) and have asked that I not place this information on the internet. I have decided to leave this portion of this affair for the reader to approach. It is quite obvious what Cormick is all about and the above information gives the reader a roadmap to draw his/her own conclusions.

For an explanation as to what happened to Peter Kipps' money, please contact him directly at phone +263 4 335877 and e-mail: kipps@africaonline.co.zw. Or you may contact me at +1(610)469-1730 and bob.christ@seatrepid.com

This just in from Oxford.

I owned and operated the tour company that conducted these expeditions. The logistics for these expeditions were conducted in a very professional manner. They were done by a Russian company with which I have long-standing contacts. No one was injured under my watch – including Cormick. He was a client and not within the management structure of any of the expeditions.

- "Through his Family Trust, The Cormick Educational Foundation for Africa (CEFA) he is also directly involved in rural African charities for education for indigenous youth, and healthcare for the aged and disadvantaged." I am told that there is no such organization.

After being blatantly and obviously scammed by a friend, I belatedly started this due diligence investigation with these two theses:

1) People do not turn into crooks overnight. Corruption of this nature takes time.
2) Academia, by its nature, is the pursuit of truth. If Cormick's assertions prove false, it is highly likely that Cormick is not an academic.

Through a collapsible daisy chain of shell companies falsely linked to credible organizations, Cormick has built a façade of a large organization so as to attract capital. From my experience, that capital is funneled directly into his personal bank account never to be seen again (by the so-called "investor"). That is the Elan Suisse setup as designed and instituted by Dr. Brett Cormick.

### October 19, 2005 Update:
These are some of the problems you have when you do due diligence investigations.

### October 27, 2005 Update:
This just in from Columbia Pacific University Alumni Association. And this from the Australian Defense Force Academy.

Information is flowing in daily. I recently heard from a fellow Cormick victim. *New information* – according to FANews, they were paid for their [long overdue] advertising invoice by Elan Suisse within 48 hours of sending Cormick an attorney's collections letter. The payment apparently originated from a UK account. I have a report that Cormick was living at the Arabella Golf Resort in Hermanus, but left there with several months rent unpaid (which is classic Cormick).

Please check the site often for more updates. The picture of this whole

do not understand the link. I am continuing to research, however.

**October 31, 2005 Update:**
Thus far, I have concentrated on the setup in RSA and Zimbabwe. But
the answers will lie in the money trail. Let us examine the setup of Elan
Suisse Jersey. The way I understand Elan Suisse Jersey is that the entire
operation is being run under the auspices of BNP Paribas Fund Services
(Jersey) Ltd. under the direction of David Keep, MD of BNPPFSJL. The
scheme is (or was scheduled to be) authorized as "Elan Suisse/BNP
Paribas Jersey Expert Investor Scheme" by the Jersey FSA. This allows
'investors' with offshore accounts outside of RSA and Zimbabwe foreign
exchange control to quietly hide their offshore investments.

In Zimbabwe in particular, all foreign exchange is required to be
repatriated at the official exchange rate so as to compensate for
Zimbabwe's lack of foreign currency reserves. This is reportedly why
Anthony Carter is being prosecuted in Zimbabwe -- for not repatriating
the funds as is required by law. In order to maintain any measure of
wealth, funds must be kept in foreign bank accounts with stable hard
currency units. Unfortunately, in order to comply with the laws in
Zimbabwe the law requires those foreign funds to come home to be used
to buy fuel, food and other staple items needed for the economy. The ES
sales effort in Zimbabwe and RSA apparently has focused on having
RSA and Zimbabwe based investors change their investments in low-
performing UK/EU-based accounts (basically, checking accounts since
those do not require the heavy 'know your customer' regulations that
formal investment accounts need) into the "Excellent Performing Elan
Suisse Fund. Once that happens, Cormick then has control over the
funds. If those are your funds, poor you...

*New Information* -- An apparently new Elan Suisse entity just popped
up! It's called Nicogel. And see the NDA - my favorite part on this page
is this quote at the bottom, "We agree to be bound by this Confidentiality
Agreement immediately upon viewing this document. Please note your
IP address has been logged." That certainly is classic Cormick (i.e.
making up agreements to which you never agreed). Also typical of a
Cormick organization -- there is no address or phone number for
contacting this organization.

**November 1, 2005 Update:**
I have reason to believe that this vehicle was used for this scam. I have
also taken note that the Elan Suisse debacle has disappeared from the web
site of the Financial Gazette (which is reportedly owned, in part, by the
Zimbabwean Central Intelligence Organization and central bank governor

Gideon Gono).

With this latest round of information, this scheme is appearing less like the machinations of an isolated hoodlum and more like a case of state-sponsored organized crime (FBI Legat Pretoria, please take note).

I am not sure if this is significant - Cormick used to be the Cape Town contact for LSE, but he has recently been dropped from their alumni contact list.

**November 2, 2005 Update:**
I spoke today with attorney Michael Kearns (formerly with Centre Trust) in Jersey, Channel Islands. Kearns was Cormick's attorney and trust officer for several years while Cormick was in London. Kearns did his legal and trust work. Kearns stated he has not heard from Cormick for 6 to 7 years. The enigma continues. I have had several recent reports that Cormick shows up at various places in RSA and Zimbabwe unannounced. I have not as yet been able to consistently track his movements or locate the books and records of Elan Suisse (or any specific office location other than mailboxes) so as to positively establish legal jurisdiction for recovery of my money. If anyone can help in this area, please notify me. As a quid pro quo, I will assist in your recovery efforts with shared information.

**November 3, 2005 Update:**
I take note that all references to Telecel Zimbabwe have been dropped from the Financial Gazette's web site. The trial of Telecel certainly has followed political lines in that President Robert Mugabe's nephew Leo Mugabe has been waging a takeover attempt of Telecel and seems to have succeeded by having the management structure of the company incarcerated. From the same article:
>>Initially, the three [Edward Mutsvairo, Anthony Carter and Telecel itself] were jointly charged with board chairman and former Zanu-PF central committee member, James Makamba, who has since skipped the country.<< Again, I am not sure of the significance of this link but the Telecel connection to Elan Suisse is apparent.

**CURRENT SYNOPSIS**
I believe we now have enough to put together a synopsis based upon what is documented above:
1) Was Cormick involved with Elan Suisse Zimbabwe? I think the obvious answer is "Yes". Brett Cormick **Is** [and always has been] Elan Suisse.
2) Is Elan Suisse RSA an FSB-approved financial provider? The answer

is "Yes" with FSB reg. #852.

3) Is Elan Suisse Jersey a Jersey FSA-approved financial provider? Unclear at this point.

4) Is Elan Suisse Jersey being operated by BNP Paribas Fund Services Jersey Limited. The answer is "Yes". Does David Keep (MD of BNP Paribas Fund Svc.) know the sources of the funds flowing through Elan Suisse? My assumption is "Yes" – there are serious criminal penalties for failing to 'know your customer' in the banking industry.

5) Does Elan Suisse have substantial operations in RSA? The answer is "No". Cormick has essentially pulled out of RSA with no assets other than an empty shell corporation (and I have checked).

6) Does Elan Suisse have substantial operations in Jersey? The answer is "Yes".

7) Does Elan Suisse have substantial operations in Zimbabwe? The answer is "Yes".

8) What is the purpose of Elan Suisse Zimbabwe? Let us follow the money trail. In 2003, Elan Suisse Zimbabwe was used as a conduit to raid in Zimbabwe many individuals and several public pension funds of foreign exchange (see all of the press on the ENG scandal) with investments in US Government Treasury obligations. The purpose appears to be generation of foreign exchange to fund Zimbabwe's external debt obligations.

9) There seem to be many ZANU-PF links to ES. Is Elan Suisse Jersey being used to funnel foreign exchange for ZANU-PF party and/or members' personal accounts? This question is easily tested by examining the cash flows to/from Elan Suisse Jersey in August 2005. The Zimbabwe IMF payment of US$120 million in late-August/early-September came from somewhere. I believe that when you look through the money trail, you may find that Mugabe had his cronies fund the IMF payment from money that was originally pilfered from the Zimbabwean government. Test this by examining the banking records for funds origination of the IMF payment. But the question still remains, "who bailed out Zimbabwe on the IMF payment?" Here is the official version of the source and please note this quote "the IMF intended to verify the source of the funds in response to allegations that they may have been expropriated". And some more on the additional US$15 million and the IMF investigation.

10) What about Elan Suisse RSA? I believe that the RSA operation is a front to legitimize the whole business operation in Zimbabwe.

11) What are Aquacine, Nicotea, Nicogel and SWT all about? These obviously are front companies for some purpose since they do not appear to be operating companies.

12) Where does Bob Christ fit into this? Cormick was issued a gold card at Mees Pierson and immediately used it to buy an expensive Rolex

Dr. Brett Cormick and Elan Suisse Elan Capital Nicogel Elan-Suisse Nicotea Aquacine... Page 23 of 78

with company money. He just cannot seem to keep his hands out of the 'cookie jar'. With Bob Christ (who naïvely trusted Cormick), it was just too easy to pick up a quick US$250,000 in spending cash.

13) Where does Peter Kipps and Apostolos "Zog" Zographos fit into this? They had cash available (which Cormick wanted) – which puts them at the wrong place at the wrong time (as with Bob Christ). It is interesting to note that Zog is reportedly going through some very substantial financial troubles due to this investment in Elan Suisse. Poor Zog...

14) Where does Anthony Carter and Miko Rwayitare (and retired General Solomon Mujuru – see the bottom of this article) fit into this? I believe they are active players in the Telecel connection in that they are attempting to counter the Leo Mugabe takeover of Telecel through access to precious foreign exchange (the cell networks in Zimbabwe are falling apart due to lack of ability to purchase spares or service the infrastructure). There are many factions in Zimbabwe vying for power when Robert Mugabe leaves office. I believe Elan Suisse is functioning as banker for all of these factions with banking facilities through major world banks through BNP Paribas.

15) Where does John Walters fit into this? It is unclear [to me] at this point.

The latest contact information I have on Alan Dean (from registration on aadean.com) is:
A A Dean
Holt Hatch Cottages
Blacknest Road
Alton, Hants GU34 4PX   UK

**November 4, 2005 Update:**
I received this today from the University of New South Wales.

**November 7, 2005 Update:**
I received this from a source in Australia regarding Cormick's supposed employment at Intersuisse in the late-1980's.

- Some at the UNSW have heard of Cormick and some have not. Perhaps he is in a 'special student' ledger.
- The ADFA records list him as graduating with a rank of Captain. I do not understand why he would have graduated with that rank. See below for a better explanation.
- The internet genealogy conveniently listed him as Brett John Cormick with a family tree. I do not know the source of that information.

- His estranged wife does not know much about his background and has never seen diplomas.
- Cormick's life seems to have began in about 1990 when he arrived in the UK. That would put him then at 31 years of age at that time.
- Australia has commercial interests in Southern Africa – a fact that at times has proven very unpopular with authorities in Zimbabwe.
- Cormick told me in 1996 that he was still in the employ of the Australian government [I do not know if he was lying – see below for an independent analysis]. He also stated to me and several others that he was a member of the Australian SAS, but when I listed that on my web site he had me change it (I have that e-mail thread in archive).
- His past certainly appears contrived. And it is obvious from the above that "he is a complete fraud" (that is actually my RSA attorney's quote after doing some investigation).

So, is he crook or is he a patriot? My wife and I are attempting to figure out some way that Cormick is something other than a simple con-artist. We are hoping that he has some measure of integrity and is fighting against the evil dictatorship of Robert Mugabe. But the fact remains, he stole money from me and my family. And I want it back.

So, four questions arise:
1. Who is Cormick and who does he work for?
2. Is Brett John Cormick his real name?
3. Is he just a simple con artist or is there some other plot here?
4. Is Elan Suisse a legitimate business, a criminal organization or a sponsored intelligence operation?

The truth may lie somewhere in between all of the above. Neither Elan Suisse nor Cormick are what they are represented to be. I filed this complaint on Friday November 4th:
>> begin inclusion>>
Mr Ian Carnell
Inspector-General of Intelligence and Security
PO Box 6181
KINGSTON ACT 2604
AUSTRALIA
Telephone: (O2) 6271 5692
Fax: (O2) 6271 5696

RE: Formal Complaint against Brett John Cormick [Australian Passport #(edited out)]

Dear Mr. Carnell:

I am writing to lodge a formal complaint against the above-referenced individual for fraud.

I have set up a web site detailing this issue located at:
http://www.elansuisse.co.za/

If Mr. Cormick is under the employ of your command, please forward to me a contact at the Australian embassy in Washington, DC so that I may file the proper documentation and formally submit the evidence.

Sincerely,

<<end inclusion<<

If the Australian Government claims him, then they will need to clean up his mess. If they do not claim him, then I believe that the end process of this will be the exposure of who is Brett Cormick.

### November 8, 2005 Update:

Some more organizations are now coming to light now that this web page is propagating:

**Elan-Suisse Zimbabwe Management Services Company (aka "Trust Investment Services" in JV with Trust Holdings Ltd.)**
**Elan-Suisse International Equity Partners**

Both organizations are shown with Brett Cormick as Chairman & CEO and Patrice Dhliwayo as MD. **This should pretty much put to rest the disclaimer by Cormick on the Elan Suisse Zimbabwe link.**

Contact information on Elan Suisse in Zimbabwe is:
Trust Investment Services
4th Floor, Green Bridge (or Blue Bridge depending upon who you ask)
Eastgate, 2nd Street
Harare
Attention: Ms. Peta-Ann Goosen
Corporate Relations Executive
Telephone: 04 708353, 04 250610
Facsimile: 04 702066
Email: petag@trust.co.zw (I just tried the www.trust.co.zw domain – IP is 196.2.73.102 with last modification on 21 February 2005 but no web page)

taking tablets!" I find this a very interesting area of development both from a technical and a commercial point of view.

Now, some time ago I presented some of my ideas to Brett Cormick and he suggested we collaborate on setting up a biopharma fund in SA that would provide an opportunity for investing in the commercial development of these ideas. He offered to provide the financial expertise for setting up such a venture, and never gave me any reason to believe he would be unable to fulfill this role. The fund was ruined by your campaign. Sadly, half a year of my time and money went with it. This is where my association with Brett Cormick ended.

I have of course continued to develop my ideas through three companies: Aquacine, Nicotea, and Nicogel. These companies bear no relation to Cormick whatsoever: he is neither a shareholder nor acts for them in any capacity. They are currently trading perfectly healthily and they are no substantive grounds for believing that they are "front" companies for anyone or thing.

Now on your webpage you've suggested that I and these companies are assisting Brett in some nefarious activity or other. I have to tell you that this is plainly untrue, and the onus should not be on me to prove it.

Of course, if you were publishing your thoughts is some medium where you had to be wary of libel you would probably have been more careful before making these allegations. But - for better or for worse - the internet is a free place, and you can do as you please with impunity.

The flippant manner in which you treat significant parts of my life is simply unfair. I am sure you would not wish it upon yourself.

I do however ask you this: does the injustice apparently perpetuated against you justify your attempting freely to damage others who do not bear any responsibility for it?

However sympathetic I or another bystander may be, I think you'll agree that any reasonable person would reply in the negative.

What you do now is entirely up to you. I have not benefited from your money in any way, and I have already conveyed my belief to Brett that the dispute between you should be settled in court and not in an internet slanging match. I am therefore under no legal or moral obligation to you, and I think you will remain - both legally and morally - heavily in my debt if you continue to publish unrelated matter concerning me and my

Dr. Brett Cormick and Elan Suisse Elan Capital Nicogel Elan-Suisse Nicotea Aquacinc... Page 50 of 78

activities.

Yours,

John Walters<<

In reply to the above (since my e-mail address has been blocked by the aquacine.com administrator; therefore, I could not reply to him directly) I pose the following questions to Walters:

1) Is the transcript from the Ipswich Crown Court (as posted on my web site) accurate? Are you a convicted felon?

2) Why does Nicogel (according to the disclaimer on that website) have a relationship with Elan Suisse [it specifically mentions "The Elan Suisse Group"] if you and Cormick are no longer partners?

3) You stated above that information on this web site is inaccurate without being specific. Please let me know which information is inaccurate so I may update it.

4) I sent to you a reply only to find that my e-mail address has been blocked by the administrator. You were apparently unaware that this action had been taken. The administrative contact on several domains (including bobchrist.org, bobchrist.net, juliuscobbett.com, barrysergeant.com, bobchristamericantraitor.com) lists as Brett Cormick with an e-mail address of brett@aquacine.com. How can Mr. Cormick be in charge of those domains with a contact address of an organization to which he is unrelated?

5) I see you state above that Cormick is not a shareholder in these three companies: Aquacine, Nicogel or Nicotea. It does not make sense that he would be a shareholder for obvious reasons – and it seems meaningless for you to deny this. Is any company of the so-called "Elan Suisse Group" shareholder in those three companies? That would be a far more meaningful denial. Your severing of relations with Cormick (in his personal capacity) is meaningless with Elan Suisse as a shareholder. If Elan Suisse (or related companies) is a shareholder in any of these three companies, it would seem clear that this is just more "business as usual".

Despite your assertions above (and I take note of Judge HOLT's - who has much more experience dealing with the likes of you and Cormick than I - comments on your character in the sentencing transcript), you and your companies appear to be linked to an organization controlled by a man who has stolen a lot of money from me and my family. If the Ipswich Crown Court sentencing transcript is accurate, then a court of law has determined you as a convicted criminal. I consider any statement

you make with that fact in mind.

I further note your assertion that this case between Cormick and myself
has degraded into an acrimonious dispute. I disagree. I demanded an
accounting of the funds I placed with Cormick. He, as a reply, insulted
my wife and questioned my sexuality. That is not termed "Acrimony" –
that is termed a "Red Herring". The issue is and remains misappropriated
[i.e. stolen] funds. Cormick is clearly attempting to change this issue
from the obvious, blatant and clear scam that it is into an "Acrimonious"
dispute so as to divert the issue away from the disposition of the funds.

If your three companies are (as you assert) "currently trading perfectly
healthily", I would assume that your shareholders would demand accurate
and full disclosure to legitimate business inquiries about their investment
- instead of replying with pithy personal insults. I find this as no joking
matter. Did you disclose to those shareholders the details surrounding the
Ipswich Crown Court sentencing? I would certainly want to know if the
manager of a company into which I am considering investing is a
convicted criminal.

The Internet is a public forum as is any print medium. I disagree with
you that my statements here have any less legal implications than any
other medium – and I believe you will find that if you check with an
attorney he/she will agree that this is the case. I fully stand behind any
statement I have made and expect as well as fully encourage you to take
whatever legal steps you deem necessary if I have injured your
"reputation" (although I doubt that it is in my power to further degrade
the reputation of a convicted felon) through issuance of inaccurate
information. To the best of my knowledge, everything presented on this
web page is true and fully accurate. If you have information to the
contrary, please advise so that I may update this site.

And I hope you will excuse me if my sympathy for you is lacking. If
Judge HOLT's sentencing document is genuine, my sympathy does go
out for the victims of the subject matter within that case. I, in particular,
feel their pain. I do not, however, feel yours. And I do find it incredible
that Walters (a convicted criminal and known scam artist) is attempting
to play the victim in this plot.

**December 27 at 1330 local East Coast USA time** – Whoa! That was
fast. Within one hour of the posting of the above, the Confidentiality
Agreement on the Nicogel site was updated to remove all references to
"The Elan Suisse Group". Here is the old version which I saved from

October 31st. Please notice in point 21. that the so-called "agreement" is governed under the laws of the Republic of South Africa. That is interesting given that this is represented to be a UK-based company.

The true question here is not the amount of window dressing that is apparently taking place. The question will be if Walters is truly going to distance himself from Cormick and Elan Suisse – that will determine if he is just playing lip service to defeat this investigation or if he is truly trying to reform his criminal ways to save his company. I have received no indication that Walters is internet-savvy which means that, in all likelihood, the page update was done by Cormick [who is internet-savvy]. This would indicate that the distancing of Cormick from Aquacine/Nicogel/Nicotea is part of an orchestrated program. If Elan Suisse is a shareholder in the three Walters companies, it will most difficult (if not impossible) for Walters to separate himself from Cormick (despite his assertion that his relationship with Cormick has ended). To my knowledge, Cormick is still in the UK.

**December 27 at 1530 local East Coast USA time** – I just tried to e-mail Walters from my hotmail account. That bounced as well.

I sincerely believe that this investigation (and the posting of the results thereof on this page) has saved countless people from being scammed. It was very difficult for me to dig up all of these details (which were buried pretty deeply). I just wish that someone else had done for me the same favor prior to 2004 and I would not be in this position today. One of the acid tests I performed before wiring Cormick US$250,000 was that I could not find him on anyone's "radar screen" (and I looked – obviously not deeply enough; however). Now, I believe, both Cormick and Walters are on everyone's "radar screen".

I will make this offer to John Walters (and anyone else anywhere in the world for that matter): If anyone would like to buy my rights (which amounts to, after all of the rubbish falls away, a contractual obligation to refund the US$250,000 I advanced to Cormick as earnest money in March 2004) to this Elan Suisse fiasco it is definitely for sale. Then Walters can take that issue up directly with Cormick. I really doubt that Walters is interested – because that would obviously mean that he would need to trust his partner [and obviously he knows what his own partner is all about]. What do you think John? Do you trust Cormick enough to buy one of his obligations?

I also take note of yet another veiled threat of a lawsuit. I do wish those

clowns (Cormick and Walters) would simply get on with it. It would seem to be much more cost-effective for Elan Suisse to simply cooperate with an audit. But Elan Suisse is a scam.

This investigation ends only when I gain recovery of my US$250,000 or the players are in jail. I am confident that one of those events will happen in 2006.

**December 28, 2005 Update:**
This Walters case gets stranger by the day. I was forwarded this document containing the judgment results from a patent hearing on Walters' supposed ownership of the RTD technology patent. The way I understand it, the Elan Suisse Biopharma Fund was established to fund the development of RTD products based upon a patent owned by Walters. This document is rather lengthy, but pay particular attention to paragraphs 97, 98, 99 and 100 (page 24 of the document). This Patent Office judgment [it might be interesting to note that at least one of the hearings was postponed due to Walters' incarceration] was dated October 12, 2005 and awarded five of the patents solely to Shannon Biotechnologies Limited and jointly awarded other patent ownership to Walters and Shannon Biotechnologies Limited jointly. I did not notice from that document any patents owned solely by Walters.

The basic issue here is (according to the judgment – please read it in detail) the research for the RTD technology was funded by (and was done while Walters was in the employ of) Shannon Biotechnologies Limited of Ireland.

The judgment gave the parties six weeks (which would have run out on or about December 1, 2005) to come back with a commercial plan for the patent. The outcome of this case will directly affect the commercial viability of any of these companies managed by Walters and Marshall due to the intellectual property issue (i.e. without clear title to the IP, a patent infringement case by Shannon Biotechnologies could immediately shut down operations of the Walters Companies).

So, if you have money in the Elan Suisse Biopharma Fund and if that fund owns stock in the three Walters' companies (Aquacine/Nicogel/Nicotea) – you might want to check with your sales agent (that sales agent is probably the same guy who scammed me).

More from the source in France:
>>When we first met John Walters (January 2003), he presented himself as the person in charge of exports for the Shannon Minerals company, as

is attested by Google's answer to the following request:
"john WALTERS" + "shannon minerals"

http://www.retailintelligence.ie/newsletter-story.asp?ID=398

By the end of May 2003 he had split from Shannon Minerals and
convinced us that he had raised capital from venture funds in order to
start the RTD project in France. We failed to check the reason why he
had left the company.

While he was in prison, trying to find and alternative solution for the re-
employment of the facility built for the proposed project, we met with the
persons of Shannon Minerals, and understood that a dispute related to IP
was under way.

Her are the 2 main documents published by the patent office linked to
this other case ....

Ask google again: "John Anthony WALTERS" + "patent office"
http://www.patent.gov.uk/patent/legal/summaries/2004/o07004.htm
http://www.patent.gov.uk/patent/legal/decisions/2004/o07004.pdf

The most interesting is the fmal one, so far .... (October 2005)
http://www.patent.gov.uk/patent/legal/summaries/2005/o27205.htm
http://www.patent.gov.uk/patent/legal/decisions/2005/o27205.pdf

Sincerely<<

I might want to further add that if either the Walters companies or the
Elan Suisse Biopharma Fund (if there is such an entity) fails, it is due to
GROSS mismanagement and not because of anything I post on the
Internet. If the management for any of those entities uses that excuse as
their reason for the organizational structure collapsing, I suggest you just
demand an audit. You will, if history repeats itself, receive pithy
personal insults with zero cooperation with an audit. The answers are in
the money trail.

**NOTE: (Dec. 28, 2005) I received verification today from two
separate sources that the Ipswitch Crown Court transcript is genuine
and that Walters was, in fact, convicted on fraud charges.**

I rang the Nicogel phone line today (1500 local UK time) at +44 870 383
1744 to have a chat with Walters – the line rang approximately 50 times
before I hung up. It is interesting that a company that is "currently

Dr. Brett Cormick and Elan Suisse Elan Capital Nicogel Elan-Suisse Nicotea Aquacine...    Page 55 of 78

trading perfectly healthily" (as Walters represented to me) does not
answer their phone during normal business hours.

The commercial viability of the RTD technology is irrelevant to this
matter. The manager(s) [i.e. Walters and Cormick – if, indeed, Cormick
is still involved] of the companies (Elan
Suisse/Aquacine/Nicotea/Nicogel) that are tasked with bringing this
technology to market are crooks. A legitimate company cannot attract
on-going investors without checks and balances – amongst those are
proper financial controls, transparency of all dealings and character of the
managers. If this technology were placed with a proper management
team, it could very well have potential. I am not qualified to comment on
the commercial viability aspect. I am, however, qualified to comment on
the character of Walters and Cormick – which I have, in detail, above.

This, again, from the same source in France (I have taken the slight
liberty to correct grammar [since this person is not a native English-
speaker] while retaining the meaning of the text). I think this is the most
succinct and poignant analysis of this Elan Suisse debacle I have seen as
yet:

>> I think your appreciation about the overall management of Walters'
projects is very sound and correct.

Of the substantial amount of information you have collected, it clearly
appears that Cormick and Walters have found it quicker and with better
added value to scam people rather than actually work with (or for) them,
and ultimately for the society.

I will follow the developments to come and send to you any other
information that could help to send them to jail - if not for reforming, at
least to prevent any of their further actions as crooks.<<

There is enough information on Walters and the various Elan Suisse
Biopharma Fund companies here for now to leave this for a while. There
are many remaining links between Cormick/Elan Suisse and the Walters
companies. The only indication I can see of separation is by Walters'
representation above (and we have already seen Walters' credibility
demonstrated). Tomorrow, let us go back to Africa and look back over
Zog, Cormick and the dealings thereof. There have been many more
details that have recently come to light with many people now
contributing to this web site.

**SYNOPSIS**

This is my current thesis – it may be wrong (but I think it is pretty close).
I believe this is what has happened with the Elan Suisse Biopharma
Fund. I believe that the Elan Suisse Biopharma Fund exists. I believe
that Anthony Carter, Miko Rwayitare and the Telecel crowd gathered
their investment club from Zimbabwe together to put forth the funds for
this pool of capital. Cormick attacked the credibility of the "Whining
American" and the "Child Journalist" just as he had the bankers with the
gentleman from Australia (see the November 21st update above) in 2001
and countless others – the investors trusted Cormick instead of what was
plainly the evidence. They chose the obviously [self-proclaimed]
brilliant Imperial College/Oxford/Harvard/etc. [check the CV - it's all
there] educated finely manicured LSE PhD academic [which is all
rubbish per the above source documents] instead of the bilked investor
from America with a degree from a state college. So where does the Elan
Suisse Biopharma Fund stand today:

1. Cormick and Walters apparently have the money
2. Walters is a convicted criminal (I don't suppose Cormick told
   them that while soliciting funds???)
3. Walters does not have clear title to the intellectual property rights;
   therefore, these companies owned by Walters
   (Nicotea/Nicogel/Aquacine) are essentially worthless since they
   employ processes covered under patents owned by Shannon
   Biotechnologies Limited
4. Those investors need to start negotiating with Shannon
   Biotechnologies Limited
5. Those investors need to get their money back from Cormick and
   Walters
6. This tracks with my experiences with Cormick as well as that of
   Alan Dean, Robert Paterson, Alex McAlery, Zog, Peter Kipps, the
   lady from RSA, etc.
7. This tracks with Mr. Glue's experiences with John Walters
8. [to the investors] You guys are probably having a bad day...
9. If the above is close to being correct, Cormick can probably expect
   a warm (read "Hot") reception upon his return to Zimbabwe – I'll
   bet he is contemplating going home to Australia (and if history
   repeats itself [and it always does], the investors' money is already
   transferred). At this point, Cormick has no home, no family, he
   has scammed all of his friends... Where to next?

I will give Mr. Brendan O' Mara at Shannon Biotechnologies Limited a
call tomorrow and post the results of that conversation. I am really
curious about all of this now.

### December 29, 2005 Update:

I am going to work on the Zim connection first while waiting to get in touch with Mr. O' Mara. I have a call into him (0830 East Coast USA time) and am waiting for a return.

I continue to be amazed that Cormick has gotten away with this type of behavior for so long. I recently have spoken with a wonderful lady in South Africa that had a particularly disturbing incident with Cormick. She asked to be left out of this, but the general outline of her story goes as such:

- Cormick took [reportedly] US$70,000 from Zog as an investment in Elan Suisse. Apparently it disappeared.
- Cormick kept Zog expecting [on a daily basis] to be fantastically compensated for this investment (see these e-mails).
- Zog had no income and could not pay his house payments because Cormick had all of his cash. To keep the owner of the house off of his back, he started just forwarding all of Cormick's e-mails referencing the fantastic compensation that was just around the corner.
- After months of this, the lady that owned the house called Cormick to inquire when he was going to pay Zog so she can collect.

I spoke to her recently (and I was taking notes) – here is what she described:

"Bob, that guy Cormick is a nasty piece of work. I had never met this guy so I had no idea how or why he could so ferociously attack me with screaming threats and intimidations. Look,

1. We are retired.
2. We are on a fixed income.
3. We cannot afford to be sued.
4. We DO NOT want to be shot."

So, Cormick cowed another victim. My agreement with her is that if I ever find money belonging to Zog that I would let her know so that she could collect. This Botswana Project is what Zog is supposedly an interest holder. She and her husband are retired, on a fixed income and cannot afford to take this big of a financial hit. The amount Zog owes her is reportedly US$72,000. The reported amount that Cormick got Zog for is US$70,000. So, who did Cormick get – Zog or this lady? Cormick has ruined a lot of lives. All this will come out during the criminal prosecution of Brett Cormick.

Dr. Brett Cormick and Elan Suisse Elan Capital Nicogel Elan-Suisse Nicotea Aquacine... Page 58 of 78

The biggest inhibitor of dissent from Cormick's victims is the exchange control laws in South Africa and Zimbabwe. Over the past 20 years, most wealthy families in Southern Africa have moved wealth overseas to counter the huge swings of the local currencies. This is functionally illegal. It is my understanding that Cormick has been successful with changing investor funds in offshore accounts from non-performing current accounts in the UK to fantastic performing Elan Suisse accounts. When the investor requests information on their accounts, Cormick simply threatens to turn them in to the authorities. Case closed. All of this will come out in court. It is just a matter of time.

I take note that the nicogel.co.uk web site has been blocked on my ip. Despite Walters' representations to the contrary, I DO NOT believe that Cormick is no longer involved with Nicogel/Nicotea/Aquacine. But, at this point, what is the difference anyway.

### December 30, 2005 Update
I received an e-mail overnight from Cormick. In addition to the three paragraphs of pithy personal insults and threats of lawsuits, he stated that business is going very well. "Things are going brilliantly!!!" This just reminded me of a similar thread I had heard a couple of years ago:

"Be assured. Baghdad is safe, protected."
"I triple guarantee you, there are no American soldiers in Baghdad."
"These cowards have no morals. They have no shame about lying."
"We are winning!"
Iraqi Information Minister Muhammed Saeed al-Sahaf (March 2003)

I could find no substantive reason for the e-mail, however, nor was there any new information in that correspondence.

We were all certainly warned about what was coming (see this and notice the date). Cormick has sold another worthless company, has pocketed the money and has left a trail of bilked investors with full sacks of worthless paper.

As of this morning, I have not received a return phone call from Mr. Brendan O' Mara at Shannon Biotechnologies Limited. The operational company for that group is Shannon Minerals. If you would like to know the current status of the patent issue for the RTD technology (as relates to The Walters' Companies), I would suggest you contact Mr. O'Mara directly at these contact coordinates.

We should know fairly soon Cormick's next move. That will dictate

what we do here. If he goes on the lam, we will end this page and wait for him to resurface – it could be anywhere from months to years. If he goes back to Zimbabwe, well, that should be interesting. I do not think he is going back to South Africa since he left a mess there.

There is a South African saying that goes as such (please excuse the language): "He who shits on the road will meet flies on his return."

If he is still involved with the Walters' companies, we should know that fairly soon as well.

So folks, with that let us close out for the New Year's celebration and hope for us all a happy and prosperous 2006. We will take this up again in the new year.

### January 1, 2006 Update

Happy New Year folks! The latest update is that I see Cormick has updated the http://www.bobchrist.net/ site to drop the long-winded series of personal insults directed towards myself and my wife. In early September 2004, I demanded an audit (by an independent auditor at my expense – I made the arrangements and all Cormick had to do was open the books) of what happened to the funds I placed with him. Instead of cooperating, Cormick volunteered to refund my earnest monies. I accepted that offer since it was obvious at the time Cormick was not following proper business practices. Anything that transpired between early September 2004 and late November 2004 was an attempt by me to diffuse a **Rapidly** escalating war due to what was obviously a misappropriation of the funds entrusted to Cormick. But in the end, he stole the money anyway. I discovered (as did Neville Chamberlain in Munich) that appeasement does not work. Any issues thrown up now other than an accounting of what happened to my US$250,000 is just more Red Herrings.

The only real information I am gleaning from this page is that Cormick is now focusing on Elan Suisse issues. So I guess this page is working. "Dr." Cormick, it is very easy to get rid of me (the very angry "nightmare investor" [as you put it]) - produce an accounting of what happened to my funds I entrusted to you. For a con artist [Cormick] and a convicted felon [Walters] to attempt to plead for sympathy in this drama is [in my best euphemism] "Cute". It is especially "Cute" that [according to Cormick] I am extorting him to get my money back. Any legitimate investment fund (or any legitimate business for that matter) would produce an accounting as a matter of normal business.

So "Dr." Cormick, please post on your web site what happened to my US$250,000 so that everyone can see. Let me save you the trouble – here is what most likely happened from Cormick's point of view:

| | |
|---|---|
| $250,000 | March 2004 Yahoo! That Christ is such an idiot! Party time… |
| ($5,000) | April 2004 Went on very nice holiday in Europe (this is for first class airfare – the only way to travel) |
| ($15,000) | April 2004 Bought new Rolex (and man, it sure looks expensive! It puts the one I bought with the Mees Pierson card to shame) |
| ($25,000) | April 2004 Stayed in all of the nicest hotels in Europe, ate at five-star restaurants, etc. on business expense ("Thanks Bob") – that $6,000 dinner at Maxim's in Paris was incredible! "Eat your heart out Kozlowski [former TYCO CEO convicted on fraud charges]" |
| ($100,000) | April 2004 Stuffed money in retirement account (you never can tell when you'll need it to run) |
| ($1,000) | May 2004 Put a little of Bob's money into Elan Suisse so that I can say that I did. I can always take it back. |
| ($5,000) | June 2004 Bought a few hookers (I know Bob would appreciate that) |
| ($20,000) | February 2005 Paid to ATHERSTONE & COOK to put Christ in his place |
| ($25,000) | June 2005 Paid more to ATHERSTONE & COOK for divorce proceedings – it was money well spent saving me literally hundreds of thousands of dollars in child support payments over the next few years |
| ($54,000) | July 2005 Put some more money away so that no one could find it |
| $0 | Ending Balance – All expenditures were business expense (except for $154,000 of "reasonable profit")… |

**January 2, 2006 Update**
I understand that Cormick is about to go on another World Tour. It remains uncertain as to how he will finance this expedition.

**January 3, 2006 Update:**
Cormick is roaming the world once again. There is not much to report for now since the Elan Suisse Biopharma fiasco is essentially over (unless Walters can negotiate a license with Shannon Biotechnologies – which is doubtful considering the background of the O'Mara/Walters relationship).

I also take note that Cormick is posting what his attorney (whom he is paying) said in 2004 -- which is justifying why he should keep money he has stolen from me and not produce an accounting. The lawyer's letters and e-mail have been available on this site for months. A full history of communication between myself and Cormick (and our lawyers) is referenced at the top of this page. The only part of the whole thing worthy of mentioning is that his attorney advised Cormick to press suit against me where I live. So, for the [I lost count] time where is this promised lawsuit Cormick?

Folks, I realize that this whole thing is pretty childish. Cormick would be in jail right now if he had done this in America or Europe. But the laws are immature in Africa allowing for scam artist like this guy to thrive and flourish. Hopefully, the Internet is proliferating worldwide and any investor should be able to find this page to stop any investment into ANYTHING managed by Cormick. If this page accomplishes that then I will call it a success.

So, until there is more to report let us all get on to other things. We will place more here if new information becomes available when Cormick resurfaces.

### January 17, 2006 Update:
From sources within Zimbabwe, I received today a summary of the divorce proceedings between Cormick and Jennifer Anne Mortleman. The following quote is reportedly within the consent papers [drafted by Cormick's attorney]:

*'Plaintiff* [Cormick] *is currently in strained adverse financial circumstances, is currently unemployed and is bereft of any savings or capital such that he is unable to pay any form of maintenance or other financial contribution to the living requirements of the minor children'.*

I further take note that Cormick has registered the domain jennifermortleman.com [his ex-wife] for unknown purposes (actually, I think we all know the purpose – and I personally think this as a sick game). My wife and I do extend our sympathies to Jennifer Mortleman. She does not deserve this.

### January 19, 2006 Update:
A South African lady living in North America happened upon this site while looking for information on Elan Corporation, PLC (a listed NYSE company – symbol ELN). We had a few e-mail exchanges after she went over this page since she thought this was such an interesting story. This was her observation after reviewing the details of this case:

>> This fool, in the end, may actually pull it off and never go to jail. If you had invested in ELN-NYSE with your money (of course only in March of 2005 - it took a huge plunge but is clawing it's way back) you would be a multi-millionaire instead of dealing with this creep.<<

On January 13th, Nicogel Ltd. changed its registered office to:
UNIT 1B SAXON BUSINESS PARK, A10 BYPASS
LITTLEPORT, ELY
CAMBRIDGESHIRE CB6 1XX
UK

On January 17th, Nicogel Ltd. had the following change, "Change in situation or address of Registered Office." I am not sure what that change involved since I did not order the report from the companies bureau.

I received a report that Parashkev Nachev (mentioned in the Elan Suisse sales literature) is distancing himself from both Elan Suisse and John Walters. This can be seen in the note added to the sales literature.

John Walters (per the above e-mail to me as well as the changes in the company structure of Nicogel Ltd.) has also made efforts (albeit unconvincing ones) to distance himself from Elan Suisse and Cormick. I am not sure where this is going.

### January 20, 2006 Update
I received a report today that Cormick is now in the USA. He certainly gets around well for someone who is professing to be indigent in order to avoid paying child support (see the January 17th update above).

I also received a report from two separate sources that Walters is in the USA this week as well. Is it coincidence that Cormick and Walters are in the USA concurrently? I think not – which [if they are here together] makes another instance of Walters misrepresenting his relationship with Cormick (see the December 27th update above). Considering Walters' criminal history, this should come as no surprise to anyone.

I received more information from the gentleman in France:
>>His [i.e. Walters - RDC] basic approach is to leverage a first element (alleged IP or a new facility built by a local community struggling in order to attract new activities and jobs) in order to subsequently raise venture capital from "business angels" while showing them an alleged

company face value .... and then fly away with it [i.e. the investors' money - RDC]!

The local community of Dieuze (East of France) has set up a 7000 m2 facility in order to develop a full range of ready to drink (RTD) medecines based on Walters alleged IP (which has been finally attributed to his former employer ... see elements on Bob's due diligence site).

See details of the facility at the following address:
http://www.moselle-capem.com/en/f_batiment_detail.asp?num=15<<

Note the facility pictures in the link above with the pictures in the ES sales literature (bottom of page). Cormick and Walters certainly appear to be cut from the same cloth.

It might also be interesting to note that Cormick sent to me this e-mail with this attachment on July 31, 2004. The reason this is interesting is the date – Walters and Cormick were planning Aquacine (already representing to have raised US$14 million) before Walters went to jail on fraud charges. It certainly does not appear to me that Walters was reformed in any way by his stay in Her Majesty's Correctional Facilities. This transmittal came 4 months after I transferred US$250,000 in earnest monies to Cormick in anticipation of starting a business in South Africa. Cormick, at that point, was actively promoting Aquacine – which certainly seems at odds with Walters' (see the December 27th update above) statement that he never received benefit from my money [but I must admit that I do not know for sure since my money simply disappeared into Cormick's personal account two years ago and I have not seen it since].

So to summarize folks, if you are still not convinced that Cormick and Walters are both crooks I suggest you place some money with them. If history repeats itself [and it always does], you too can have the privilege of having your money stolen and your wife/husband insulted while Cormick is safely out of reach. Cormick has no "Bricks and Mortar" real property and his entire business is a series of mailbox drops across the world with collapsible companies. This is one big shell game where the pea runs from trust to trust across international jurisdictions while you waste your time, energy and money trying to catch up with your stolen money. I must admit – Cormick is pretty slick!

**January 22, 2006 Update:**
See the January 17th update above. Cormick is professing to be broke.

In America, we call this a "Dead Beat Dad".

- If Cormick is broke, what happened to all of the investors' monies entrusted to him? Where is he getting the money to gallivant across the globe like a millionaire playboy while his wife and children are left to fend for themselves in Zimbabwe?
- If Cormick is not broke, he is purposely abandoning his wife and children in a third world country with a rapidly degenerating civil and economic structure with no appreciable social welfare programs.

The relevance of this information is:

1. If Cormick is [in fact] broke, one would assume that all monies placed with him will be used for funding of his extravagant lifestyle. That is **exactly** what happened to my hard-earned savings – i.e. **my hard-earned savings were used to fund Cormick's extravagant lifestyle**.
2. If Cormick is not broke, then it certainly demonstrates his character that he would abandon his wife and children in such a heinous manner. I am certain that Cormick has already gone through my money and is now chewing through someone else's. On his own version, he is unemployed and bereft of savings and capital. What does that mean? I will leave that to the reader to decide.

### February 5, 2006 Update

I was contacted by an acquaintance of Walters who appears intent on brokering a peace deal. The plan was to allow Walters to point out alleged inaccuracies on this site for correction. I encourage Walters - or anyone else for that matter - to alert me to any inaccuracies.

From the impression I gained on this intended brokered deal, Walters was attempting to explain to me that he was in no way involved with Elan Suisse or Cormick. That flies directly in the face of the evidence.

- Here is my first indication that Aquacine was involved with Brett Cormick and Elan Suisse from July 2004
- In September 2004, Walters was convicted on fraud charges and went to jail
- In April 2005, these advertisements came out in FANews referencing Aquacine
- This from late-August 2005 as well as this from a close friend of Cormick's referencing Walters' involvement as well as explaining the scam's structure (I would also like for you to note that Cormick is referencing that he had to sit with Andrew Rozhkov's body for 3

days on the ice in the Arctic – Rozhkov died on the 1998 North Pole
  Expedition – Cormick was not on that expedition)
- This from mid-September 2005 referencing that Walters and
  Cormick are still thick together on this [let's call it a] "Project".
- Nicogel's address in the UK was the Elan Suisse Mayfair mailbox
  (I do not know if it is still the Mayfair mailbox since my IP has
  been blocked for that web site).
- Aquacine became Nicogel on December 9, 2005 (see the
  December 16th update above)

The part that really gets me on this whole issue is that my wife and I are
extremely fiscally conservative saving as much as we can for our
retirement. In this e-mail, it is obvious that Cormick is using our hard-
earned savings to treat [at least one] young girl[s] to expensive flights and
staying at swank hotels across the world while showering her[them] with
expensive gifts *using our money*. I now have a better understanding of
who is Brett Cormick. I only wish someone had done me the favor of
placing this type of information in a place where I could have used it in
order to have made an informed decision on Cormick's character. This
would have saved me a lot of money and a lot of time. Also notice that
Cormick is stating his net worth as £200 million which is in direct
conflict with his sworn statement to the divorce court that he is broke (see
the January 17th update above).

### February 7, 2006 Update
I have an update from Cormick's time in Australia before he moved to
England from a close source in Australia.
- He did attend UNSW- the campus was Royal Military College,
  Duntroon (Canberra) and he was awarded a Bachelor of Military
  Science as well as graduating as a commissioned officer-2nd
  Lieutenant- in the Australian Army.
- He was posted as a second Lieutenant at Enoggera Army Barracks
  in Brisbane Qld, in the Signals corps. In 1984 he was posted to
  Melbourne- Watsonia Barracks and eventually promoted to
  Captain. He left the Army after his 'payback' time was completed,
  reportedly in 1986.
- He did attend UQ. He was doing an Honours degree in Economics
  there. Reportedly, it was his last "kosher" degree. According to
  my source, he 'bought' a master's from a university in the US in
  1986/7 - it cost $5k and he did actually write a thesis for it.
- According to my source, Cormick was never in the SAS but loved
  to tell everyone that he was. He had developed a relationship with

some of the enlisted men who were under him at Enoggera who then
went to the SAS themselves. This was the only tenuous link he
ever had with the SAS.

- He then worked for a stockbrokerage firm called BZW Meares in
  Melbourne city until approximately August 1988. According to
  my source, he disgraced himself at that firm because one of the
  partners was noted to quote "I shall see to it he shall never get a job
  in Australia again." I do not know of the incident that caused that
  mess, but that may be the reason Cormick moved to the UK.
  Reportedly, the person with whom Cormick had the unpleasant
  exchange was Geof Nash (see a bio and contact details at this web
  site).

That same source also had the following comment, "BJC certainly made
great mileage out of his (YOUR) expeditions to the North Pole! I
thought it a bit of the style of his SAS stories, i.e. - made up!"

### February 8, 2006 Update

This from the same close source in Australia:
>>Brett used to like to say he was involved with the intelligence
community but I always believed it was a fantasy. I don't think he
undertook any specialist training- [deleted personal details] whilst he did
go away quite a bit, it was usually on self funded trips, both overseas and
in Australia. He also went on Army exercises but I don't think they were
of an intelligence nature.<<
and
>>I think Brett actually really does believe he is all those things he
purports himself to be. My theory on him is that he is schizophrenic. He
could be such a good person, and then he would just snap and become
really strange.<< This last sentence tracks with many folks I have
interviewed – Cormick is quite charming and friendly until he has an
economic incentive to cease being your friend (like when he has
possession of your money. Which is what happened to me...).

Practically everyone in Cormick's present and past life is contributing to
this page – apparently due to their curiosity about what is the truth with
regards to Cormick (there is an incredible amount of misinformation
generated by Cormick himself). My function here is more like an editor
of this page than a writer.

This Cormick case reminds me of the old *Saturday Night Live* skit where
Jon Lovitz poses as Tommy Flanagan, The Pathological Liar with the
saying "Yeah, that's it - that's the ticket!" We also keep coming back to
Alex McAlery's definition of Cormick as a "Walter Mitty" type.

Because this guy seems to actually believe all of the things he is telling people. I will leave the analysis, however, to people with expertise in that field...

It also mirrors this e-mail from the 20-year-old college student from the USA whose observation was "He seems a little crazy in the head."

So, to answer the frequent question I keep hearing from folks in Southern Africa, Europe and America whose reaction to Cormick's many claims of education and accomplishments keep posing "Is this guy for real?" I think the answer (as demonstrated above) is a resounding "No". Again, I wish I had known this before trusting him with US$250,000 of my family's money.  So, the lesson learned here is – 'do your due diligence' even if it is someone you really trust... You never know when you will run into another Cormick [or Walters for that matter].

### February 9, 2006 Update
I have information indicating that Walters is in the USA (actually in SE Pennsylvania) setting up manufacturing operations. It is my understanding that the gentleman in Pennsylvania with which Walters is dealing knows about the French manufacturing facility debacle and is choosing to ignore it.  Well, good luck!

Cormick has gone quiet and I have lost track of his whereabouts. He will surface again sooner or later.

I know that this is off-subject, but congratulations to BJ Worth and members of World Team '06 for completing the world record 400-way freefall record!  There were several of the World Team members (including BJ – the World Team Organizer) that were on the Millennium Expedition in 1999/2000 (upon which Cormick was not, but it did not stop him from claiming to have arranged it ... see the last sentence in that article – also, the South Pole is at 9,300 feet above sea level and 3 people died in December 1997 on a freefall expedition).

### February 11, 2006 Update
I have information that South African crime fighting authorities are investigating Elan Suisse. Cormick ran my transaction over several jurisdictions substantially lowering the RSA authorities' interest in the case, but it is my understanding that Norman Botha sold several interests in Elan Suisse to RSA-based investors. These sales to RSA-based investors put Elan Suisse business operations squarely under the jurisdiction of the RSA authorities. Hopefully, we will soon get down to the bottom of this case and this man.

**February 15, 2006 Update**
Please notice this e-mail from Cormick. I still fail to see how this has
anything to do with the funds Cormick has stolen from me and my family
(other than attempt to divert the issue)? Please also notice that Walters
and Zog are copied on the e-mail. I also fail to see the comedy in any of
this.

**February 20, 2006 Update**
Let us start looking a bit more closely at the players in this Elan Suisse
mess. This Elan Suisse Scam has a lot of tentacles reaching across
several jurisdictions with many involved players. The workings of a
scam have a seemingly legitimate organization with seemingly legitimate
players in order to attract capital. Once the capital changes hands, the
organization dissolves and the people disappear. The players are
suspects, victims or innocent by-standers. Now that the RSA crime-
fighting authorities are involved with investigating Elan Suisse, let us
pick through the players so as to make their jobs easier. The question
which needs repeating is "Was this person duped or was this person in on
the scam?"

The easy ones are:
Brett Cormick – the originator of the scam
Patrice Dhliwayo – one of the originators and insider
John Walters and Dianne Marshall – Insiders
Anthony Carter – Insider
Peter Kipps – Insider
Apostolos "Zog" Zographos - Insider

But what about some of the others?
**Leanne Blumenthal** – did she use her position within The South African
Pharmacy Council to help this scam?
**Dirk Mostert** – Dirk allowed Elan Suisse to operate out of the Mercari
offices. When I sued Cormick and Elan Suisse [attempting to get my
stolen money back], Cormick's sworn statement was as follows:

>>§9.24.1 Mostert offered that Elan "Incubates" in the offices of
Mercari. To this end Elan had free use of the said offices, and Mostert
offered his employees' labour free of charge to Elan. Mostert also
dedicated one of the telephone lines allocated to Mercari to Elan, free of
charge. It must be kept in mind that I started Elan from my own funds,
and appreciated any opportunity to save costs; and
§9.24.2 The offices of Mercari was also chosen to be the registered
address of Elan.

§9.25 As an aside, Mostert also asked me to become a non-executive director of Mercari, in order to contribute my insights and extensive experience in the money market and the financial services industry to Mercari's business. Naturally, I agreed.<<

Was he duped or in on the scam? I understand that he has sold Mercari, but as of today the web page still lists him as a director along with Cormick. So, a director in Mercari Financial Services used the offices, phones, fax and registered mailing address to run an international investment scam. Now, Mostert has apparently sold that business leaving everyone with another empty bag. How culpable is Marcari and Mostert in this scam? Here is my understanding of Dirk's new business venture: Dirk Mostert, Managing Director (follow the link to get an understanding of Dirk)
Merchant West Treasury Partners (Pty) Ltd
1st Floor, West Court, Sandown Village
Cnr Gwen Ln & Maude St
Sandton  2196
E-mail: dirkm@merchantwest.co.za
Tel: +27 11 305-9501
Fax: +27 11 305-9510
Cell: 082-855-5001

**February 21, 2006 Update**
I was forwarded a PowerPoint presentation that was labeled as being authored by Dianne Marshall and created in late-May 2005. It details the Elan Suisse BioPharma Investment Portfolio as was sold [one would presume] by Norman Botha (his name was in the file name). It specifically gives pictures and detailed specifications on the Elan Suisse R&D facility (on slide #15) in Wales as follows:
**R&D Facility in Wales, UK**
- 14,000 sq ft
- cGMP compliant
- State of the Art
- Only other labs of higher specification are the UK MOD
- Tapered lease
- FOC for 6 months
- Pepper-corn thereafter and taper dependent on JV's with various parties
- National Garden of Wales
- WDA
- Etc

- Will be the global R&D hub for BIP

On slide #32, it details the fantastic investment opportunity in Nicotea as follows:

**Nicotea Participation**

- Shareholding in UK holding company
- Current valuation £200m
- Time-frame 18 months to 24 months
- Trade sale
- In discussions with BAT

On slide #31, it states "Current company value £100m" and "Target exit £1bn in 18-24 months". £100m? £200m? Let us not quibble over £100m when the targeted exit will be at "£1bn in 18-24 months" – that is plenty of money for everyone! The .ppt file is 6 mb (it has lots of nice pictures of the Elan Suisse Wales R&D Facility). Please e-mail to me if you would like a copy.

I am not sure if the Wales facility produces any product, but Walters/Marshall make use of this facility for presentation purposes (as per the Norman Botha .ppt presentation) just like they used the supposed facility in France (see the Elan Suisse BioPharma sales literature). They are consistent. Please check with the National Botanic Garden of Wales (if you can find someone there who wants to talk about these Elan Suisse/Aquacine clowns) for a status of the alleged JV between them and JW / D Marshall. It must be an awkward situation, given the IP status (dispute with Shannon Minerals).

Which leads to the next question – Was Norman Botha duped or in on the scam? Walters is obviously thick into this scam. What about Dianne Marshall? She certainly appears to be taking an active role (as evidenced by her authoring of the Botha presentation).

**March 9, 2006 Update**

Nicogel Ltd. (UK company registration number 05190095) yesterday changed its credit limit. See the notification here.

I have more information on the gentleman that is reportedly forming the US Production Facility for Nicogel. Here are his contact details:
Bill Wayland
+1(610)265-8904 (extension 160)
+1(610)659-2932
From what I can gather, he works for the Henry F. Michell Company - I

don't know what that company has to do with RTD medicines, however.

I had a report from sources in Zimbabwe that Cormick was in Harare the week of February 27th. I understand that he normally stays with Rick Crook when in Harare. Rick's last e-mail address I have is hellensc@internet.co.zw - if you would like to track down Cormick, you may have luck coordinating with Rick Crook.

### March 11, 2006 Update

My friends and family have repeatedly asked that I just drop this case and get on with life. Cormick deliberately ran a scam on me and my money is gone. He has done this before. He will do it again. I refuse to drop this, however, until there is a resolution to this case. The three most probable resolutions I can see are (in order of preference):

1) Return of the money stolen from me

2) Incarceration for Cormick (and Walters for that matter)

3) Having him "sorted out" by one of his many other so-called 'partners' Option 3) would be the most expedient. I do request and encourage non-violent (i.e. legal) means to "sort out" Cormick. I would like to assist any interested party in locating Cormick physically so as to help in this quest.

So, let us go through his most probable location. I believe that Cormick has Walters on a short purse string. That would make Walters economically tied to Cormick (Cormick apparently has everyone's money – he certainly has mine). You will probably find Cormick near Walters since the only operating company in this whole daisy chain of shell companies is Nicogel Ltd. (located in the UK). You will probably find Walters very close to Dianne Marshall (let us just say that they have something in common). And you will find Dianne Marshall here:
Dianne Marshall
18 Gordon Richards Close
Newmarket, Suffolk CB8 0BH
United Kingdom
Phone: +448701998585
Or here:
11 Hamilton Road
Newmarket, Suffolk CB8 0NQ

When in Zimbabwe, Cormick stays at Rick Crook's house. Look Rick up in the Harare phone directory. I have been keeping tabs on Cormick's travels to South Africa (so that I can have him arrested to found jurisdiction), but I cannot find that he has traveled there recently. I believe he has pulled out of RSA.

In order to place Cormick in one of the regions, just ring him up on his
cell phone (don't bother with his so-called "Office" phones, they simply
ring to an answering service at one of his many 'virtual offices'):
+27 82 355 2543 Cormick's Cell Phone in South Africa
+44 783 419 7452 Cormick's Cell Phone in the UK (1400 East Coast
USA Time: I just phoned him – he answered his UK cell phone number [I
received a report today from a reliable source that Cormick is in
Zimbabwe – which means that his UK cell phone is operational
internationally])

So, if you would like to find Cormick my best estimate of where he is
located at this moment is at Rick Crook's house in Harare. Look him up
in the Harare phone directory. Then go over and pay Cormick a visit.

**Note:** I made an extensive disclosure today to the UK National Criminal
Intelligence Service with regards to this large and complex international
scam. After over one year of investigating this organization and
Cormick, I have put together this estimation of the players within this
organization. I have categorized anyone who has not been identified a
victim as a suspect – whether or not they are guilty is up to a court of law
to decide. I remain open to assisting any crime-fighting organization
worldwide in bringing these players to justice.

**March 12, 2006 Update**
I had another report yesterday from a close inside source that Cormick
keeps as many as eight SIM chips for his cell phone with him at all
times. I suppose that is to keep several phone numbers active at all times
while using the same handset. But I do not know enough about cellular
technology to fully understand why this has advantages. He may be
doing this to substantiate his "virtual offices" in different venues with
active phone numbers. This same inside source is searching through
records to find the remaining cell phone numbers – which I will post here
upon acquiring. Once we have these, we can call all of these phone
numbers in all of these countries. And what we will probably find is that
all of these phones will be answered by the same person (Cormick) on the
same cell phone handset located physically outside of the venue where
the scam is taking place – that's slick!

We also had an interesting discussion yesterday about whether or not
Cormick had a chance to visit Walters while he was in prison. The
reason this is interesting is that if Cormick did visit Walters in prison
[because the reason for the visit would have been to discuss Elan Suisse]

then the whole Elan Suisse Biopharma fiasco was hatched with obvious criminal intent *while Walters was still in prison*. The prison will have visitation records so that we may query this topic.

The Mercari Financial Services page is still active as of today with both Dirk Mostert and Cormick listed as directors. Which leads again to the question -- was Dirk duped or in on the scam?

I have a lot of other source documentation for which I have been requested to keep in confidence by my sources -- I will, however, share this information with legal authorities in order to help shut down this criminal organization. Please contact me for transmission of this information.

I have gathered enough information to paint a fairly accurate picture of these Elan Suisse clowns. This should serve as a fairly clear warning to anyone who is contemplating business with these organizations. Those who have been warned (like Mr. Bill Wayland of Valley Forge, Pennsylvania) and still choose to ignore these warning [in my opinion] deserve what they get.

### March 13, 2006 Update
I still cannot track what happened to all of the money Cormick has scammed from these investors. I can count over $500,000 USD in money entrusted to him in early-2004 alone. I know where Peter Kipps' money went; however, I cannot see how he could have spent this much money in Zimbabwe -- and it is highly unlikely that he would have converted any substantial amount of this money into Zimbabwean dollars (for obvious reasons). He does not own a home. He does not own any real property. He must have this money stashed away somewhere. I understand from discussions with various sources that he has the main money holding company managed by David Keep of BNP Paribas in Jersey. I also understand that he has trust arrangements set up in The Seychelles. If you are looking for your money, those are the places you are most likely to find it.

From reports I am receiving from sources inside Zimbabwe, Cormick is still indigent and unable to pay for the support of his minor children. I also understand that his excuse as to why he cannot find work is that this web page has smeared his reputation. Good. That means that a lot of investors are still in possession of their money as a result.

Cormick's profession is 'scam artist'. The work of a scam artist is a negative sum game -- he steals your money you have worked so hard to

Dr. Brett Cormick and Elan Suisse Elan Capital Nicogel Elan-Suisse Nicotea Aquacine... Page 74 of 78

save and then wastes your time while he busily spends or hides your money away from you. If I have complicated his career, I believe I have saved some honest folks from trouble. Again, I only wish that someone else had done me this favor that I am doing here – I would be in possession of my $300,000+ and the two years of time I have wasted trying to get my money back would have been spent with my family or with money-making endeavors. This little 'business venture' has been a nightmare. The whole transaction was over as soon as I transferred the money – the problem was that I honestly believed that Cormick and I were going into business together when in fact Cormick was busily squandering away my money. Where are my hard-earned savings today? I believe that Cormick is reading this page – "So Brett, what did you do with my money?" I suppose the more pertinent question is "Who did you share my money with?" That will reveal who else is in on this scam.

I also cannot understand why Cormick is penniless and cannot find work. Is there no work for "the most extreme polar explorer or this century" (if for nothing else, as a guide)? Is there no work in the SAS since he has so much experience as a SAS commando? Is there no work as an intelligence operative in that troubled area of the world (Southern Africa)? And the entire continent of Africa has been mired in economic trouble for quite some time – is there not work for a brilliant London School of Economics PhD such as Cormick? Why is there no work for a man with so many life accomplishments to his credit? See his CV for all of his brilliant career highlights.

What happens to the grifter that has been exposed? In Walters' case, he went to jail after being convicted of fraud. But unlike Cormick, I think that Walters sincerely would like to build his company. And I actually think that Nicogel is commercially viable. Unfortunately, I do not believe that Walters has the character or the track record to attract the capital necessary to lead this company into success. For Nicogel to have any measure of success, another management team will be needed (and a licensing agreement with Shannon Biotechnologies). As far as Cormick goes, that man is a sociopath and needs to be taken off of the street as soon as possible.

I received a report from a separate source that Cormick is "freeloading" (my sources words) at Rick Crook's house in Harare. That makes sense. He leeches off of all of his other so-called friends. Why not Rick. Scam artists are parasites anyway. It seems in character. The brilliant yet broke Dr. Cormick is obviously running out of friends off of which to sponge. I understand that he sponged off of the Mortleman family (Cormick represented to me that **He** was supporting the

Mortleman family) for so long that it lead to a divorce.

### March 14, 2006 Update

I have uncovered the above details about Cormick by simply making
phone calls and e-mails to folks from his past. If a governmental agency
with better expertise and more persuasive techniques were to get this
case, I am positive they will find the above as just the proverbial "tip of
the iceberg". I believe this is a huge international criminal organization
performing money laundering and other sham transactions stretched over
several international boundaries. It functions through world banks with
ties to many shadowy organizations worldwide. Dig a little deeper. I
believe what you will find to be quite interesting.

I received feedback from Cormick's incident with the management of
BZW Meares in Australia before leaving for the UK. It seems there was
a bit of an issue with a girl named 'Alexis' that worked in the office.
During this same period, Cormick's first wife was pregnant with his first
son James. I understand that Cormick divorced soon after James was
born and moved to the UK with Alexis. Cormick reportedly dumped
Alexis soon after arriving in the UK. I told this incident to my wife – her
response was immediate – "Obviously Alexis must have paid for the trip
to the UK..."

### March 15, 2006 Update

I received a report from sources within Zimbabwe that Cormick is stating
that he cannot find work because this investigation and resultant web
page has "ruined his reputation". I disagree. To ruin someone's
reputation presupposes a good reputation. I have not ruined Cormick's
good reputation, I have simply exposed his bad reputation by detailing
the findings of my investigation here.

I do not know what is the right thing to do on this case. My money is
lost. Cormick stole it. Is the right thing to do here to post all of this
information? I certainly have spent a lot of time gathering it. If I am
going to err, I would rather it be on the side of full disclosure, full
information and the truth. Then let the reader decide.

### POSTSCRIPT:

The world of international business is rapidly changing – fueled chiefly
by the proliferation of the internet. The "Great Scammer" himself, Ponzi,
got away with scamming his entire life without ever spending a day in
jail. He was a clever crook such that word never fully spread of his
nefarious schemes allowing him to run scam after scam. On the other
hand, Cormick would have gotten away with it for an even longer time (I

understand that Africans have a fairly narrow world view – allowing slick-talking Europeans and foreigners to come down and run shady business operations with impunity) had it not been for the following:

1. When Moneyweb linked this page to its article (along with Cormick's page -- I believe their reporting on the subject has been balanced and fair), it immediately was recognized by the internet search engines.
2. Cormick has cheated and lied to such a vast number of people that practically **Everyone** has been more than willing to contribute to this page (some overtly and some covertly).
3. Cormick himself has been so bold and brazen as to be high-profile while this whole episode was transpiring allowing for scrutiny by the business community. If he would have just done what scammer do and faded away, he would have probably gotten away with it. But he did what the great modern day scammers such as Kenneth Lay (former CEO of Enron) and Dennis Kozlowski (former CEO of Tyco) did and "Deny-Deny-Deny".
4. He was sloppy and left clues that I simply followed.

Throughout history it has shown that a short-term tactical advantage can be gained through amoral cunning and audacity in attacking one's opponents. Hitler perhaps would have been hailed a great leader had it not been for a slight defect in his plan – what he did was wrong and the world as one rose up to stop him. Cormick has gotten away with this type of behavior for years through audacious attacks and intimidation techniques thus cowing his victims. But I think we have all had enough of this.

### Where Is Everyone Now?
Alan Dean – apparently is successful building another software company
Robert Paterson – the same
Brett Cormick – His troubles are just beginning
Julius Cobbett – Enjoying a rapidly expanding career as an investigative journalist with Moneyweb
Patrice Dhliwayo – As best I can tell, he is still scamming in Zimbabwe
John Walters and Dianne Marshall – Still trying to get Nicogel off the ground (with the 'albatross' of Cormick still around their necks)
Anthony Carter – I have not been able to determine the outcome of his criminal trial in Zimbabwe that began in October, 2005.
Peter Kipps – Finally coming to the realization that he's been had
Apostolos "Zog" Zographos - Finally coming to the realization that he's been had
Bob Christ – Finally getting over this Elan Suisse financial disaster with the biggest-ever boom in the underwater robotics business hitting due to

the hurricane clean up work in the Gulf of Mexico
Parashkev Nachev – On to other projects
Norman Botha – Found work for another brokerage firm in RSA
Dirk Mostert – Moved on to Merchant West Treasury Partners
Cameron Scott and Alex McAlery – Still operating HIVEX Ltd. in
Durban and Johannesburg
Rick Crook – Still headmaster of the Bishopslea School in Harare and
reluctant host to Cormick
Jennifer Mortleman – Trying to get on with life and raise three children
without income or assistance from the brilliant Dr. Cormick. I also
noticed that Cormick registered the jennifermortleman.com domain on
January 16, 2006 yet has not posted anything to that as yet (which does
seem out of character for Cormick – perhaps he is finally growing a
conscience. Do you think so? No? Neither do I...).

I would call this the end to this rather sordid story, but more things keep
coming in on Cormick and this Elan Suisse affair. I do have a lot of other
work to do; therefore, this site may go quiet for a while so that I can get
some of that work done. I will update again when I have more to report.
Until then, remember, "do your due diligence".

**March 20, 2006 Update**
**"I Will Gladly Pay You Tuesday for a Hamburger Today!!!"**
Cormick was coddling up to Valenti International and Wendy Seinturier
of "The Perfect Partner" in mid to late-2005 (look through the web pages
to see the type business) to act as 'majordomo for a man of his means'.
So, he was obviously looking for a rich widow off of which to sponge. In
African and European cultures, the word may be different but the concept
remains the same. We in America call this type of person a "Bum".

And see this rather entertaining Cormick muse [this one is over the edge
– we should sell it to daytime soaps] as well as these e-mails. My
favorite quote in that muse is Cormick's "*I feel betrayed and hurt and
physically shocked...*" "Dr." Cormick used his [purportedly]
considerable wealth and power to beat up and discredit a very hard target
– a 20-year-old female college student from Georgia that was so crass as
to warn Ms. Valenti that he is not what he says he is (in order to save Ms.
Valenti the embarrassment and potential liability of having her clients
scammed). Here is Cormick's explanation of the incident. This is high
drama indeed! And Cormick's other comment that brought a smile to my
face as 'Pure Brett' was "Is this the Valenti way, cocaine, sexual
entrapment for cash, breaching client confidentiality, corporate sabotage
and more?" That Cormick is Brilliant!!!

Dr. Brett Cormick and Elan Suisse Elan Capital Nicogel Elan-Suisse Nicotea Aquacine...  Page 78 of 85

**March 21, 2006 Update**
The question persistently lingers as to what happened to all of the money
Cormick has gained on the backs of investors through his life of crime?  I
certainly want my money back.  I am positive there are a whole bunch of
others that feel likewise.

Do you think that Cormick has squandered this entire cache of money?
Do you think that Cormick does not have an "Exit Plan" for this drama?
I believe there is a considerable stash of money hidden away that (at least
Cormick thinks) only Cormick can find.  That money belongs to me as
well as to all of the other "Targets" of Cormick's schemes.  It may
require some strong-armed methods of persuasion to unearth the location
of that money however.  That will probably require governmental agency
intervention.  I will continue to assist any and all agencies to gaining
opening of these offshore accounts and return this money to its rightful
owners.

But I must admit, Cormick is certainly a clever crook [unlike that idiot,
Walters, who got caught].  He outsmarted London's Metro Police in 1997
after they arrested him on Fraud charges (they could not make the
charges stick – even after they had all of "the goods" on him...) allowing
him to get away with Alan Dean's money.  It has taken the RSA FSB
over three years to figure out this newest scheme – and Cormick has
already been there, scammed that and left with the investors' money.
That guy is slick!

**March 28, 2006 Update**
There are two dangling issues from John Walters' only e-mail to me:
1)  His statement that he never received any benefit from the money
    Cormick stole from me, and
2)  His statement that he is no longer associated with Cormick

1) I cannot find where Cormick scammed anyone after me [he scammed
Zog and Peter Kipps before he got me] and before the RSA investors sold
by Norman Botha.  It is my understanding that the FANews ads came out
before the RSA investors "invested" in Elan Suisse.  The payment for the
ads came from a UK bank account according to Angelo Cappola
(FANews Editor).  So, Aquacine was promoted through the ads in
FANews.  The RSA investors put money into Elan Suisse Biopharma
which [reportedly] invested into Aquacine et al.  So, where did the money
come from to pay for that FANews ads?  Answer: it was from money
stolen from me.

So, the Elan Suisse Biopharma Fund and its companies [Aquacine,

Nicotea, Nicogel, Smart Water Technologies, et al] are operated by [at least one] convicted criminal, financed by stolen money and promoted through ongoing misrepresentations.

2) I still find it amazing that Walters supposedly distanced himself from [read "dumped"] Cormick. The reason this is so incredible is that [assuming that it is true Walter dumped Cormick and he is telling the truth for once] Walters obviously saw his association with Cormick as more of a liability than an asset. That would mean that Walters [a convicted criminal] saw his association with Cormick as detrimental to his reputation. In short, Cormick is making Walters [again, a convicted criminal] look bad!!!

From sources within Zimbabwe, Cormick is representing that his source of income is from his friends who are "giving him money" so that he can continue to take international trips with his children to expensive resort areas in Europe and such. It seems obvious to me that he is financing these trips with money stolen from investors. Trace the source of this money and you will find your lost funds.

### March 29, 2006 Update
More interesting stuff - that Cormick is predictable. This from an SEC filing for CoalCorp Pty Ltd:
>>CoalCorp Pty Ltd has made a complaint to the London Metropolitan Police Fraud Squad against European Venture Finance (EVF) and their representative Dr. Brett Cormick. The allegation made is in regards to BPS 40,000 commission fee paid to EVF and Dr. Cormick for consulting services to raise venture capital for CoalCorp Pty Ltd. The BPS 40,000 commission fee was to be deducted from any funds raised. The payment of this commission fee was made on the presentation of documents stating that a specific amount of funding was to be delivered by one of EVF's associated companies. The allegation made by CoalCorp Pty Ltd's Managing Director, Mr. Gordon Subloo, is currently being investigated. On conclusion of this investigation the company will reserve the right to take civil action against EVF and Dr. Cormick for damages.<<

I have no information on whether or not CoalCorp Pty Ltd ever filed civil action against Cormick or EVF. But I will do some more digging...
Also, it does not appear that this is the same scam as the Alan Dean scam [since Alan Dean was in IT – i.e. not in CoalCorp's line of business]; therefore, I assume that these were two separate scams. Reportedly, Cormick got Dean for £70,000. Per the SEC filing for CoalCorp, Cormick got them for £40,000. Cormick reportedly paid Keith Oliver £60,000 to get him off of the charges. That still makes a [£70,000 +

£40,000 - £60,000] £50,000 profit for Cormick. That is slick!!!  Crime pays – and in Cormick's case, quite handsomely.

**New Information** – the domain elan-biocapital.com has been abandoned. I am unsure as to what that means. That was the domain for the Elan Suisse Biopharma Fund. It seems obvious to me that the scam is dissolving since all of the money has gone away.

**"Those opposed to our principles have enlisted the services of like-minded countries and their leaders, and deceitfully and dishonestly used the media ... vilifying us as undemocratic because we have dared to put the interests of the poor and down-trodden first"**
Zimbabwean President Robert Mugabe - Speaking today at a dinner he hosted for Equatorial Guinea's visiting President Teodoro Obiang Nguema Mbasogo.

### UPDATED TALLY OF CORMICK SCAM TAKES:
$250,000    Bob Christ on Earnest Money Scam
$140,000    Peter Kipps on Equity Scam for Elan Suisse RSA (£75,000 x 1.75 conversion factor)
$70,000    Zog on an Equity Scam for the Botswana Fiasco
$122,500    Alan Dean on Advanced Fee Scam (£70,000 x 1.75)
$70,000    Gordon Subloo of CoalCorp on Advance Fee Scam (£40,000 x 1.75)

$652,500    Total scam take discovered thus far through this investigation

#### March 31, 2006 Update
These scam takes come in two forms – 1) direct payments to Cormick that are then stashed away into his personal accounts, and 2) payments made on his behalf as part of the business.

1) Thus far, we have quantified $652,500 with several people still remaining to report in including – but not limited to - Anthony Carter [who may still be in jail - I have not heard as yet about the trial results in Zimbabwe], Miko Rwayitare, Solomon Mujuru and the investors in RSA sold by Norman Botha.
2) This one is even harder to quantify – The city of Dieuze, France who constructed a full production facility for this Aquacine business, the various parties surrounding and backing this venture, the Wales Botanical Gardens and backers, Elan Suisse RSA and the various folks around it, how about the folks in England, RSA and Zimbabwe that interrupted their lives and livelihoods to follow along with "The

Brilliant LSE-Educated 'Dr.' Brett Cormick" and former NASA
representative "Dr. John Walters", The Botswana Fiasco, etc.

**New Information:** From this allAfrica.com news article dated March
10, 2006
>>TELECEL Zimbabwe was yesterday convicted of contravening the
Exchange Control Act involving US$900 000 as its two executives, Mr
Edward Mutsvairo and Mr Anthony Carter were cleared of the charges.

Harare magistrate Mrs Sandra Nhau convicted the mobile phone service
provider after overwhelming evidence before postponing the sentence to
March 14.

In passing the judgement, Mrs Nhau said Telecel former managing
director, Mr Carter and Mr Mutsvairo, the company secretary, were only
operating in the interest of the company.<<

From a January 20, 2006 Econet Wireless Press Release:
>>Econet Wireless Zimbabwe has strengthened its executive
management by appointing Anthony Carter as Chief Operating Officer
and Ricky Mapani as General Manager responsible for the company's
investment arm, EW Capital.<<

[Meanwhile back at Nicogel] This article came out in the Cambridge
Evening News on March 7:
>>"Our sales for a new product are substantial. It's ground-breaking,
really. It will probably exceed £10 million this year," said Dr Walters.<<

**April 9, 2006 Update**
I have gotten some reports that there is an organization in Dubai by the
name of Elan Suisse Standard Charter Bank.  I am now looking for
further information on the newest Elan Suisse organization.

**May 18, 2006 Update**
I have been very busy with other work, but this sordid affair keeps
moving.  In England during March 2004, Cormick told me a story about
"one of his Australian Army mates" who had been to the brothels of
Bangkok then returned home to his wife.  His wife subsequently
developed a bad case of VD and confronted him about this.  His strategy
was and is that the best defense is a good offense.  This 'gentleman'
immediately attacked his wife "You [vulgar female-based expletive
deleted]!!!  You have been cheating on ME!".  The wife then admitted to
having an affair.  The red herring worked.  Cormick really thought that

was clever. He apparently uses this same strategy a lot (as evidenced by
his attacking my wife with personal insults after I asked that he account
for the funds I had entrusted to him).

In April 2006, I retained an attorney in Delaware since that is the location
from which Cormick et al used a corporate entity to process this scam. I
filed case number D. Del. C.A. No. - 06-00275 GMS in the Delaware
Federal District Court against the following:
1. Brett John Cormick
2. John Walters
3. Dianne Marshall
4. Nicogel Ltd. (UK)
5. Elan Suisse Ltd. (UK)
6. Elan Suisse (Pty) Ltd. (South Africa)
7. Elan Suisse International Holdings (USA) LLC (Delaware USA)
8. Mercari Financial Services (South Africa)

True to form, I received a letter from an attorney in Media, Pennsylvania
purporting to represent "The Elan Suisse Group" threatening to enter into
suit if I did not take down this web site. This was fortuitous since I now
had a place to serve Cormick and Elan Suisse in the USA! I have not
heard back from this attorney since we requested service of process.
What a surprise... The only information I gleaned from that letter was
that this web site is bothering Cormick. It seems that the truth hurts.
Good.

On May 17th, I received a letter from an attorney stating to represent John
Walters, Dianne Marshall and Nicogel Ltd. as follows:
>>begin inclusion>>
I have been retained by Nicogel Ltd, Dr. D. E. Marshall and Dr. J. A.
Walters.

The Complaint you have filed shows that Nicogel Ltd. was not in
existence when the alleged fraud supposedly occurred. Indeed, on Mr.
Christ's website, he admits that he was not aware of Nicogel Ltd. until
October 31, 2005. Drs. Marshall and Walters did not even meet Mr.
Cormick for the first time until after the alleged transaction.

Moreover, as a factual matter, Nicogel Ltd. never received any money
from Mr. Cormick or anything or anyone with anything to do with him
[see this – RDC], and neither Mr. Cormick nor any Elan Suisse entity is a
shareholder of Nicogel Ltd. and has not been at any time.

My clients insist that you immediately dismiss them as defendants in this action as Mr. Christ is clearly engaging in harassment of them.

Moreover, it is evident that there is no reasonable basis for the exercise of jurisdiction over Nicogel Ltd, Dr. Marshall and/or Dr. Walters in Delaware as they have never visited Delaware , done business in Delaware or have any assets in Delaware. In addition, neither Nicogel Ltd., Dr. Marshall nor Dr. Walters have never met or talked with Mr. Christ or have any contract with or liability to Mr. Christ.

If you do not immediately dismiss my clients from this action, they have instructed me to move to dismiss and to seek sanctions for frivolous allegations and unjustifiable assertions of jurisdiction in Delaware.

Additionally, if Mr. Christ does not immediately delete references to Nicogel, Dr. Walters and Dr. Marshall from his website, the parties will institute proceedings in the U.K. for defamation.

Nicogel Ltd., Dr. Marshall and Dr. Walters have ample resources to defend and will defend with the most aggressive legal action available against this calumny.

I look forward to your prompt response. Please do not hesitate to contact me if you have any questions.
<<end inclusion<<

My response is Walters, Marshall and Nicogel Ltd. are again doing the same tactic perfected by Cormick in switching around the jurisdiction. Cormick, Walters, Marshall, et al have had me chasing around the globe to get jurisdiction wasting my time and more of my money in hopes of recovering what was stolen from me. It has worked so well with all of the other targets in the past. I am just a bit more determined than all of the previous targets to get this heard in court. This case will see the inside of a courtroom. And it is good to know that they have 'ample resources'. Perhaps we will find the source of those 'ample resources' during the discovery phase of the case.

The only information I am gleaning from this letter is that they are busily laying down their strategy (mirroring Cormick's strategy) of shuffling jurisdiction to frustrate my attempts to get this into court. And all of these folks sure like to make threat after threat after threat. I have no intention of taking down this web site because I firmly believe that scammers feed off of lack of information. Therefore, I feel that the business community needs to know what happened here. I will continue

with updates until this case is resolved. So, Dr. Walters, please proceed with your case.

If they enter suit in the UK, we are going to get it transferred back to Delaware (again, they seem to be keeping with the strategy to jurisdictionally dilute this case). This will all be heard in Delaware at a jury trial. There are so many scams running around the world that I am sure that the defense is going to have a hard time finding a juror whom has never been the victim of a scam. Also, in the USA legal system compensatory and punitive damages are allowed. This is going to be an interesting case.

>>begin inclusion of my response>>
I write in response to your letter dated May 17, 2006 concerning the above-referenced action.

Notwithstanding your claims to the contrary, Mr. Christ believes there is ample evidence to support the allegations in his complaint that the funds misappropriated from him in 2004 ultimately were used in early 2005 by Mr. Cormick, with the assistance and acquiescence of Dr. Walters and Dr. Marshall, to start up Acquacine Ltd., which ultimately became Nicogel Ltd. The allegations of Mr. Cormick's complaint clearly state a cause of action for civil conspiracy against Nicogel Ltd., Dr. Walters and Dr. Marshall. The same allegations similarly support the assertion of personal jurisdiction over your clients pursuant to 10 Del. C. § 3104 by reason of their involvement in a conspiracy to defraud Mr. Christ through the use of a Delaware entity, Elan Suisse International Holdings (USA) LLC.
In short, we are confident that the claims alleged against Nicogel Ltd., Dr. Waters and Dr. Marshall will survive a motion to dismiss.
Additionally, your accusation that Mr. Christ is attempting to harass your clients and your threat of sanctions have no merit and are wholly unwarranted. If you wish to discuss this matter further, please feel free to contact me.
<<end inclusion<<

Further, their entire strategy from the start has essentially been "We've got his money. He'll wise up eventually and go away." I will go away after I get my money back or these people are in jail. Not before.

I received a phone call from a physical therapist in Philadelphia that was doing a due diligence on Nicogel Ltd. Apparently, there is a Pennsylvania-based investment group interested in investing in Nicogel. From my conversation with this gentleman, it seems Walters [instead of

being part of the scam perpetrators] is claiming to be another victim of
Cormick. And the cycle renews. Mr. Green, well, best of luck!

And this sordid saga continues.

Notwithstanding your claims to the contrary, Mr. Christ believes there is ample evidence to support the allegations in his complaint that the funds misappropriated from him in 2004 ultimately were used in early 2005 by Mr. Cormick, with the assistance and acquiescence of Dr. Walters and Dr. Marshall, to start up Acquacine Ltd., which ultimately became Nicogel Ltd. The allegations of Mr. Cormick's complaint clearly state a cause of action for civil conspiracy against Nicogel Ltd., Dr. Walters and Dr. Marshall. The same allegations similarly support the assertion of personal jurisdiction over your clients pursuant to 10 Del. C. § 3104 by reason of their involvement in a conspiracy to defraud Mr. Christ through the use of a Delaware entity, Elan Suisse International Holdings (USA) LLC.

In short, we are confident that the claims alleged against Nicogel Ltd., Dr. Waters and Dr. Marshall will survive a motion to dismiss. Additionally, your accusation that Mr. Christ is attempting to harass your clients and your threat of sanctions have no merit and are wholly unwarranted. If you wish to discuss this matter further, please feel free to contact me.

<<end inclusion<<

Further, their entire strategy from the start has essentially been "We've got his money. He'll wise up eventually and go away." I will go away after I get my money back or these people are in jail. Not before.

I received a phone call from a gentleman [I have deleted references to his profession] in Philadelphia that was doing a due diligence on Nicogel Ltd. Apparently, there is a Pennsylvania-based investment group interested in investing in Nicogel. From my conversation with this gentleman, it seems Walters [instead of being part of the scam perpetrators] is claiming to be another victim of Cormick. And the cycle renews.

And this sordid saga continues.

## May 30, 2006 Update

All of the defendants (except Mercari) have hired the same attorney in Delaware for this case to jointly process. I received a "Motion to Dismiss" from all of the defendants (except Mercari). The information I am gleaning from this is that Walters et al and Cormick et al are at the very least having close communications (which would seem at odds with Walters' assertion that he is no longer involved with Cormick et al and is another of his victims) with regards to this case.

The court papers filed by Cormick et al and Walters et al continued with

their strategy of attempting to deny jurisdiction without suggesting an alternative jurisdiction. However, they have now put forth a new argument that this case is beyond the statute of limitations since I entrusted money to Cormick in March 2004 (more than two years after I instituted the May 2006 suit in Delaware). One more new bit of information is that Cormick now claims to live in both the Republic of Zimbabwe as well as the UK while remaining a citizen of Australia. I do not know if this new bit of information is significant, but it does keep his options open to jump jurisdictions again. "Let us move this to Pennsylvania – then we can argue over jurisdiction – then to the UK – then we can argue over jurisdiction – etc." And the pea shuffle game continues. But our biggest hurdle with regards to this Delaware case was obtaining service of process on Cormick – **which has apparently been achieved!** So, I am interpreting this as positive progress with regards to this case.

The summary of their answer follows:
- They assert that there is no basis to assert personal jurisdiction in Delaware over Cormick since any alleged actions were **not** undertaken in his capacity as a manager of a Delaware LLC or related to the business of the LLC (which, of course, is at odds with the sworn affidavit filed in the South African case in which he asserts that he was only acting in his capacity as the manager of the [at that time unformed] LLC).
- Cormick et al asserts that Pennsylvania laws apply (and I am fairly certain that if we transferred this to Pennsylvania they would assert that Delaware laws apply).
- They assert that the fraud and conspiracy claims are barred by the statute of limitations.
- They assert that the court should stay the action pending resolution of the case I filed in South Africa (where Cormick claims lack of jurisdiction – see the plea pages 3 4 5 6 7 8 9). At this point, if this point succeeds we are in a circular on these cases in that the RSA case cannot move forward due to lack of jurisdiction and the Delaware case cannot move forward pending the resolution of the RSA case.
- They assert that the court should sanction me for unjustified action "designed to harass and increase expense". Right.

This also continues with their strategy of muddying a simple case of misappropriated funds. I continually want to address the US$250,000 these people stole from me. They continually want to direct the issues away from the central monetary issue to personal (my sexual orientation,



my wife's sexual preferences, whatever…) issues as well as arguments over jurisdiction. The motion to dismiss, as filed in the Delaware court, was an exhausting 63-pages [all for a simple breach of contract case].

Also on page 11 of the "Motion to Dismiss" is the following footnote "Mercari Financial Services (Pty) Ltd., a South African Corporation (Complaint ¶8), apparently is defunct." If this is true, it would appear that Mercari has served its purpose and is no longer needed. Within the last two weeks, the web site for Mercari has finally been either taken down or the web master has blocked this IP. So that leads back to the question, was Dirk Mostert (president of Mercari) in on the scam?

From the excitement of starting a new business with someone I thought was a trusted friend, to the shock of finding out I have been scammed by someone I trusted (who, consequently, turned out to be a seasoned professional scam artist), to the determination to get this placed into a court of law to have it heard. It is a matter now of slowly and steadily navigating the legal gauntlet before me.

It might be interesting to note that today I spoke with the gentleman from Philadelphia doing the due diligence (as mentioned on the May 18th update above) stating he did not want to become involved with this case. These people [Cormick/Walters et al] have been successful at scamming investors for years due to the simple fact that no one was willing to step forward with the information on their business practices. But I do respect the right to "Not Get Involved". The information on this page has been gathered meticulously in support of my attempts at recovery. I have placed it here since I would want someone to do me the same favor if the roles were reversed. It is the reader's choice to use it or not use it.

There are many scams out there. When one shuts down, the next one pops up since there will always be dishonest people (as well as trusting, honest and hardworking people as targets). There is no way to shut them all down. But I want to shut this one down.

### May 31, 2006 Update:
I received request to take the reference on this page to the manager of the US manufacturing facility for Nicogel Ltd. off of this page. Complied. If someone would like the information about this operation, please contact me via e-mail. My interpretation of this is that everyone can now see that this is going to trial and thus is running for cover. I am an experienced forensic accountant. I will rip apart every organization attached to this scam to find out what happened to my money. Then I will hold those

responsible accountable.

Here are the requisite court documents so that the reader can view and
draw his/her own conclusions:

- Original Particulars of Claim done in RSA
- Cormick's RSA Opposing Affidavit (it completely contradicts the
  e-mail correspondence)
- My RSA Replying Affidavit
- Cormick's Plea Denying Jurisdiction in RSA
- My suit filed in Federal District Court in Wilmington, Delaware
  USA
- Cormick/Walters et al Reply

So, let us cover the points in the Cormick/Walters et al Reply:

1. Nicogel has nothing to do with this case. Aquacine became
   Nicogel in December 2005. Cormick used as part the
   representation/enticement for me to trust him with funds that
   Elan Suisse was in the midst of forming a biotech fund.
   Here is the June 22, 2004 advertisement for Elan Suisse's
   promotion of Aquacine.
2. Dianne Marshall has nothing to do with Elan Suisse. Here is
   an Elan Suisse BioPharma Fund detailed presentation with
   Dianne Marshall as the author.
3. John Walters has nothing to do with Brett Cormick or Elan
   Suisse. Here is an article in the reputable financial
   publication MoneyWeb in Johannesburg.
4. The Delaware Courts have no jurisdiction. A Delaware
   corporation was used/abused by a group of international
   scam artists [Cormick/Walters et al] as a conduit to defraud
   a US-based investor [me]. I am pretty sure a competent
   judge in the US District Court will see this. The playing
   field is level here and this case will finally be heard upon its
   merits. We will take about that in court.
5. Pennsylvania laws apply. And if we go to Pennsylvania, I
   am sure they will claim that Delaware laws apply. This
   jurisdictional shuffle game has now stopped. We will talk
   about this in court.
6. The Pennsylvania two-year statue of limitations applies. I
   became suspicious of Cormick in late-summer 2004 when he
   has already stashed away all of my money. That was less
   than two years ago. We will talk about that in court.
7. The court should stay the Delaware proceedings pending
   outcome of the RSA case. We will talk about this in court.

8. The court should sanction Mr. Christ (that would be me) for his unjustified actions designed to harass and increase expense. Right. We will talk about this in court.

So, the hardest part of this case has been accomplished - which is simply getting this into court. We are going to court. We will save the remainder of the talk for that forum. The remainder of the files and information I have held back due to confidential sources will come out during trial.

It makes no difference to me if I obtain recovery from Cormick or Walters or Marshall or Nicogel or Elan Suisse or any other responsible party. But one of these entities (in all likelihood the deepest pocket) will be held accountable. My strategy is quite simple -- 1) I will bring this to court. 2) I will get a judgment, and 3) I will start seizing anything and everything of value that the responsible people own. I do not think that any of either the Elan Suisse or the Nicogel companies is worth anything since they are apparently only conduits to defraud investors. The only entity that I can see that has any value in this colossal scam is Dianne Marshall. I will start with her. Once she satisfies the judgment, she can take this up with the remainder of her "partners" in this "business venture".

EXHIBIT "B"

**TO ALL TO WHOM** these presents may come, I, **Mark Kober-Smith**, Notary Public, of 6 Carlos Place London W1K 3AP, England duly admitted and sworn

**DO HEREBY CERTIFY** that the attached Affidavit was sworn before me by **BRETT CORMICK**

**IN FAITH AND TESTIMONY** whereof I the said notary have put my name and affixed my seal of office at London this 18th day of May 2006

**KOBER-SMITH & ASSOCIATES – NOTARY PUBLIC**
**6, Carlos Place London W1K 3AP**
**TEL : 020 7499 2605 FAX: 0207 907 9939**
**WEB: www.notarypublicinlondon.com**
**EMAIL: notary@notarypublicinlondon.com**

## AFFIDAVIT

I, BRETT CORMICK, a Director for the corporation, Elan Suisse, (Pty), Ltd.,
(hereinafter referred to as "Elan") state the following according to my best information,
knowledge and belief.

I am a person with extensive experience and an excellent worldwide reputation in the
International Financial Services industry. During the past fifteen (15) years, I was
employed by some of the biggest financial firms in the world, owned my own division of
a bank and am registered as a fully accredited and licensed international asset manager
and financial engineer. I was a managing director of the ABM Amro Bank Group, one
of the biggest banks in the world, in their Merchant Banking arm Mees Pierson. I was a
consulting Director of Corporate Finance within the Electra Group, one of the largest
private equity firms in Europe; the Chairman & CEO of Trust Bank Investment Services
and a Director within the Hambros Bank Group, based in London but working in every
country in Europe.

I obtained my doctorate in economics, completed post doctoral studies at the Graduate
School of the London School of Economics and Political Science Department of Finance
and Accounting, where I authored a university text book on Macroeconomics and
Political Economic Theory, and have lectured worldwide at business schools and
universities in the financial services industry. As such, I have gained vast experience in
the creation, development, marketing, licensing and distribution of financial services
products. As an Australian citizen, I also attended the Australian Royal Military College,
on a full commonwealth scholarship, and served as an officer in the Australian Military
for over ten years

I have completed professional studies at Harvard Business School, INSEAD the
European Institute for Business Administration, Oxford University, The London School
of Economics, CIMA at The London Business School, The Imperial College of Science
Technology and Medicine London University and the International Centre for Monetary
and Banking Studies in Geneva.

Approximately three (3) years ago, as part of a suite of new investment asset classes and
products I had developed, for international investors not able to access these types of
assets classes previously, I created an investment product ("the produet") that effectively
provides a safe investment vehicle for international retail and institutional investors
wishing to invest in US dollars, by investing in short duration AAA bonds underwritten
by the government of the USA (the investment with the lowest risk one ean attain in the
international bond market).

The product is one of the trade secrets of Elan . Accordingly, I set up the Elan Suisse
Group ("the group") as a structure to facilitate the marketing, engineering, structuring,
development, licensing, distribution, administration, management, placement and selling
of the product, and others with it. The group consists, in chief, of Elan in South Africa, a

fully registered and licensed asset management company and a similarly named private company in the US. The U.S. company is Elan Suisse International Holdings ( USA, LLC). The intellectual property of Elan, consisting in the main of the product and the customer data base built up from the sale of the product in the South African retail investment market, will be held by the entity registered thereon in the US.

Thus Elan was set up and incorporated during or about July 2003. I also started negotiations with the Financial Services Board of South Africa ("the FSB") in order to ensure that Élan obtain the necessary statutory approval for its proposed activities, and the individual registration of the underlying product bases. The approval was initially granted to myself on the 13th of May 2003 in my personal capacity, as appears from the letter from FSWB to myself attached hereto. Later, during or about September 2004, the same approval was granted to Elan, as appears from an e-mail from the FSB attached hereto. The registration number of Elan with the FSB is 852. I funded the setting up of Elan within the structure as is set out above. By the beginning of 2004, the cost was approximately $1.6 million dollars.

This had resulted in the creation of a national monopoly for Elan on the product for the entire South African finance market, and was subsequently approved for sale and national distribution by some of the largest banks and financial institutions in South Africa entailing well over two years work just to this point. The time came to set up and incorporate the entity in the US as part of the structure as set out above.

I knew Robert Christ (hereinafter "Christ") since 1996, and, in the normal course of correspondence between us, I informed him of the product, its regulatory approval, the subsequent national monopoly on the asset class, its acceptance for distribution by some of the largest and most prestigious financial institutions in South Africa, and the structure for the sale thereof as is set out above.

From the beginning of 2004, several discussions ensued between me and Christ in this regard. The result was that, during or about February 2004, Christ and I agreed that an entity in the form of a corporation would be incorporated in Delaware in the US; and that Christ would invest $350,000.00 in this entity. In return for his said investment in the said entity, Christ would receive 50% of the equity shareholding interest. Christ would represent the said entity in the US and assist with the development thereof by attending to issues such as marketing, completing due diligence on prospective sub managers, managing the investor base, public relations, the intellectual property, and the product would be seated in the said entity as part of the strategy as is set out above. And on the sale of the said entity in the US, Christ would receive a further amount equal to his initial investment and profits therefrom.

These were the terms of the agreement between myself and Christ. Christ traveled to Cape Town, where over a period of several days, we discussed this agreement in complete detail. During said discussion on a day trip to Stellenbosch, approximately during January 2004, I specifically made it clear to Christ that he invests his money in the

entity incorporated in the US alone; he has nothing to do with Elan in its day to day activities, and he receive no equity in Elan. His only link to Elan would be when it is sold, together with the entity incorporated in the US, as part of the aforesaid strategy; and he is only authorized to represent the entity incorporated in the US. It is on the basis of this oral agreement that Christ invested $250,000.00 in the entity that was incorporated in the US as Elan Suisse International Holdings ("Holdings").

As set out above, I have been occupied with the business of Elan and Holdings for the past three (3) years on a full time basis. Christ, as will appear more fully hereunder, repeatedly confirmed his investment. Although he invested less than originally agreed, he confirmed his share as a 36% equity owner which represented the $250,000.00 invested. In a series of e-mails that passed between myself and Christ from the 28th of January 2004 to the 14th of February 2004, I advised Christ and represented that I have spent the previous two (2) years setting up Elan in South Africa as a financial engineering company, with a national network of independent financial advisors ("brokers") and institutions, in South Africa. I had already invested some $1,600,000.00 in setting up the business of Elan and I was looking for an investor to enable me to complete the project from the US end.

The discussion centered around an investment in Holdings, and I explained the entire structure and the exit strategy as is set out above to Christ, who accepted this as an experienced financial person as he holds a CPA qualification. I emphasized that the discussion was not limited to e-mails that passed between myself and Christ, it was supplemented by our oral conversations, resulting in the aforesaid agreement, for which Christ traveled to Stellenbosch specifically to discuss same with me, while visiting Cape Town for personal reasons. From the very beginning, and as was made clear in Stellenbosch, I held out to Christ that his investment is governed by the Articles of Association of Holdings, and I supplied him with a draft copy of same for his review with other supporting documentation including South African financial institutional support for the products, regulatory approval etc. As a CPA, Christ was aware of this and accepted this fully, as appears from his later e-mail of 17 September 2004, copy attached, and his e-mail dated 18 September 2004, copy which is attached, from which he clearly indicates that he knows his investment must be "liquidated" through the sale of his shares.

Sometime in the month of September, Robert Christ started operating a Website "elan suisse.co.za.". He is not authorized by the Elan or Holdings to operate this Website. Since the above date, and a tleast through April 2006, he has posted extremely defamatory statements on this Website regarding myself, Elan Suisse and associated companies and their investors and employees.

Christ apparently has done this to try and force Holdings and/or Elan to buy out his interest in Holdings. He is attempting to extort money from Elan and blackmail its affiliates, associates and officers. Christ is posting defamatory material on the website in hopes that the Elan Company or its associates will buy out his interest.

Chist's actions in this regard, however, have caused Elan, Holdings and its associates to suffer harm such that if Christ is not stopped from such actions, and the Website shut down, the harm will be irreparable. To date, Christ's actions of posting on the Website have resulted in:

-       The collapse and withdrawal from the market after 3 years work of the first Short Duration AAA US Bond Fund ever to receive regulatory approval for launch in South Africa

-       The irreparable loss to Elan of a national monopoly of this asset class

-       The permanent  destruction of all working relationships formed over a 3 year period with the largest financial institutions and broker networks in South Africa

-       The loss to the national retail and institutional markets in South Africa in millions of dollars in investment returns

-       The collapse and withdrawal from the market of the first Bio Pharma Investment fund of its kind in the world

-       The collapse and withdrawal from the market of the first REIT Fund in South Africa

-       The irreparable loss to Elan of an international monopoly of this asset class

-       The collapse and withdrawal from the market of the first investment fund of its kind in South Africa to convert South African Rands into hard currency returns

-       The complete operational shut down of Elan in South Africa

-       The loss of jobs and professional industry credibility and reputation for professional staff who resigned from high ranking positions in industry and finance to work for Elan

-       The collapse and withdrawal of the first CDO Fund ever to be launched in South Africa

-       Permanent collapse of negotiations with regional governments wishing to participate in the above mentioned product including the governments of Lesotho, Swaziland, Botswana and Seychelles

-       The deliberate destruction of Elan as a viable operating entity after millions of dollars of development and years of work

-       The deliberate destruction of Elan as an investment for its shareholders (including Christ who has destroyed his own investment and ability to liquidate his stock)

- The irreparable loss of professional relationships with some of the largest
financial institutions in Europe after 15 years relationship building



18 MAY 2006.

**BRETT CORMICK**
Director for Elan Suisse Group

Sworn to and subscribed

before me this ___18th___ day

of ___May___, 2006.
Notary Public

MARK EMBER-SMITH - NOTARY PUBLIC
6 CARLOS PLACE, LONDON W1K 3AP
TEL: 020 7408 2515
notarypubliclondon.com

**EXHIBIT "C"**

## AFFIDAVIT

I, PETER JOHN KIPPS, Resident of Zimbabwe, do hereby declare that I am an Investor with Elan Suisse Group, in the amount of US$140 000,00 (One hundred and forty thousand United States Dollars).

Based upon my viewing the Website of Robert Christ at www.elansuisse.co.za any, and all related searches thereto, which have been directed me back to said Website and based on said Website, my Investment in Elan Suisse Group has been irreparably harmed as we can do no further business with any other Companies, due to the disparaging comments about the company within the Website, a result of which has severely diminished the value of my investment with the Elan Suisse Group as the Company cannot conduct its intended business.

Signed in Harare, Zimbabwe, this _18th_ day of _May_, 2006

PETER JOHN KIPPS

Notarised by:

Signed in Harare, Zimbabwe, this _18th_ day of _May_, 2006

Stamp / Seal:

**EXHIBIT "D"**

## AFFIDAVIT OF APOSTOLOS ZOGRAPHOS

1. Mr Apostolos Zographos, of The Republic of Seychelles.

2. I am an investor with Elan Suisse Group in the amount of $81,667.00 (eighty one thousand six hundred and sixty seven dollars).

3. Based upon my viewing the Website of Robert Christ at : www.elansuisse.co.za and all related searches thereto which have directed me back to said Website and based on said Website, my investment in Elan Suisse Group has been irreparably harmed as we can do no further business with any companies due to the disparaging comments about the Company within the Website, a result of which has severely diminished the value of my investment with Elan Suisse Group as the Company cannot conduct its intended business.

4. Christ's disparaging remarks on the Website have caused current Investors not to reinvest, and potential investors not to invest in Elan Suisse i.e. have diminished the profits of Elan Suisse.

Apostolos Zographos

24th May 2006

SWORN BEFORE ME
at chambers, Kingsgate House, Victoria,
Ceychelles on this 25th May, 2006

**EXHIBIT "E"**

## AFFADIVIT

I, ANTHONY JOHN CARTER, Resident of Zimbabwe, do hereby declare that I am an investor in the Elan Suisse Group, in the amount of US$200 000 (Two Hundred Thousand United States Dollars).

Based upon my viewing of the website of Robert Christ at www.elansuisse.co.za and all related searches thereto, which have directed me back to said website and based on said website, my investment in Elan Suisse Group has been irreparably harmed, as the Group can do no further business with any other Companies due to the disparaging remarks and content about the Group contained within the website and associated links.

The value of my investment in the Elan Suisse Group has been severely diminished as a result of the content on the website in question.

Signed at Harare, Zimbabwe this 22nd day of May 2006.

ANTHONY JOHN CARTER

Signed at Harare this 22nd day of May 2006.

Stamp/Seal:

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

ELAN SUISSE Ltd.                          :

           VS.                :   NO.   $06-15540$

ROBERT D. CHRIST                             CIVIL ACTION - LAW
                                          :   JURY TRIAL DEMANDED

### CIVIL COVER SHEET

Local Rule 205.2(b) requires this form be attached to any document commencing an action in the
Montgomery County Court of Common Pleas. The information provided herein is used solely as
an aid in tracking cases in the court system. This form does not supplement or replace the filing and
service of pleadings or other papers as required by law or rules of court.

| Commencement of Action: *(check one)* | | **Amount in Controversy**: |
|---|---|---|
| ☒ Complaint ☐ Petition ☐ Notice of Appeal | | ☐ $50,000 or less |
| ☐ Writ of Summons ☐ Transfer From Other Jurisdiction | | ☐ More than $50,000 |
| ☐ Declaration of Taking | | |

**Case Type and Code *(check the most specific classification ONLY)*:**

| **Appeals** | **Real Property** | **Negligence** |
|---|---|---|
| ☐ DJ – Money Judgment | ☐ Ejectment | ☐ Motor Vehicle |
| ☐ DJ – Landlord/Tenant | ☐ Quiet Title | ☐ Premises Liability |
| ☐ Drivers License Suspension | ☐ Mechanics Lien | ☐ Product Liability |
| ☐ Vehicle Registration Suspension | ☐ Mortgage Foreclosure | ☐ Asbestos |
| ☐ Local Agency | ☐ Partition | ☐ Other Toxic Tort |
| ☐ Board of Assessment | ☐ Replevin | ☐ Other |
| ☐ Zoning/Land Use | ☐ Other | |
| | | **Miscellaneous** |
| **Contract** | **Professional Liability** | ☐ Appointment of Arbitrator |
| ☐ Construction | ☐ Medical | ☐ Class Action |
| ☐ Employment | ☐ Dental | ☐ Confession of Judgment |
| ☐ Other | ☐ Legal | ☐ Debt Collection |
| | ☐ Other | ☐ Eminent Domain |
| **Intentional Tort** | | ☐ Name Change |
| ☐ Assault/Battery | **Equitable Relief** | ☐ Wrongful Death |
| ☐ Libel/Slander | ☐ Declaratory Judgment | |
| ☐ Fraud | ☐ Mandamus | |
| ☐ Other | ☐ Other | |

☒ **Other** :   Commercial Disparagement and Violation of Federal Statutes
        (specify)

**FRONT STREET LAWYERS, P.C.**
**BY: NICHOLAS CASAMENTO, ESQUIRE**
**Attorney I.D. #37931**
**JOSEPH A. RATASIEWICZ, ESQUIRE**
**Attorney I.D.#47453**
**Flagship Corporate Center, Suite 320**
**2 West Baltimore Avenue**
**Media, Pa. 19063**
**610-891-0180**

Attorneys for Plaintiff

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY,
PENNSYLVANIA

| | | | |
|---|---|---|---|
| ELAN SUISSE Ltd. | : | NO. $C.C.\cdot155740$ | |
| Plaintiff | : | | |
| vs. | : | CIVIL ACTION –LAW | |
| ROBERT D. CHRIST | : | | |
| Defendant | : | JURY TRIAL DEMANDED | |

### NOTICE TO DEFEND

You have been sued in Court. If you wish to defend against the claims set forth in the following pages, you must take action within Twenty (20) days after this Complaint are served by entering a written appearance personally or by attorney and filing in writing with the Court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without and a judgment may be entered against you by the Court without further notice for any money claimed in the Complaint or for any other claim or relief requested by the Plaintiff. You may lose money or property or other rights important to you.

**YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP. THIS OFFICE CANNOT PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.**

**IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.**

**LAWYERS REFERENCE SEVICE**
**MONTGOMERY COUNTY BAR ASSOCIATION**
**409 Cherry Street**
**Norristown, Pa. 19401**
**610-279-9660 Ext. 201**

Rx Date/Time    JUN-23-2006(FRI) 08:43                          P. 001
JUN-23-2006   10:00                                             P.01/01

# MONTGOMERY COUNTY SHERIFF'S DEPARTMENT
## ORDER FOR SERVICE

**Please prepare a separate request for service form for each defendant to be served by the Sheriff**

To:   Sheriff John P. Durante                        Date: 6/23/06
      Montgomery County Court House
      P.O. Box 311                                   Prothonotary No. O6 - 15540
      Norristown, Pa. 19401-0311
      Phone : 610-278-3331     Fax   : 610-278-3832  Sheriff's Cost: 43.00

| Attorney's Or Plaintiff's Name and Address: | | |
|---|---|---|
| Nicholas Casamento, Esquire  #37931 | XX Civil Action | Writ of Execution Levy |
| Joseph A. Ratasiewicz, Esquire #47453 | Confessed Judgement | Writ of Execution Attachment |
| Flagship Corporate Center, Suite 320 | Complaint in Ejectment | Writ of Execution Garnishee |
| 2 West Baltimore Pike | Posting | Writ of Seizure |
| Media, Pa.   19063 | Writ of Possession | Impoundment |
| ATTY.ID#          Telephone # (610) 891-0180 | Other   x | Court Order |

| | FOR SHERIFF USE ONLY      SHERIFF'S RETURN |
|---|---|
| ELAN SUISSE, Ltd. | |
| | PERSON SERVED _____ |
| Vs.          PLAINTIFF | RELATIONSHIP / POSITION _____ |
| ROBERT D. CHRIST | PLACE OF SERVICE _____ |
| DEFENDANT | DATE OF SERVICE _____ |
| | TIME OF SERVICE _____ |
| Robert D. Christ or | NUMBER OF ATTEMPTS _____ |
| Service Upon: any adult individual | |
| LOCATION (MUST HAVE VALID ADDRESS OR DIRECTIONS) | DEPUTY _____ |
| 2333 Jones Road | DEPUTY _____ |
| Pottstown, Pa.   19465 | LAST DAY FOR SERVICE  7-23-06 |

**SERVICE NOT MADE BECAUSE:**

DATE: 6-26-06   TIME: 1420   DEPUTY: Bern   DEPUTY:

| NO SERVICE | BAD ADDRESS | UNKNOWN AT ADDRESS | NEED BETTER ADDRESS |
|---|---|---|---|
| MOVED | BUILDING VACANT | X ADDRESS OUT OF COUNTY | OTHER |

**POSSESSION TAKEN:**

DATE:          TIME:          DEPUTY:          DEPUTY:

ATTEMPTED SERVICE DATE & TIME

Chester  Co.

SUPERVISOR APPROVAL

**FRONT STREET LAWYERS, P.C.**
**BY: NICHOLAS CASAMENTO, ESQUIRE**
**Attorney I.D. #37931**
**BY: JOSEPH A. RATASIEWICZ, ESQUIRE**
**Attorney I.D. #47453**
**Flagship Corporate Center, Suite 320**
**2 West Baltimore Avenue**
**Media, Pa. 19063**
**610-891-0180**

<u>Attorneys for Plaintiff</u>

### IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| ELAN SUISSE, Ltd. | : | NO. |
| Plaintiff | : | |
| vs. | : | CIVIL ACTION –LAW |
| ROBERT D. CHRIST | : | |
| Defendant | : | JURY TRIAL DEMANDED |

### <u>EMERGENCY PETITION FOR PRELIMINARY INJUNCTION</u>

Plaintiff, by its undersigned counsel, respectfully petitions this Court for an Order

granting a Preliminary Injunction pursuant to Pennsylvania Rule of Civil Procedure 1531,

and in support thereof alleges as follows:

I.    As set forth more fully in the Complaint, a copy of which is attached

hereto as Exhibit "A", Defendant for the last twenty-two (22) months has posted false

and defamatory statements on a Website that he is operating concerning Plaintiff Elan

Suisse, its directors, employees, current and potential investors.

2.     Mr. Christ had no authority to operate a Website using the name "elan suisse", in fact, as set forth in the Complaint Elan Suisse owns the domain name and it is their trademark.

3.     Unless the requested Preliminary Injunction is granted, the Plaintiff as in the past and now, will continue to suffer immediate and irreparable harm which cannot be compensated by damages by reason of Defendant's conduct as set forth in the Complaint and supporting Affidavits.

4.     Plaintiff has no adequate remedy at law.

5.     Defendant will not suffer any appreciable injury if this Petition is granted because the status quo prior to his operating this Website will be restored and Defendant will be preliminarily restrained from posting false and defamatory remarks on a Website using a trademark name that he is not authorized to use.

6.     Defendant's wrongful conduct is actionable; the rights of Plaintiff are clear; and Plaintiff is likely to succeed on the merits of its claims.

**WHEREFORE,** Plaintiff respectfully prays this Honorable Court enter an Order in the form attached hereto.

Respectfully submitted,
**FRONT STREET LAWYERS,P.C.**

BY: _____
**NICHOLAS CASAMENTO, ESQUIRE**
**Attorney for Plaintiff**

BY: _____
**JOSEPH A. RATASIEWICZ, ESQUIRE**
**Attorney for Plaintiff**

**FRONT STREET LAWYERS, P.C.**
**BY: NICHOLAS CASAMENTO, ESQUIRE**
**Attorney I.D. #37931**
**BY: JOSEPH A. RATASIEWICZ, ESQUIRE**
**Attorney I.D. #47453**
**Flagship Corporate Center, Suite 320**
**2 West Baltimore Avenue**
**Media, Pa. 19063**
**610-891-0180**

Attorneys for Plaintiff

### IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| ELAN SUISSE Ltd. | : | NO. |
| Plaintiff | : | |
| vs. | : | CIVIL ACTION –LAW |
| ROBERT D. CHRIST | : | |
| Defendant | : | JURY TRIAL DEMANDED |

### PRELIMINARY INJUNCTION

**AND NOW,** this _____ day of _____, 2006,

upon consideration of Plaintiff's Verified Complaint, Plaintiff's Preliminary Injunction

for Permanent Injunction, and the accompanying papers in support thereof and having

determined that:

1. Plaintiff will suffer irreparable harm and loss if Defendant is permitted to

continue to post false and defamatory statements on the Website "elansuisse.co.za.".

2. Plaintiff does not have an adequate remedy at law.

3. Greater injury will he inflicted upon Plaintiff by denial of the Preliminary

Injunction than would be inflicted upon Defendant by the granting of such relief, it is

therefore ORDERED, ADJUDGED and DECREED as follows:

(a) Defendant, Robert Christ, is immediately enjoined and prohibited,

either directly or indirectly from operating any Website using the name "elan suisse"

or any Website with any similar, misleading or confusing designations which lead anyone

to believe it was the official site of Elan Suisse or relating to Elan Suisse.

        (b)     This Preliminary Injunction shall to continue in effect until further

Order of this Court.

**BY THE COURT:**

_____**J.**

**FRONT STREET LAWYERS, P.C.**
**BY: NICHOLAS CASAMENTO, ESQUIRE**
**Attorney I.D. #37931**
**BY: JOSEPH A. RATASIEWICZ, ESQUIRE**
**Attorney I.D. #47453**
**Flagship Corporate Center, Suite 320**
**2 West Baltimore Avenue**
**Media, Pa. 19063**
**610-891-0180**

                                                    Attorneys for Plaintiff

### IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| ELAN SUISSE, Ltd. | : | NO.  C.C.-1 5 5 9C |
|     Plaintiff | : | |
|     vs. | : | CIVIL ACTION –LAW |
| ROBERT D. CHRIST | : | |
|     Defendant | : | JURY TRIAL DEMANDED |

### RULE TO SHOW CAUSE WHY
### PRELIMINARY INJUNCTION SHOULD NOT ISSUE

Upon consideration of the Verified Complaint in this matter and the Petition of

Plaintiff for a Preliminary Injunction.

**IT IS ORDERED** that Defendant show cause before this Court on the _____

day of _____, 2006 at _____A.M./P.M. in Court Room

_____, or as soon thereafter as counsel can be heard, why a Preliminary Injunction

providing the relief sought in the accompanying Petition should not be entered; and

**IT IS FURTHER ORDERED** that Plaintiff shall cause a copy of this Rule,

along with a copy of the Complaint and the aforesaid Petition and accompanying papers,

to be served upon the Defendant at least five (5) days before the hearing.

**BY THE COURT:**

_____**J.**

### IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

#### CIVIL ACTION – LAW

ELAN SUISSE, LTD.

VS.                                No.    06-15540

ROBERT D. CHRIST

#### ORDER

AND NOW, this    26th    day of    JUNE                ,    2006    the

Emergency Petition for Preliminary Injunction scheduled for a **HEARING** before the
*B. Parker*    *July 17, 2006 / 3.6 P.M.*
Honorable ~~Kent H. Albright~~ on Thursday, July 6, 2006 at 9:30 a.m. in Courtroom 4 of

the Montgomery County Courthouse, Norristown, Pennsylvania.

*Michael R Keho*

Court Administrator

cc:    Nicholas Casamento, Esq.        *(Fax # 610-891-0557)*

*YOU ARE RESPONSIBLE TO*
*NOTIFY YOUR OPPONENT(S)*
*OF THE ABOVE DATE.*

Copies Sent: 26th Day of    *June*    , 2006.

*Estimated Time Allotted 2 Hours*

**FRONT STREET LAWYERS, P.C.**
**BY: NICHOLAS CASAMENTO, ESQUIRE**
**Attorney I.D. #37931**
**BY: JOSEPH A. RATASIEWICZ, ESQUIRE**
**Flagship Corporate Center, Suite 320**
**2 West Baltimore Avenue**
**Media, Pa. 19063**
**610-891-0180**

Attorneys for Plaintiff

### IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| ELAN SUISSE Ltd. | : | NO   06-15930 |
| Plaintiff | : | |
| vs. | : | CIVIL ACTION –LAW |
| ROBERT D. CHRIST | : | |
| Defendant | : | JURY TRIAL DEMANDED |

### MEMORANDUM OF LAW
### IN SUPPORT OF PLAINTIFF'S
### PETITION FOR PRELIMINARY INJUNCTION

Plaintiff, by its undersigned counsel, respectfully submits this Memorandum of

Law in Support of its Petition for Preliminary Injunction.

### I.    FACTS.

Plaintiff, Elan Suisse Ltd. ("Elan"), is a corporation formed and organized under

the laws of the Republic of South Africa and at all times relevant to the events described

herein, Brett Cormick, was a Director and Officer of Elan Suisse.

Defendant herein is Robert D. Christ, ("Christ") an individual who resides at 2333

Jones Road, Pottstown, Pa. 19465.

During or about July 2003, Elan was incorporated for the purpose of developing

and attracting international investors to a product developed by Cormick that proposed a

safe investment vehicle for investors to invest in US dollars.

The investment products developed became one of the trade secrets of Elan.

Approximately in the beginning of February 2004, Christ (Defendant) became a thirty-six percent (36%) investor in Elan Suisse International Holdings.

(A separate corporation from Elan).

That after investing Two Hundred Fifty Thousand Dollars ($250,000.00) into the Elan Suisse International Holdings ("Holdings"), Christ had a thirty-six percent (36%) equity ownership and was also authorized to represent that entity which had been incorporated in the State of Delaware.

Christ was to operate Holdings to attract U.S. investors and did so in 2004.

Christ was not authorized by Elan to operate any Website.

That on or about September of 2004, Christ, without authority from Elan, set up the Website "elansuisse.co.za.", using the Elan Suisse name in direct conflict with "elan suisse.com" (a registered domain name).

From September of 2004 and through the present time, Christ has posted extremely defamatory statements on his Website regarding Elan Suisse, associated companies, their investors and employees, which consist of but are not limited to the following as set forth in Christ's Website postings attached hereto as Exhibit "A".

• "Elan Suisse Capital unclear as to which of these shell companies this moniter is attached"

     • "John Walters sentencing hearing transcript on fraud charges"

     • "The theft of this money to someone I trusted fueled ..."

     • "Cormick is and has been for several years – with impunity" running a large international investment scam based in the UK and the Republics of Zimbabwe and South Africa."

• "I am unable to establish where Cormick lives"

• "On the Alan Dean Affair whereby Cormick was arrested by

New Scotland Yard in 1997 on suspicion of fraud"

• "This is a classic bate and switch scam"

• "I believe this operation is a boiler room type operation"

• "Through a collapsible daisy chain of shell companies...that is the Elan
Suisse setup"

• An apparently new Elan Suisse entity just popped up! It's called
Nicogcl"

•"What about Elan Suisse RSA? I believe that the RSA operation is a

front to legitimize the whole business operation in Zimbabwc"

• "Neither Elan Suisse nor Cormick are what they are represented to
be"

• "CEO Elan Capital SA [See above this is a shell company]"

•"To the shock of finding out I have been seammed by someone I trusted".

(Posted May 31, 2006)

　　　　The statements and innuendos contained in Christ's Website "elansuisse.co.za."
are deliberately false, malicious and misleading and wcre made for the sole purpose of
trying to force a settlement and/or return of the money that Christ had invested in the
Elan Suisse Holdings Co. in Delaware.

　　　　Christ's inappropriate, defamatory and disparaging statements against Elan Suisse
and its key officers and directors, have caused Elan to lose investors and make it difficult

to attract any investors. (See the attached Affidavit of Brett Cormiek, Peter John Kipps and Apostolos Zographos, attached hereto respectively as Exhibits "A", "B" and "C".)

## II.   ARGUMENT

Injunctive relief may be granted where a party shows the following elements:

(1)     The injunction is necessary to prevent immediate and irreparable harm that could not be compensated by damages;

(2)     That more harm would result from not granting the injunction than by granting it and that the injunction will not harm other interested parties in the proceedings;

(3)     That the injunction will restore the parties to their status as it existed immediately prior to the alleged wrongful conduct;

(4)     That the activity it seeks to restrain is actionable, that its right to relief is clear, and that the wrong is manifest, or, in other words, must show that it is likely to prevail on the merits;

(5)     That the injunction is designed to abate the offending activity; and

(6)     That the preliminary injunction will not negatively affect the public interest. Citizen's Bank of Pa. v. Christy L. Myers, et al, 872 A.2d 827 (Pa. Super 2005).

All six (6) elements are met in this case pursuant to the attached Affidavits and Complaint. It is clear that immediate and irreparable harm has occurred and will continue to occur as Defendant's illegal use of the Elan Suisse name has deterred and will continue to deter other investors to the Elan Suisse Group. Likewise, more harm will result in not granting the injunction as the Elan Suisse Group will be unable to continue operation

with ongoing vendors and investors and granting the injunction will, in no way, harm

Defendant as Defendant is operating said Website for the sole purpose of harming

Plaintiff. Said injunction will clearly restore the parties to their status quo prior to any

use of the Website by Defendant. It is clear that Plaintiff will likely prevail on the merits

of its underlying claim and that many, if not all, of the remarks on said Website by

Defendant are defamatory in nature and use of the Website is in violation of the Lanham

Act.

It is clear that the Preliminary Injunction, if granted, will not negatively affect the public

interest as, in contrast, Defendant's use of said Website has negatively affected public

interest in the operation of Elan Suisse Group.

    This Court does have jurisdiction under the Federal Statute. The Pennsylvania

State University v. University Orthopedics, LTD et al, 706 A.2d 863, (Pa. Super. 1998).

The Lanham Act states in pertinent part as follows:

    False designations of origin and false descriptions forbidden

    (a)    Civil Action

    (1)    Any person who, on or in connection with any goods or

services, or any container for goods, uses in commerce any word, term, name, symbol, or

device, or any combination thereof, or any false designation of origin, false or misleading

description of fact, or false or misleading representation of fact, which—

    (A)    is likely to cause confusion, or to cause mistake, or to deceive as to

the affiliation, connection, or association of such person with another person, or as to the

origin, sponsorship, or approval of his or her goods, services, or commercial activities by

another person.

(B)    In commercial advertising or promotion, misrepresents the nature, characteristics, qualities, or geographic origin of his or her or another person's goods, services or commercial activities, shall be liable in a civil action by any person who believes that he or she is or is likely to be damaged by such Act. (15 USC §1125 (a)(1) (A)(B)

Cyberpiracy prevention:

(1)    (A)    A person shall be liable in a civil action by the owner of a mark, including a personal name which is protected as a mark under this section, if, without regard to the goods or services of the parties, that person—

(i)    has a bad faith intent to profit from that mark, including a personal name which is protected as a mark under this section; and

(ii)    registers, traffics in, or uses the domain name that

(I)    in the case of a mark that is distinctive at the time of registration of the domain name, is identical or confusingly similar to that mark. (15 USC §1125 (d) (1)(A) (i)(ii)(I).

It is clear that Defendant's actions violate the Lanham Act under §15 U.S.C.S. 1125 (a) and part (d) Cyber Piracy Prevention. Defendant has pirated the Elan Suisse name for his personal benefit in direct contradiction to 1125 (d) of the Lanham Act. His continued use of the Elan Suisse name is an ongoing violation of said Act and must be enjoined to prevent further harm to Plaintiff. This Court can, and should, pursuant to the Lanham Act, grant an Order calling for the forfeiture and cancellation of the domain names being used by the Defendant. (15 USC §1125 (d)(D)(i)

It should be noted, that pursuant to Citizen's Bank of Pa. v. Christy L. Myers, et al, 872 A.2d 827 (Pa. Super 2005), the fact that a Plaintiff is seeking damages in an underlying claim does not disqualify it from pursuing and receiving injunctive relief. As in Citizen's Bank, there is an ongoing violation that cannot be compensated for in damages as potential investing dollars will be speculative in nature.    Although Plaintiff can quantify what it thus far has suffered and sustained in damages, it is the ongoing use and maintaining of the Website by Defendant that creates the irreparable harm for which no damages will compensate.

## III.    CONCLUSION

Plaintiff hereby seeks injunctive relief so as to return the parties to status quo prior to Defendant's violations herein and said injunctive relief should be maintained until further Order of Court.

Respectfully submitted:
**FRONT STREET LAWYERS, P.C.**

BY: _____
**NICHOLAS CASAMENTO, ESQUIRE**
**Attorney for Plaintiff**

BY: _____
**JOSEPH A. RATASIEWICZ, ESQUIRE**
**Attorney for Plaintiff**

--

Dear Mr. Carnell:

I am writing to lodge a formal complaint against the above-referenced individual for fraud.

I have set up a web site detailing this issue located at:
http://www.elansuisse.co.za/

If Mr. Cormick is under the employ of your command, please forward to me a contact at the Australian embassy in Washington, DC so that I may file the proper documentation and formally submit the evidence.

Sincerely,
<<end inclusion<<
If the Australian Government claims him, then they will need to clean up his mess. If they do not claim him, then I believe that the end process of this will be the exposure of who is Brett Cormick.

**November 8, 2005 Update:**
Some more organizations are now coming to light now that this web page is propagating:
**Elan-Suisse Zimbabwe Management Services Company (aka "Trust Investment Services" in JV with Trust Holdings Ltd.)**
**Elan-Suisse International Equity Partners**
Both organizations are shown with Brett Cormick as Chairman & CEO and Patrice Dhliwayo as MD. **This should pretty much put to rest the disclaimer by Cormick on the Elan Suisse Zimbabwe link.**

Contact information on Elan Suisse in Zimbabwe is:
Trust Investment Services
4th Floor, Green Bridge (or Blue Bridge depending upon who you ask)
Eastgate, 2nd Street
Harare
Attention: Ms. Peta-Ann Goosen
Corporate Relations Executive
Telephone:  04 708353, 04 250610
Facsimile:  04 702066
Email: petag@trust.co.zw (I just tried the www.trust.co.zw domain – IP is 196.2.73.102 with last modification on 21 February 2005 but no web page)

**Utendwe Dabutha** BA Physics B Sc. Engineering - CalTech
**Derek Britten** B Compt Financial Accounting & Auditing - (UNISA)
**Peta-Ann Goosen** B Com Info Systems & Management -- Rhodes
*Plus*
**Elias Ngugama**: Chairman Astra Industries, Fleming, etc
**Rick Crook**:  Chairman Independent Schools of Zimbabwe National
Pension Fund
**John Lourenco**:  Partner Deloitte & Touche
**Peter Madara**: Financial Controller Industrial Development Corporation
**Collen Gura**: Financial Director Independence Gold Mining Zimbabwe
**Edwin Chidzonga**: Chief Executive Mining Industry Pension Fund
**Tapera W. Nyemba**: Group Chief Executive of Trust Holdings Ltd.

I do not know what function within this organization these people
perform, but this whole thing looks completely (down to the contract
clauses) like the scam pulled on me. This, I believe, is part of the vehicle
used for the ENG scam.  I am continuing to research.

This appears to be how Cormick got Apostolos Zographos.  Contact was
just made with Maxiprest in RSA -- they are apparently trying to distance
themselves from this fiasco.

Other organizations mentioned are:
**National Investment Bank of Botswana through Delele (PTY) LTD**
(Ndaba Gaolathe is mentioned as the point of contact) in Gaborone
Botswana at (267) 314 068 or email delele@4site.bw (although this
seems to be the current coordinates for Delele).
**Fleurdeus Investments** -- No Information (they appear to be one of the
targets).
**Bancorp International Equity Partners** -- Appears to be a conduit for
funds with the six players mentioned above as the managers.

More Elan Suisse organizations are now coming to light (with other
points of contact):
**ELAN-SUISSE Venture Management and Sarco Holdings**

Information is now flowing in more quickly than can be handled at the
moment.  I will begin to list out the organizations involved as well as
points of contact over the next few days.  Then we will start to pick
through each organization until we figure out the exact relationship with
each and where the money went.  Also, more information is flowing in on
the HIVEX Ltd. link.

Does anyone out there know anything about a company named Iris

Australia? They seem to be a licensee for Iris recognition technology from Iridian Technologies (http://www.iridiantech.com/index.php), but their web site has gone cold. Iridian Technologies is a Moorestown, NJ company – I will contact from here to determine the current status of their license with Iris Australia. New information – Iris Australia turned into Argus Solutions in 2002.

The ultimate objective of this investigation is to find out the truth and to get a place where I can get this case into a court with proper jurisdiction so that I may have it heard on its merits.

**November 9, 2005 Update:**
**I received this series of e-mails from a very interesting source.** It details the correspondence between Cormick and Apostolos Zographos from 2002 and 2003. In reading through this, it **really turned my stomach** since it is the exact scam Cormick pulled on me.

I received a reply from the Australian Embassy today and filed a detailed criminal complaint with the following:
Mr. David McLean
Counsellor Police Liason
The Embassy of Australia in Washington D.C.
1601 Massachusetts Ave, NW
Washington DC, 20036-2273
Tel: (202) 797-3000
Fax: (202) 667-0275

I did this detailed analysis of my case for my attorney in April 2005 and loaded it here for analysis. Some of the information on that page is dated – if there is conflict with this page, this page has the more accurate and up to date information. I will edit it over the next few days for content.

**November 10, 2005 Update:**
I had this exchange today with the Inspector General of Intelligence and Security in Australia.

Cormick's divorce proceedings with Jennifer Ann Mortleman go to court today in Harare.

I faxed this letter today over to the IG of Intelligence and Security of Australia:
>> Dear Mr. Carnell:

Thank you for your reply via e-mail to my fax of November 4th. In that

fax, you indicated that I should take the above referenced complaint to the AFP.

In April 1996, while floating on a Russian ice base in the Arctic Ocean, Brett Cormick indicated to me that he still worked for the intelligence services of the Australian Government. Cormick subsequently defrauded me and my family of a great deal of money.

It is important for me to know positively whether or not Cormick (if that is his name or his alias) is still [or has ever been] in the employ of the Australian Government's Intelligence Services.

The US and Australia are close allies. If Australian Government resources were used to defraud a citizen of an allied country, this action would directly affect the relations of the countries involved. I certainly hope that Cormick does not work [nor has ever worked] for the Australian Government's Intelligence Services and that his actions are those of his own person. The purpose of this query is to further narrow the area of responsibility for this matter within the Australian Government.

I hope for a rapid and judicious resolution to this case with your agency.

Thank you for your attention to this matter.

Sincerely,<<

I received a report today on the amount of money Apostolos Zographos "Invested" into Elan Suisse. The amount was US$70,000 of which most (if not all) was spent by Cormick for personal use.

### November 11, 2005 Update:

I received this response overnight from the IG in Australia:
>>Dear Mr Christ,

I refer to your fax of 10 November 2005 in which you requested details as to whether Mr Brett John Cormick is, or ever has been, employed by the Australia Government's Intelligence Services.

The Australian Security Intelligence Organisation Act 1979 and the Intelligence Service Act 2001 prevent the names of employees of Australia's Intelligence agencies from being divulged, so I cannot provide you with information on this matter.

I might also comment that it is unlikely that a person who, as you suggest, has committed fraud is truthful about their background.

If however, he was or is from an intelligence agency, please be assured that the AFP can still investigate matters of alleged fraud.

I hope this information is helpful to you.

Yours Sincerely<<

I am persistently narrowing the focus of this investigation – which is the answer to the question 'who is this guy and who does he work for'. If he does not work for anyone, then he is a simple con artist and just needs to spend some time in jail thinking about his career choice. If he does work for someone or some organization, it begs the question 'what is the purpose of this operation?'

**November 14, 2005 Update:**
Nicogel appears to be distributed through a dodgy-looking Panama-based company named South Seas Pharmaceuticals S.A. with a web site at Health Effects plus a US "toll-free" phone number of (603)821-4481 (i.e. it is a toll number in Nashua, New Hampshire). I called the number which went straight into an answering machine without a greeting. The health-effects.net domain is registered to a George Adams with mailing address in Vanuatu (yeah, I had to pull a map out for that one as well – it is an island nation located in the South Pacific).

**November 15, 2005 Update:**
I just received what is the best definition of Cormick I have gotten to-date from a source in RSA. He referred to Cormick as "A "Walter Mitty" type: intelligent & convincing on the surface, but when you dug deeper: unreliable and certainly not someone in whose hands you would place the fate of your business or capital." He also used the term "unscrupulous con artist" in describing Cormick.

The pace of this investigation is quickening. I will do my best to post the information as it arrives.

From my source within HIVEX, Cormick was fired from that organization after attempting to open a First National Bank checking account without a corporate resolution requiring only a single signature (Cormick's, of course). According to my source, the bank picked up the attempt and contacted the board of directors. Here is the document that caused all of the commotion (I edited out Cormick's passport information

Dr. Brett Cormick and Elan Suisse Elan Capital Nicogel Elan-Suisse Nicotea Aquacine...    Page 30 of 78

on the file). If anyone wants to view the e-mail thread leading up to this confrontation, please contact me. I also have another 20 or so documents that came along with the transmittal which are available upon request. The documents detail a background investigation performed by this organization and tracks completely with the references on this web page.

**November 16, 2005 Update:**
Yesterday was a busy day. I received permission to post a series of documents. These documents detail a background check performed on Cormick in 2000. These documents confirm all of the checks I performed above plus fill in a lot of the holes in the information. It may be an indictment upon our society that this information was available to assist me in avoiding being scammed, but the information was unavailable for general consumption simply because of its derogatory nature towards Cormick.

- On employment with ABN AMRO
- On Cormick's SAS involvement, London Business School and LSE qualifications
- On Cormick's Electra, HAMBRO and ABN AMRO involvement
- Correspondence from Electra
- The summary of the background check done by ISEC in London (page 1 2 3)
- From London Business School and Societe Generale

**November 17, 2005 Update:**
I received more overnight from Cormick's time in England. European Venture Finance was apparently set up to run out of the offices of BMI. Technically, Cormick was an employee of BMI from some time in 1992/3 until July 1997 [a little over one month after the "Alan Dean Affair" arrest] so as to maintain his UK residency. Here is one of his pay slips. The way it was explained to me, the scheme was to have funds from clients run through Centre Trust in Jersey (with Michael Kearns as the trust officer – Michael's current phone number is +44 1534 962095) for tax [or whatever] purposes then Michael pays BMI for Brett's salary and operating expenses. There was a break in the BMI employment from June 1994 to mid-September 1994 where Brett worked for Mees Pierson where [I understand] it was Brett's job to introduce clients to the firm. At that time, I understand that Mees Pierson was owned by ABN AMRO (which would explain why no one at ABN AMRO had ever heard of Brett – he was a short time employee at a small purchased subsidiary of that huge corporation).

Dr. Brett Cormick and Elan Suisse Elan Capital Nicogel Elan-Suisse Nicotea Aquacine... Page 31 of 78

I am including the below from my RSA contact because Cormick gave me the same story:
>>HE CONSTANTLY MENTIONED THAT HE SERVED IN THE AUSTRALIAN SAS AND HE SHOWED US PICTURES OF HIM IN CAMO IN A JUNGLE WALKING AROUND WITH AN AUTOMATIC WEAPON [fyi – Cormick sent to me this photo in 1998 – look familiar? RDC]. I EVEN INTRODUCED HIM TO ONE OF OUR SPECIAL FORCES GUYS WHO TOOK HIM ON A TOUR OF THE LOCAL BASE. HE DEFINITELY SPOKE A GOOD GAME BUT I'VE NEVER MET A SPECIAL FORCES GUY IN MY LIFE WHOSE HANDS ARE SO SOFT, AND HAS FREQUENT MANICURES AND PEDICURES.<<

Here is a photo of Brett and I landing at the North Pole in 1996 under my tandem parachute system (taken by reporter Chrisopher Pala and BTW, Chris Pala was there at the North Pole during the '99 scuba diving expedition as was Michael Wolff [Brett's dive partner]). So this brings up another question – why was Cormick so stupid as to scam me (the one person who knows what happened on the ice cap)?

I speculated there was some reason he left England in 1999. The "Alan Dean Affair" is the most obvious reason. Now I am speculating there was some reason he left Australia in 1989/90. Can anyone out there help with this one? I am told that he is now pulling out of RSA to dodge my lawsuit for recovery of the money he stole from me and my family. His entire defense on that suit is lack of jurisdiction.

I just finished a lengthy conversation with Cameron Scott of HIVEX Ltd. The link here is Michael Kearns (Cameron was married to Michael's sister, but they have since divorced). Michael Kearns is a Jersey-based attorney [mentioned above] who formed HEX Technologies (a Jersey-based holding company for the HIV technology). The research facility for HEX was in Southampton in the UK. Boris Kokorin and Leonid Waisser were major shareholders in HEX. The HEX business manager was a man by the name of Richard Werdle who was based out of the Southampton center. Michael introduced Brett to Cameron as someone that could help with fund raising for an RSA-based company using similar technology to treat HIV. The original company formed in RSA was "Africa's Best I55 Ltd". The company was dissolved [to get rid of Cormick] and was re-formed (with Alex McAlery as the corporate attorney) as HIVEX Ltd. HIVEX Ltd. and Brett Cormick parted company on very bad terms.

Alex McAlery (attorney for HIVEX) told me an anecdote today about

how Brett was going to show him his best shoulder throw move that Brett
had learned from his days in the SAS. Alex said he just picked up Brett
and threw him in the pool. *Splash*.

### November 18, 2005 Update:

I know a lot of military personnel from several nations. Practically all of
them are honest and friendly and gregarious – it seems to be a
requirement for advancement in the military. Braggarts and liars are
quickly dealt with in the harshest of terms. In the US Government, there
are entire agencies that produce new identities for people. Has the
Australian Government given Cormick a new identity? Brett acts as if he
has a "Get Out of Jail Free" card – like someone will save him if he is
ever caught.

I received this overnight from an experienced [retired] high-level
governmental official with the Australian Government:
>>There is no way the aust govt (any department) would employ
Cormick. Regardless of his 'marketing/spin doctor' skills, he's too much
of a self-centered wild card and unpredictable.

Also 'get out of jail free' remits, are a load of shit. & when 'briefs' of such
a nature do exist they are not given to people who willingly talk about it!
<<

That makes the Inspector General and this knowledgeable individual that
says Cormick is not a spook for the Australian Government. I think this
eliminates that possibility. Which means that [if all of these factors
above are correct] Brett John Cormick is the same person as above.
Therefore, since we have eliminated all of the outside possibilities the
only answer left is the most obvious – Brett Cormick is a simple Con
Artist.

## **Summary of Inaccuracies in Cormick's CV**

Based upon the above [exhaustive] research, let us go through his CV to
arrive at the most likely "Actual" CV – This is the information I used in
my decision to entrust Cormick with US$250,000. I am including this
here to make your job easier to come to the conclusion I should have
made – which is that Dr. Brett Cormick is a fraud, charlatan and a Con
Artist.

>> Dr. Brett Cormick is an international financial engineer, banker and academic, specialising in international
corporate development, international investment finance, & international "best in asset class" financial product
design, origination, distribution and management. During his business, finance & academic career, which spans
eleven European geographies, the United States, Australasia and South Africa, over 20 years, he has served in the
capacity as a Managing Director, Director & Consulting Director for several of the largest & most respected
institutions in Europe and the United States.<<

Dr. Brett Cormick and Elan Suisse Elan Capital Nicogel Elan-Suisse Nicotea Aquacine... Page 33 of 78

*[no comment on this section other than what is referenced throughout this web page.]*

>> Professional history;
Captain Royal Australian Army  (Special Forces Commando) *[no info – see Feb. 7, 2006 update]*
Director Hambros Bank Group *[see above – Hambros has no record of him]*
Consulting Director of Corporate Finance Electra Group  *[see above – Electra has no record of him]*
Managing Director ABN AMRO Group - Mees Pierson *[see above – his job at MP was to make introductions]*
Managing Partner International Corporate Development SA  *[see above – this is a shell company]*
Chairman & CEO Trust Bank Corporation Investment Services *[see above – this is a shell company]*
CEO Elan Capital SA *[see above – this is a shell company]*<<

>> Qualifications include;
BSc. (Mil) Economics & Political Science *[according to ADFA records, the BS is military studies]*
B.Econ  Microeconomics & Macroeconomics *[questionable – see Feb. 7, 2006 update]*
MA Econ. Microeconomics *[very questionable due to legal status of CPU]*
PhD Macroeconomics *[very questionable due to legal status of CPU]*
Post Doctoral Research Studies in Macroeconomics & Political Economic Theory – Published as University Text (LSE Dept Accounting & Finance) *[see above]*<<

>> Dr. Cormick is an alumnus;
The Royal Military Academy of Australia, Duntroon *[the records indicate he attended to ADFA]*
The University of New South Wales *[see Feb. 7, 2006 update]*
The University of Queensland *[see Feb. 7, 2006 update]*
The Graduate School of the London School of Economics and Political Science *[records show he was a research student with no official qualifications gained at LSE]*<<

>> His Professional Graduate School Executive Education includes;
The Harvard Business School
The London Business School (CIMA Masters Program)
Oxford University
INSEAD The European Institute of Business Administration

FAME- ICMB The International Centre for Financial Asset Management
and Engineering
International Centre for Monetary and Banking Studies
The Wharton School of Business *[no information on any of these]*<<

>> Professional academic commitments;
Visiting Fellow The Graduate Management School of The Imperial
College of Science, Technology  & Medicine, University of London *[see
above – Imperial has no record of this]*
Author of "Macroeconomics & the Development of  Political  Economic
Theory" London School of Economics & Political Science, Department
of Accounting & Finance University Text (Oxford / LSE) *[see above]*
Course Creator and Lecturer in Strategic International Corporate Finance
for the Honours Finance Degree at The University of Cape Town School
of Management Studies *[see above – relationship was terminated due to
questions of his qualifications and unauthorized usage of official
letterhead]*
Director The London School of Economics and Political Science -
International Economic Development Group *[this is not a LSE-
Chartered Organization]*
Academic Dean post graduate studies CIDA City Campus Johannesburg
*[this was never formalized]*
Director Oxford University Global Management Program – CIDA (In
Initial Development) *[this was never formalized – in short, this is
rubbish]*<<

>> He is a member of;
... *[Irrelevant]*<<

>> European, US & international career highlights;
Managing Director of one of the largest banking groups in the world at
33 *[this does not track with the above]*
Turning corporate client companies into the most highly traded stocks in
America *[unsubstantiated meaningless obfuscation]*
Establishing some of the most advanced trans-Atlantic financial
engineering funding and corporate structures *[unsubstantiated
meaningless obfuscation]*
Creating the world's most comprehensive European institutional private
equity investor base *[unsubstantiated meaningless obfuscation]*
The licensing, development and distribution of a portfolio of the most
advanced and best performing international financial products in the
world, designed to significantly enhance national capital market
investment returns, in both developed and developing economies
*[unsubstantiated meaningless obfuscation]*

>>It would seem that you still don't have closure on his claims to have
worked for our government's security or intelligence services. I can tell
you quite clearly and firmly that he has served in neither. That he only
served 2 years in the Army post his university training of course fits the
picture you have built up of him.<<

Well, that puts to rest Cormick's statement that he works for the
Australian Intelligence and Security Services. And it also puts to rest the
Australian SAS claim.

I asked the same source how he made the rank of captain in the
Australian Army – here is his reply:

>>Promotion to captain, as in all allied forces is "on time". Promotion to
Major and above is via a selection and interview process. So provided he
was able to graduate as a Lt from the Academy, which is what he did, a
deadhead can make it to Captain within a couple of years. Just by doing
what he is told and ticking the boxes. However, if he was an infantry
captain, rather than in a rear echelon job, the empty uniforms get sorted
out pretty quickly - the troops will knock his block off in a heartbeat.
Making it to Captain in a rear office is pretty easy. Jumping from there to
the other government services mentioned earlier is impossible for
someone of his calibre.<<

## November 19, 2005 Update:
Here is Cormick's most likely CV based upon the above and February 7,
2006 update:
To 1981      School in Australia
1981-1986 Australian Army
1986-1988 Worked as a salesman at a stock brokerage firm named BZW
             Meares in Melbourne
1990-1992   Salesman at Hambros Bank (unclear as to which division
             and termination)
1992-1999   European Venture Finance with short time at Mees Pierson
             (terminated after fraud arrest)
2000-2001   HIVEX Ltd. (in two corporate forms – terminated due to
             fraud complaint by board)
2002-2003   Elan Suisse Zimbabwe (terminated due to ENG Scandal)
2003-pres.  Elan Suisse Capital (at least one fraud complaint)

## November 21, 2005 Update:
Received this rather interesting detail on one of Cormick's attempted
scams from a source in Australia:
>>His attempted scam with me was to secure a US$10 million grant for
us (all real), via an African banking group which included South Africans

and Brits. The grant money was to be spent developing our technology and related applications in Africa. OK by us as well. It unraveled when the banking group handed over responsibility to Cormick to manage the handling of the funds. On day 5 of a 5 day visit, and after making numerous calls on potential clients (who all wanted to play), I asked him to sit down and explain how the funds would be managed, where they would sit, what accountability was involved, to whom and what was the audit process associated with such a grant.

Alarm 1 went off when he could not produce a documented process or plan. I had recently had intensive experience with European Banks in this area of work and knew what documentation to expect (thankfully).

Alarm 2 went off when I asked him to describe the process. The response was garbled.

Alarm 3 and major disconnect - I asked him to draw the process. In his office there was no paper - he had to ask a young accountant from Standard and Chartered to borrow some - and he then reluctantly drew out a trust structure which had its banking facilities in [edited out] (where he had admitted earlier over a beer that he kept his family money). The trust structure was a valid one but clearly designed to do one thing - hide the origins of any transactions from law enforcement. When I pressed him about beneficiaries, bank accounts and fees it transpired all were "Cormick" and offshore.

I told him there would be no deal under that sort of structure (apart from anything else the bankers had made it clear that [edited out] would need to be able to account for the funds to the [edited out] and we would want to do that as a matter of course anyway) since any 6-month audit would show holes I could not account for, but would know were the result of being savaged as the money went via [edited out].

So the meeting closed with me being somewhat startled (I had gone to Africa trusting him and being suspicious of the other bankers in the group) and he agreeing to meet me at the hotel and to arrange to brief me on an alternative structure. We would have dinner. An hour after the allotted time I received a call from a pay phone - he claimed he had to go back to the farm to see his sick wife and asking if he could he make it later. He was a terrible liar (counts against his claim to have been in the security services!) I agreed knowing that it was over but going through the motions. He of course never showed and I cleared the hotel the next morning at o'dark o'clock, departed Harare and have never seen or heard from him since. You can imagine the fun I had trying to explain the

**November 28, 2005 Update:**
I received the following from the Australian Federal Police:
>> My name is Chris Sheehan, I am a member of the Australian Federal
Police (AFP) attached to the Embassy of Australia, Washington DC. I
was recently tasked to undertake a review of the material you have
provided to my colleague Federal Agent David McLean detailing
allegations of fraud by Mr Brett John Cormick. The purpose of this
review process was to determine if sufficient grounds exist for action to
be taken by the AFP against Mr Cormick for breaches of Australian law.
I am writing to advise you of the outcome of this review.

At the outset I would like to thank you for the meticulous research you
have undertaken and the quantity of information you have provided. In
assessing this case I have relied heavily on this material and the website
located at www.elan-suisse.com .

As you may be aware the AFP is Australia's primary Federal law
enforcement agency responsible for the enforcement and investigation of
offences against Australian Commonwealth (Federal) law. Generally, for
a matter to fall within the jurisdiction of the AFP it must involve a breach
of Commonwealth law which, excepting certain specific types of crime
such as terrorism or child sex tourism, in turn requires the victim to be
the Commonwealth (Federal) Government. Please note I am only able to
assess the material you have provided and make a determination
regarding AFP action according to this benchmark.

I note from your material the alleged victim in this matter is a private
United States (US) citizen (yourself) and the companies involved, namely
Elan Suisse (Pty) Ltd and Elan Suisse International Holdings are
respectively located in the Republic of South Africa and the US. Further,
I note your alleged transfer of USD$250,000.00 to Mr Cormick in 2004
involved the funds being deposited into bank accounts located in the
United Kingdom. While it appears likely that Mr Cormick is an
Australian citizen the matters you have detailed do not involve a breach
of Australian law and are therefore outside the jurisdiction of the AFP.
Given these facts the AFP is unable to take any further action regarding
this matter.

I also note your allegations regarding Mr Cormick's claimed involvement
with an Australian intelligence agency, in particular your correspondence
with Mr Ian Carnell, the Inspector General of Intelligence and Security
(IGIS) and his responses. Please note the AFP is bound by Australian
law and therefore cannot divulge the information you have requested to

either confirm or deny the allegation. I would echo Mr Carnell's
comments that Mr Cormick's credibility may best be assessed in light of
your knowledge and experience of his past behaviour.<<

I am continuing to chase jurisdictions.

**November 29, 2005 Update:**
I notice that Elan Suisse Ltd. (UK corporation Registered No. 04998672)
last week increased its total issued capital. Cormick seems to be setting
up for another 'valuable equity placement'. Nicogel Ltd. is not currently
in the companies registry in the UK nor is Nicotea Ltd. The domain
registration address for nicogel.co.uk has recently been changed from the
Elan Suisse Ltd. address (i.e. the Mayfair PO Box) to an unpublished
listing. The nicogel.co.uk domain is registered to Nicotea Limited.
Smoke. Mirrors.

**December 1, 2005 Update:**
New information on Elan Suisse Ltd.:
Changes for ELAN SUISSE LTD (04998672)

25/11/2005 - Change in total issued capital
25/11/2005 - New annual return analysed

Click here to view changes:
http://www.ukdata.com/companies/04998672.258361

**December 14, 2005 Update:**
I have not received an update as to how Cormick's equity sale of Elan
Suisse Ltd. is proceeding.

I spoke last week with a collections attorney in Philadelphia about this
case. His statement on this situation was poignant – "Bob, you would be
surprised at how often this happens." According to this attorney, many
successful people have deadbeats that "Hang On" to them in hopes of
gaining through deceit what they could not obtain through their own
merits.

Cormick has registered the following domains for purposes of slandering
and defaming the named targets [Julius Cobbett and Barry Sergeant work
for Moneyweb in South Africa – the news organization investigating Elan
Suisse's business ethics]:
bobchrist.net (registered 17-Jun-2005)
bobchrist.org (registered 17-Jun-2005)
bobchristamericantraitor.com (registered 10-Oct-2005)

barrysergeant.com (registered 20-Jun-2005)
juliuscobbett.com (registered 17-Jun-2005)

According to sources in Zimbabwe who are familiar with the divorce
proceedings, Cormick is completely destitute (as filed in sworn court
documents) and will not be able to afford to pay child support for his
three children [in Zimbabwe] until he is "back on his feet again".
According to sources in Australia, Cormick has never paid child support
for his son [James in Australia] from his first marriage. [Note from
February 6, 2006 update: I have subsequent information that maintenance
is being paid on James, but it is reportedly being paid by Brett Cormick's
father, Neil Cormick].

### December 15, 2005 Update:
Further domains currently registered to Cormick are as follows:
elan-capital.com
elansuisse.com
aquacine.com (registered to Dianne Marshall)
aquacine.co.uk (registered to Dianne Marshall)
nicogel.co.uk (registered to Nicotea)
nicotea.co.uk (registered to Dianne Marshall)
elan-biocapital.com
lsesadc.org
trust.co.zw (there is no easy way to determine the .zw domain whois
lookup)

Cormick did cover his tracks after slandering Julius Cobbett and myself
by registering:
brettcormick.com (registered 17-Jun-2005)
brettcormick.org (registered 17-Jun-2005)
brettcormick.net (registered 17-Jun-2005)
brettcormick.info (registered 17-Jun-2005)

This does seem like a childish game. It would seem more businesslike to
just address the issues. But the worst enemy of the con artist is the truth.

The domains properly registered to Cormick are registered to the mailbox
in London at:
Dr Brett Cormick
Suite 334
2 Lansdowne Row
Mayfair, London W1J 6HL
UK
Phone: + 44 (0) 207 691 7890

Dr. Brett Cormick and Elan Suisse Elan Capital Nicogel Elan-Suisse Nicotea Aquaeine... Page 44 of 78

Fax: 123 123 1234

Domains registered to Dianne Marshall are as follows:
For the aquacine.com domain:
Dianne Marshall
18 Gordon Richards Close
Newmarket, Suffolk CB8 0BH
United Kingdom
Phone: +448701998585
e-mail: dianne.marshall@btopenworld.com (I tried that e-mail address
and it bounced)

For the aquacine.co.uk and the nicotea.co.uk domains (no phone number
referenced):
11 Hamilton Road
Newmarket
Suffolk
CB8 0NQ

I am afraid I do not know how to do a reverse search on the registrar so
as to determine all of the domains registered to or by Cormick. I am sure
that this search will turn up a whole new series of questionable
businesses. As stated above, it has been my experience that people do
not turn dishonest overnight.

I received more information from Cormick's business setup at European
Venture Finance. It seems that clients would pay to EVF a monthly
retainer for supporting their contacts. Cormick would then disappear on
holiday for large blocks of time (Australia, Zimbabwe, South of France,
etc.) while representing that he was away on business. So, essentially, he
had a perpetual paid holiday on client expense. That is pretty slick
indeed!

Of all of the scams this guy has pulled, my favorite one was attempting to
lead Prince Albert of Monaco on a North Pole Expedition. Fortunately,
Inge Leutscher of EXCELLENCE International did some research and
decided to drop Cormick before the contact proceeded much past the
concept stage. The initial contact between Leutscher and Cormick was
arranged by Wendy Seinturier of "The Perfect Partner". It would seem
that Ms. Seinturier's business is to make introductions – however, it is
unclear as to if she was compensated to make this introduction.

**December 16, 2005 Update:**
Here are more client contacts from EVF:

Gabriel Charbonnier   ---- Crédit Suisse (Switzerland)   +41 22 391 2586
Ian Worden   ---- Guardian Royal Exchange   +44 207 283 7101
Rhoddy Swire   ---- Pantheon   +44 207 493 5685
Rene Muller   ---- Habour Capital Markets AG (Switzerland)   +41 12 81
3265 [it seems that Mr. Muller had a particularly bad experience with
Cormick – please call to obtain detail]

**New Information** – Aquacine Ltd. (UK Registration No. 05190095) last
week [December 9th] changed its name to Nicogel Ltd. Expect an equity
sale on that one soon. Cormick is predictable. It is also interesting to
note that John Walters is quoted in this October 20 report as the CEO of
Nicogel Ltd. when in fact Nicogel Ltd. did not come into existence until
December 9th. That statement was a misrepresentation – which puts
Walters in the same league as Cormick (i.e. a crook). This company is
just a point in the long continuum started with European Venture
Finance.

**December 17, 2005 Update:**
Contact information (it was hard to find – I had to do a reverse lookup on
Nicogel) for Nicogel [which is the only company in this myriad of shells
that appears to have any operations] is the Mayfair mailbox:
Nicogel
2 Lansdowne Row
London
W1J 6HL   UK
+44 870 383 1744       (Work Preferred Voice)
+44 870 199 8585       (Work Fax)
customercare@nicogel.co.uk
http://www.nicogel.co.uk

**December 21, 2005 Update:**
This case gets uglier with each passing day. I received this e-mail today
from a gentleman in France:
>>I have read through your story with Brett Mac Cormick and all the
recent developments you have indicated concerning John Walters and
Dianne Marshall.

You will find attached some information related to John Walters, which
conforts your opinion about him. **John Walters has been sentenced in
Sept '04 by the Ipswich court (England) to a 10 months period in
prison with a disqualification as a company director for 7 years. [my
emphasis – RDC]**

I have been in relation with him between January 2003 and September 2004 in order to set up a ready to drink medecines plant to be installed in France.

I was acting on behalf of the Total group and subsequently the city of Dieuze, in order to contribute to the economic development of the area, where an available water source is waiting to be exploited.

A video presentation is available at the following address:
http://www.login-art.com/dieuze/
http://www.login-art.com/dieuze/economi-aide.htm
or on our site www.businessstart.com (click on the bottle icon and follow the instructions)

Besides his qualifications (Oxford University, Nasa ...) which may have mislead us and need to be checked, he has also mislead all the parties around the project, announcing month after month that he had raised the necessary capital from venture funds (3-4 millions euros).

He has set up a company in France (SHANNON BIOTECHNOLOGY) presently inactive. The CEO of the company is Dianne MARSHALL.
http://www.societe.com/cgi-bin/recherche?rncs=451618946

I have invested 20.000 euros of personal money in the company and spent 18 months to help set up the project in France. My fees (around 30.000 euros) remain unpaid.

Since his release from custody, John Walters has been trying to raise money in Africa, claiming on advertising documents (see attached elansuissedownload [note: see these downloads here and here - RDC]) that he owned a factory in France, which is definitely not the case.

Would you need any further information, do not hesitate to contact me and I'll provide the necessary elements, if available.

Sincerely yours,<<

The two interesting documents showing the character of John Walters are the sentencing hearing transcript for Walter's trial on fraud charges (sentencing was pronounced in September 2004) and Walters' director disqualification for 7 years in the UK. Please note: I am not calling into question Walters' character – that has already been done in a court of law and, if transcript is genuine, he was found guilty of fraud. This makes him a convicted felon. I will verify this document with the Ipswich Court after the holidays.

If this disqualification order is currently in force, Walters may be in violation of that order through his participation with Nicogel, Aquacine, Elan Suisse Ltd. and Nicotea. He certainly appears to be devoid of remorse.

Here is further information on Walters (per the court and companies documents):
JOHN ANTHONY BOTT-WALTERS
Date of Birth: 09/08/1967 (British Date format)
Nationality: BRITISH
Address:
69 BEAUFORT MANSIONS
BEAUFORT STREET
LONDON  SW3 5AF

So, if you are looking for Cormick or Walters, you will probably find both of them at that address. Here is how to get there.  [Note to February 6, 2006 update, I now have information that the address referenced above (the Beaufort Street, London address) does not belong to Walters and that Walters does not live there.  Which means that Walters gave the wrong residence address to the Ipswich Crown Court!]

Further information on Walters' prison sentence from the same source in France follows:
>> I don't know in which prison he served his sentence; most probably around Newmarket, where Dianne Marshall and her daughter are leaving.

You may contact Ipswich Crown Court on 01473 228585 (fax: 01473 288560) for more information.

As indicated by the judge (cf. page 8 ligne 14 of the judgment), he initially had to serve 5 months in prison.  He was in fact enprisoned till mid november or early december 2004 and was then authorized to leave during the day (electronic bracelet) till early february 2005.<<

On the question of Dianne Marshall's role in this fiasco:
>>According to Jon Allen, who has supported the project and lost some substantial money in the SHANNON BIOTECHNOLOGY project in France, Dianne Marshall and John Walters have [I have deleted this section of the e-mail since it involves personal details between Marshall and Walters].

According to the same source, it seems that Dianne Marshall, who is apparently a sound person (various scientific publications and work

related to biotechnologies for major companies) has inherited some
money, her family being previously in the sausage business. John
Walters would be in debts towards her.<<

This information fills in a lot of the missing details of this scam's
structure. I believe that at this point we can definitely pronounce this
Elan Suisse [and related companies] structure as a criminal organization.

**December 22, 2005 Update:**
I received a report today that Cormick is in the UK. If you need an exact
location, please give me a call.

**December 26, 2005 Update:**
What I find most egregious about this John Walters' case is the timing.
In April 2005, Elan Suisse came out with a double page advertisement in
the South African publication FANews. In order to have this ad placed,
the ad files would have been required to be transmitted to FANews some
time in February 2005. It would have also taking a bit of timing to
prepare the ad.

If the sentencing transcript is correct, Walters would have [in all
probability] been in his jail cell plotting this next scam with Cormick.
Clearly, Walters saw this jail time as a hazard of the trade instead of a
time for reform.

**December 27, 2005 Update:**
I received the following e-mail overnight from Walters:
>>Dear Mr Christ,

I feel I ought to write to you about your dispute with Brett Cormick. I
haven't written to you so far because it did not seem to me appropriate to
comment on a matter that has clearly become too acrimonious to be
resolved by anyone but the courts. However, now that you've decided to
post on the web numerous thoughts about me of varying accuracy,
relevance and intent, I have no option but to write to you to set the record
straight.

To give you some background first, I am a research scientist by training
and I have spent the past few years of my life developing novel
technologies for the liquid delivery of pharmacological agents. Curiously,
drug delivery is an area that is largely neglected by the pharmaceutical
giants, despite the fact that patient non-compliance with medication is
extremely common, and much of it is due to idiosyncratic reasons that
have nothing to do with side effects, the classic one being "I don't like