IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN SUISSE LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-60-UNA |
| | ) | |
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>NOTICE OF ENTRY OF APPEARANCE</u>

PLEASE TAKE NOTICE that Reed Smith LLP, by and through the undersigned, hereby

enters its appearance in this action on behalf of defendant Robert D. Christ.

REED SMITH LLP

Thad J. Bracegirdle (No. 3691)
1201 Market Street
Suite 1500
Wilmington, Delaware 19801
(302) 778-7500

Attorneys for Defendant

Dated:  February 9, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN SUISSE LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-60-UNA |
| | ) | |
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on February 9, 2007, a true and correct copy of the

foregoing *Notice of Entry of Appearance* was served by First Class Mail on the following

counsel to plaintiff:

David L. Finger, Esquire
Finger & Slanina, P.A.
One Commerce Center, Suite 725
1201 North Orange Street
Wilmington, DE 19801-1155

Nicholas Casamento, Esquire
Front Street Lawyers, P.C.
Flagship Corporate Center, Suite 320
2 West Baltimore Avenue
Media, PA 19063

REED SMITH LLP

Thad J. Bracegirdle (No. 3691)
1201 Market Street
Suite 1500
Wilmington, Delaware 19801
(302) 778-7500

Attorneys for Defendant

Dated: February 9, 2007

WILLIB-52250.1