IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELANSUISSE, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-00060 (GMS) |
| | ) | |
| ROBERT D. CHRIST, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

Please enter the appearance of David L. Finger and Finger & Slanina, LLC as counsel for plaintiff ElanSuisse, Ltd.

Dated: February 16, 2007

Respectfully submitted,

 /s/ David L. Finger
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
(302) 884-6766
Attorney for plaintiff ElanSuisse, Ltd.

**CERTIFICATE OF SERVICE**

  I, David L. Finger, hereby certify that on this 16th day of February, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send electronic notification to the following counsel of record:

    Thad J. Bracegirdle, Esq.
    Reed Smith LLP
    1201 Market Street, Suite 1500
    Wilmington, DE 19801

    /s/ David L. Finger
    David L. Finger (DE Bar ID #2556)
    Finger & Slanina, LLC
    One Commerce Center
    1201 Orange Street, Suite 725
    Wilmington, DE 19801-1155
    (302) 884-6766