IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN SUISSE LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-60-GMS |
| | ) | |
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Defendant. | ) | |

## REQUEST FOR ORAL ARGUMENT

Pursuant to District Court Local Rule 7.1.4, defendant Robert D. Christ hereby respectfully requests oral argument before the Court on defendant's Motion to Consolidate Actions (D.I. 19).

REED SMITH LLP

*/s/ Thad J. Bracegirdle*
Thad J. Bracegirdle (No. 3691)
1201 Market Street
Suite 1500
Wilmington, Delaware 19801
(302) 778-7500

Attorneys for Defendant

Dated: March 12, 2007

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on March 12, 2007, the foregoing Request for Oral Argument was filed electronically with the Clerk of the Court using CM/ECF, which will send electronic notification to the following counsel of record:

    David L. Finger, Esquire
    Finger & Slanina, LLC
    One Commerce Center
    1201 Orange Street, Suite 725
    Wilmington, DE 19801

                                              */s/ Thad J. Bracegirdle*
                                              Thad J. Bracegirdle (No. 3691)