IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-275-GMS |
| | ) | |
| BRETT J. CORMICK and ELAN SUISSE INTERNATIONAL HOLDINGS (USA) LLC, | ) ) | |
| | ) | |
| Defendants. | ) | |
| ELAN SUISSE LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-60-GMS |
| | ) | |
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER

WHEREAS, on May 18, 2007, the Court entered a Scheduling Order (Dkt. 35) in the above-captioned actions providing, among other things, that on or before the end of thirty (30) days after an answer is filed in Civil Action 06-275-GMS, any party may file a motion and supporting brief with the Court seeking a determination of the choice of law applicable to one or more of the claims at issue; and

WHEREAS, defendants in Civil Action 06-275-GMS filed an answer and counterclaim on July 20, 2007 and intend to file a motion and supporting brief seeking the Court's determination of choice of law in accordance with the May 18, 2007 Scheduling Order; and

- 2 -

WHEREAS, defendants' counsel has suffered an unexpected medical emergency which will not permit defendants to file said motion and brief today, the thirtieth day following the filing of defendants' answer and counterclaim;

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff and defendants, and subject to the approval of the Court, that defendants may file on August 21, 2007 a motion and supporting brief seeking a determination of the choice of law applicable to one or more of the claims at issue.

| | |
|---|---|
| /s/ Thad J. Bracegirdle | /s/ David L. Finger |
| Thad J. Bracegirdle (DE Bar ID #3691) | David L. Finger (De Bar ID #2556) |
| Reed Smith LLP | Finger & Slanina, LLC |
| 1201 Market Street, Suite 1500 | One Commerce Center |
| Wilmington, DE  19801 | 1201 Orange Street, Suite 725 |
| (302) 778-7500 | Wilmington, DE  19801-1155 |
| Attorney for Robert D. Christ | (302) 884-6766 |
| | Attorney for Brett J. Cormick, Elan Suisse International Holdings (USA) Ltd. and Elan Suisse Ltd. |

Dated:  August 20, 2007

SO ORDERED this _____ day of _____, 2007.

_____
Sleet, Chief Judge