IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRETT J. CORMICK and ELAN SUISSE INTERNATIONAL HOLDINGS (USA) LLC, | ) ) ) | C.A. No. 06-275-GMS |
| | ) | |
| Defendants. | ) | |
| | ) | |
| ELAN SUISSE, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-60-GMS |
| | ) | |
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO SUPPLEMENT THE RECORD

Defendant Brett J. Cormick ("Cormick") hereby moves the Court to allow him to supplement his answering brief in opposition to the Motion for Judgment on the Pleadings filed by Robert D. Christ ("Christ") by submitting the declaration of Bruce B. Mujeyi, Esq. (attached hereto as Exhibit A). In support of this motion, Cormick states as follows:

1.  On October 16, 2007, Christ filed a Motion for Judgment on the Pleadings. As part of that motion, Christ submitted as an exhibit an affidavit dated September 6, 2006, which he claims to have submitted to the Zimbabwe police. Christ argues that (i) because Cormick refers to that affidavit in his counterclaim, the Court can consider it in connection with the Motion for Judgment

on the Pleadings, and (ii) the fact that the affidavit is dated September 6, 2007 supposedly proves that Christ could not have been responsible for Cormick's arrest and torture, which occurred prior to that date, and so Cormick's claims under the Alien Tort Claims Act, false imprisonment/wrongful institution of legal proceedings and intentional infliction of emotional distress must fail.

2. Shocked at Christ's deception, Cormick submitted with his answering brief a declaration in which he testified that the affidavit Christ has submitted to this Court is not the statement in question, along with facts showing that Christ in fact submitted an earlier statement to the Zimbabwe police which resulted in Cormick's detention.

3. Because of the importance of this issue, Cormick sought to obtain evidence from a third party to corroborate his declaration. To that end, Cormick sought out Bruce B. Mujeyi, Esq., the Zimbabwe lawyer who assisted in freeing Cormick. However, due to difficulties in communication and getting documents from Zimbabwe to Delaware, Cormick was not able to get Mr. Mujeyi's declaration to his Delaware counsel until now.

4. There is no prejudice to Christ is permitting the admission of Mr. Mujeyi's declaration, as it does not add any new information, but merely provides independent corroboration of the information provided to the Court in Cormick's declaration that Christ provided a statement to the Zimbabwe police which resulted in Cormick's arrest, detention and torture.

5. In light of Christ's deliberate attempt to mislead the Court so as to obtain dismissal of the claims against him, the interests of justice support allowing the record to be supplemented with Mr. Mujeyi's affidavit, so that the Court can determine the proper response to Christ's improper action.

**CONCLUSION**

WHEREFORE, for the foregoing reasons, Brett J. Cormick respectfully requests that the Court grant his Motion to Supplement the Record, and accept the declaration of Bruce B. Mujeyi, Esq.

Dated: November 7, 2007

Respectfully submitted,

 /s/ David L. Finger
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
(302) 884-6766
Attorney for Brett J. Cormick

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRETT J. CORMICK and ELAN SUISSE INTERNATIONAL HOLDINGS (USA) LLC, | ) ) ) | C.A. No. 06-275-GMS |
| | ) | |
| Defendants. | ) | |
| ELAN SUISSE, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-60-GMS |
| | ) | |
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On this _____ day of _____, 200__, IT IS HEREBY ORDERED that the Motion of Brett J. Cormick to Supplement the Record with the declaration of Bruce B. Mujeyi, Esq., is GRANTED.

_____
Sleet, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT D. CHRIST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-00275 GMS |
| | ) |
| BRETT J. CORMICK, ELAN SUISSE | ) |
| INTERNATIONAL HOLDINGS (USA) | ) |
| LLC, | ) |
| | ) |
| Defendants. | ) |

### DECLARATION OF BRUCE B. MUJEYI

1. My name is Bruce B. Mujeyi. I am a lawyer with he law firm of Lofty & Fraser in Harare, Zimbabwe.

2. I represented Brett D. Cormick in connection with obtaining his release from a Zimbabwe prison after he was arrested by the Zimbabwe Republic Police on August 23, 2006.

3. During the course of Dr. Cormick's incarceration I was shown a document which purported to be a statement from Robert D. Christ. While I do not recall the specific language of that document, I do recall that it included a specific charge that Dr. Cormick was a fugitive from the law and wanted in other countries.

4. Also during that period I met a man at the police station who claimed to be a lawyer representing Robert D. Christ.

6. I declare, under penalty of perjury under the laws of the United States and of Delaware, pursuant to 28 U.S.C. § 1748, that the foregoing is true and correct. Executed on this 29th day of October, 2007 in Harare, Zimbabwe.



LOFTY & FRASER
LEGAL PRACTITIONERS
2 VAN PRAAGH AVENUE
MILTON PARK
HARARE
P.O. BOX 4467
HARARE
TELEPHONE 723300/703670



Bruce Mujeyi

LOFTY & FRASER
LEGAL PRACTITIONERS
2 VAN PRAAGH AVENUE
MILTON PARK
HARARE
P.O. BOX 4467
HARARE
TELEPHONE 723300/703670