IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRETT J. CORMICK, ELAN SUISSE | ) | C.A. No. 06-275-GMS |
| INTERNATIONAL HOLDINGS (USA) LLC, | ) | |
| ELAN SUISSE (PTY) LTD., NICOGEL | ) | |
| LTD., JOHN WALTERS, DIANNE | ) | |
| MARSHALL and MERCARI FINANCIAL | ) | |
| SERVICES (PTY) LTD., | ) | |
| | ) | |
| Defendants. | ) | |
| ELAN SUISSE LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 07-60-GMS |
| v. | ) | |
| | ) | |
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND PROPOSED ORDER REGARDING MOTIONS IN LIMINE**

WHEREAS, the Scheduling Order in the above-captioned cases states, at paragraph 9, that "[b]riefs (opening, answering and reply) on all motions *in limine* shall be filed by April 14, 2008"; and

WHEREAS, the parties believe that it is appropriate to set forth a schedule for such briefing.

NOW, THEREFORE, it is hereby stipulated by and between the parties hereto, through their undersigned counsel, and subject to the approval of the Court, that:

1.      All motions *in limine* and opening briefs thereon shall be filed on or by March 28, 2008.

2.      All answering briefs on the parties' motions *in limine* shall be filed on or by April 7, 2008.

3.      All reply briefs on the parties' motions *in limine* shall be filed on or by April 14, 2008.

*/s/ Thad J. Bracegirdle*_____
Thad J. Bracegirdle (DE Bar ID #3691)
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE  19801
(302) 778-7500
Attorney for Robert D. Christ

*/s/David L. Finger*_____
David L. Finger (De Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE  19801-1155
(302) 884-6766
Attorney for Brett J. Cormick

SO ORDERED this _____ day of March, 2008.

_____
Sleet,  J.