IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT D. CHRIST, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRETT J. CORMICK and ELAN SUISSE ) <br> INTERNATIONAL HOLDINGS (USA), ) <br> ) <br> Defendants. ) | C.A. No. 06-275-GMS |
| ELAN SUISSE LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT D. CHRIST, ) <br> ) <br> Defendant. ) | C.A. No. 07-60-GMS <br> <br> **REDACTED** |

### REVISED NOTICE OF DEPOSITION

TO:   David L. Finger, Esquire
       Finger & Slanina, LLC
       1201 Orange Street, Suite 725
       Wilmington, DE 19801

PLEASE TAKE NOTICE that plaintiff Robert D. Christ will take the deposition of defendant Brett J. Cormick on April 16, 2008 at 10:00 a.m. at the office of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. The deposition shall continue from day to day until completed and shall be recorded by stenographic means. You are invited to attend and participate in the deposition to the extent permitted by the Federal Rules of Civil Procedure.

                                        REED SMITH LLP

                                        */s/ Thad J. Bracegirdle*
                                        Thad J. Bracegirdle (No. 3691)
                                        1201 Market Street
                                        Suite 1500
                                        Wilmington, Delaware 19801
                                        (302) 778-7500

                                        Attorneys for Plaintiff Robert D. Christ

Dated: April 3, 2008