ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT D. CHRIST, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRETT J. CORMICK and ELAN SUISSE ) <br> INTERNATIONAL HOLDINGS (USA), ) <br> ) <br> Defendants. ) | C.A. No. 06-275-GMS |
| ELAN SUISSE LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT D. CHRIST, ) <br> ) <br> Defendant. ) | C.A. No. 07-60-GMS |

HIGHLY CONFIDENTIAL – FILED UNDER SEAL
SUBJECT TO A PROTECTIVE ORDER

REED SMITH LLP

/s/ Thad J. Bracegirdle
Thad J. Bracegirdle (No. 3691)
1201 Market Street
Suite 1500
Wilmington, Delaware 19801
(302) 778-7500

Attorneys for Plaintiff Robert D. Christ

Dated: April 7, 2008

ORIGINAL