# ORIGINAL

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT D. CHRIST, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| BRETT J. CORMICK and ELAN SUISSE INTERNATIONAL HOLDINGS (USA), | ) C.A. No. 06-275-GMS ) ) ) |
| Defendants. | ) |
| ELAN SUISSE LTD., | ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 07-60-GMS ) |
| ROBERT D. CHRIST, | ) ) |
| Defendant. | ) |

**HIGHLY CONFIDENTIAL – FILED UNDER SEAL
SUBJECT TO A PROTECTIVE ORDER**

REED SMITH LLP

*/s/ Thad J. Bracegirdle*
Thad J. Bracegirdle (No. 3691)
1201 Market Street
Suite 1500
Wilmington, Delaware 19801
(302) 778-7500

Attorneys for Plaintiff Robert D. Christ

Dated: April 9, 2008

# ORIGINAL