# ReedSmith

**David E. Wilks**
Direct Phone: +1 302 778 7560
Email: dwilks@reedsmith.com

Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801-1163
+1 302 778 7500
Fax +1 302 778 7575
www.reedsmith.com

April 30, 2008

**VIA CM/ECF**

The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 North King Street, Lock Box 19
Wilmington, DE 19801

    Re:    *Robert D. Christ v. Brett J. Cormick, et al.*, C.A. No. 06-275-GMS
             *Elan Suisse Ltd. v. Robert D. Christ*, C.A. No. 07-60-GMS

Dear Chief Judge Sleet:

    In Mr. Bracegirdle's absence, I write to advise the Court that Mr. Christ's motion for sanctions has not be opposed. Accordingly, we respectfully request that the Court enter an order in the form enclosed granting the motion for sanctions and entering judgment in Mr. Christ's favor in both the above-referenced actions.

    Thank you for Your Honor's consideration of this matter. We remain available to answer any questions the Court may have.

                          Respectfully submitted,

                          David E. Wilks
                        (Del. Bar No. 2793)

cc:    Clerk of the Court (via CM/ECF)
       David L. Finger, Esquire (via CM/ECF)

DEW:tb

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

WILLIB-58729.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT D. CHRIST, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) C.A. No. 06-275-GMS |
| BRETT J. CORMICK and ELAN SUISSE INTERNATIONAL HOLDINGS (USA), | ) ) ) |
| Defendants. | ) |
| ELAN SUISSE LTD., | ) ) |
| Plaintiff, | ) ) ) C.A. No. 07-60-GMS |
| v. | ) ) |
| ROBERT D. CHRIST, | ) ) |
| Defendant. | ) |

## ORDER AND JUDGMENT

WHEREAS, plaintiff Robert D. Christ having moved for sanctions pursuant to Federal Rule of Civil Procedure 37(d) (D.I. 115) and served defendants with said motion on May 9, 2008;

WHEREAS, defendants having failed to oppose said motion in accordance with Local Rule 7.1.2; and

WHEREAS, defendants in Civil Action No. 06-275-GMS and plaintiff in Civil Action No. 07-60-GMS do not oppose entry of a final order and judgment in the form set forth herein;

IT IS HEREBY ORDERED this _____ day of _____, 2008, that:

1.   Plaintiff Robert D. Christ's Motion for Sanctions (D.I. 115) is hereby GRANTED;

2. Judgment in Civil Action No. 06-275-GMS is hereby entered in favor of plaintiff Robert D. Christ for $1,154,127.38, plus costs and post-judgment interest, jointly and severally against defendants Brett J. Cormick and Elan Suisse International Holdings (USA) LLC.

3. All counterclaims alleged in Civil Action No. 06-275-GMS by defendants Brett J. Cormick and Elan Suisse International Holdings (USA) LLC are hereby dismissed with prejudice.

4. All claims in Civil Action No. 07-60-GMS are hereby dismissed with prejudice.

_____
Sleet, Chief Judge