# ReedSmith

Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801-1163
+1 302 778 7500
Fax +1 302 778 7575
reedsmith.com

Thad J. Bracegirdle
Direct Phone: +1 302 778 7571
Email: TBracegirdle@reedsmith.com

August 13, 2008

**By CM/ECF**

The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 North King Street, Lock Box 19
Wilmington, DE 19801

Re:   *Christ v. Cormick*, C.A. No. 06-275-GMS
      *Elan Suisse Ltd. v. Christ*, C.A. No. 07-60-GMS

Dear Chief Judge Sleet:

On behalf of Robert D. Christ, I write to advise the Court of a recent event that is relevant to Mr. Christ's pending Motion for Default Judgment and Attorneys' Fees (D.I. 128). As of August 6, 2008, Elan Suisse Ltd., the plaintiff in Civil Action No. 07-60-GMS, was finally dissolved at Brett Cormick's request. (Confirmation from the United Kingdom Companies House of Elan Suisse Ltd.'s dissolution is enclosed for the Court's reference.) As the Court may recall, Mr. Christ had sought reimbursement from this entity of attorneys' fees incurred in defending its frivolous claims. See D.I. 129 at 6-7. Upon its dissolution, however, any assets held by Elan Suisse Ltd. became *bona vacantia* and automatically passed to the Crown under English law. See D.I. 61 at 20.

The dissolution of Elan Suisse Ltd. highlights Mr. Christ's growing fear that, as time passes, any judgment against Mr. Cormick and his affiliated entities will become more and more difficult to enforce. At this stage of the proceedings, the Court already has entered a default against defendants and the only remaining issue to be resolved is the judgment amount. Accordingly, and for the reasons set forth in his pending motion, Mr. Christ respectfully requests that the Court enter judgment against Mr. Cormick and Elan Suisse International Holdings (USA) LLC so that collection efforts may begin as soon as possible.

Respectfully,

*[signature]*

Thad J. Bracegirdle
(Del. Bar No. 3691)

Enclosure

cc:   Clerk of the Court (by CM/ECF, w/encl.)
      David L. Finger, Esquire (by CM/ECF, w/encl.)

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

WILLIB-50329.1



**Company Details**

Name & Registered Office:
ELAN SUISSE LTD
2 LANSDOWNE ROW, BERKELEY SQUARE
MAYFAIR
LONDON
W1J 6HL
**Company No. 04998672**

Status: Dissolved 06/08/2008
Date of Incorporation: 18/12/2003

Country of Origin: United Kingdom
Company Type: Private Limited Company
Nature of Business (SIC(03)):
7414 - Business & management consultancy
Accounting Reference Date: 31/12
Last Accounts Made Up To: 31/12/2006  (DORMANT)
Next Accounts Due:
Last Return Made Up To: 18/12/2006
Next Return Due:
Last Members List: 18/12/2006
Previous Names:
No previous name information has been recorded over the last 20 years.
**Branch Details**
There are no branches associated with this company.
**Oversea Company Info**
There are no Oversea Details associated with this company.